USDC SCAN INDEX SHEET

CSG 6/29/04 9:14

3:04-CV-01035 ART ATTACKS INK LLC V. MGA ENTERTAINMENT

*10*

*DECL.*

ORIGINAL

Susan E. Emrich (Cal. State Bar No. 171174)
EMRICH & ASSOCIATES
348 Olive Street
San Diego, California 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser (Cal. State Bar No. 194435)
THE BIOTECHNOLOGY LAW GROUP
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

Attorneys for Plaintiff,
ART ATTACKS INK, LLC

FILED
JUN 28 2004
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ART ATTACKS INK, LLC, a California limited liability company,

Plaintiff,

v.

MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,

Defendants.

Case No. 04-1035-J (BLM)

**DECLARATION OF SUSAN E. EMRICH IN SUPPORT OF ART ATTACKS INK, LLC'S MOTION FOR A PRELIMINARY INJUNCTION**

**Date: July 26, 2004**
**Time: 10:30 a.m.**

THE HON. NAPOLEON A. JONES, JR.

I, Susan E. Emrich, do hereby declare and state as follows:

1. I am an attorney duly licensed by the States of California and Illinois and a member of the bar of this Court. I am counsel of record for Art Attacks Ink, LLC ("Art Attacks"), the plaintiff in the above-entitled matter.

2. I make this declaration in support of Art Attacks Motion for a Preliminary Injunction.

10

3. Except for those matters set forth on information and belief, I make this declaration of my own knowledge and could and would testify competently thereto if called upon to do so. As for those matters set forth on information and belief, I have been informed that they are true and believe them to be so.

4. I have extensively researched and reviewed MGA Entertainment, Inc.'s ("MGA") product lines. This research has included viewing MGA's websites at www.bratzpack.com, www.bratz.net, and www.mgae.com, as well as "field trips" to various stores in the San Diego County area that offer MGA's BRATZ marked goods. This research has revealed that, in addition to BRATZ dolls, toys, and clothing, MGA's sales include BRATZ bikes, BRATZ radios, BRATZ books, BRATZ videos, BRATZ bedding, BRATZ makeup, BRATZ temporary tattoos, BRATZ posters, BRATZ "Krazy-Cool Karaoke machines," BRATZ "Electric Funklicious Lip Phones," and BRATZ trading cards.

5. My research has retrieved evidence that MGA has run television commercials during prime time hours on at least the following networks: MTV, Nickelodeon, ABC Family, the Cartoon Network, and the Fox Network. I have also personally seen some of the television commercials run on some of the above-referenced networks. My research has revealed that MGA has conducted extensive advertising and marketing campaigns in print and on the radio. I have personally seen some of the printed advertising and marketing materials generated by MGA.

6. I have been informed and believe that MGA is a California corporation which maintains its principal place of business at 16730 Schoenborn Street, North Hills, California 91343. North Hills is near Los Angeles. MGA's confusingly similar BRATZ marked goods are marketed and sold throughout Southern California.

7. As mentioned above, I took "field trips" to various stores in the San Diego area that sell MGA's BRATZ marked goods. During those visits, I noted that MGA's BRATZ dolls and t-shirts retail in the range of $10.00 to $15.00. This observation was confirmed by Internet research, which revealed various sites selling MGA's BRATZ marked dolls and t-shirts in this price range.

8. As mentioned above, I have been informed and believe that MGA's website at one time included an image of a BRATZ doll holding out a VISA card in a fashion essentially identical

to the manner in which Art Attacks' BRATS drawings hold VISA and other credit cards. Unfortunately, no printout of that image was obtained. I have reviewed MGA's website extensively since being advised of the existence of this particular image, and have not been able to locate the image and believe MGA removed the image from its website.

9. Attached hereto as **Exhibit 2** is a true and correct color copy of a collection of photographs of BRATS marked products made by Art Attacks.

10. Attached hereto as **Exhibit 3** is a true and correct color copy of a picture of MGA Entertainment, Inc.'s ("MGA) BRATZ marked goods. This picture was retrieved from searching MGA's historical websites via "The Way Back Machine" found at www.archive.org.

11. Attached hereto as **Exhibit 4** is a true and correct color copy of a picture of MGA's BRATZ marked product including the reference to "International." This picture was retrieved from MGA's website at www.bratzpack.com.

12. Attached hereto as **Exhibit 5** are true and correct copies of photographs of Art Attacks BRATS marked goods "side-by-side" with MGA's BRATZ marked goods. Art Attacks products appear on the bottom half of the page and MGA's products appear on the top half of the page. As can be seen, the products share a number of attributes.

13. Attached hereto as **Exhibit 6** is a true and correct copy of the duly executed Declaration of Kelly Waage. The original of the signature page will be available at the hearing on this matter.

14. Attached hereto as **Exhibit 7** is a true and correct copy of the duly executed Declaration of Kecia Buche. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

15. Attached hereto as **Exhibit 8** is a true and correct copy of the duly executed Declaration of Laura Fischer. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

16. Attached hereto as **Exhibit 9** is a true and correct copy of the duly executed

Declaration of Suzanne M. Beltran. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

17. Attached hereto as **Exhibit 10** is a true and correct copy of the duly executed Declaration of Dusti Rittgers. The original of the signature page will be available at the hearing on this matter.

18. Attached hereto as **Exhibit 11** is a true and correct copy of the duly executed Declaration of Roberta Benn. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

19. Attached hereto as **Exhibit 12** is a true and correct copy of the duly executed Declaration of Kathleen Fascetti. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

20. Attached hereto as **Exhibit 13** is a true and correct copy of the duly executed Declaration of Catherine Peterson. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

21. Attached hereto as **Exhibit 14** is a true and correct copy of the duly executed Declaration of Linda Love. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

22. Attached hereto as **Exhibit 15** is a true and correct copy of the duly executed Declaration of Phillip Fascetti. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

23. Attached hereto as **Exhibit 16** is a true and correct copy of the duly executed Declaration of Robert Gaines. Although the signature page of this document was transmitted by

facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

24. Attached hereto as **Exhibit 17** is a true and correct copy of the duly executed Declaration of Mark Poniatoski. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

25. Attached hereto as **Exhibit 18** is a true and correct copy of the duly executed Declaration of Sheila Boyd. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

26. Attached hereto as **Exhibit 19** is a true and correct copy of the duly executed Declaration of Pam Karns. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

27. Attached hereto as **Exhibit 20** is a true and correct copy of the duly executed Declaration of Tammie Gallagher. Although the signature page of this document was transmitted by facsimile, the original of the signature page is being forwarded to counsel for Art Attacks and will be available by the time of the hearing on this matter.

28. Attached hereto as **Exhibit 21** is a true and correct copy of a notarized Assignment of Copyright and Trademark Rights executed on May 18, 2004 by Byron Mauck and JoAnn Mauck.

29. Attached hereto as **Exhibit 22** is a true and correct copy of the U.S. Copyright Reg. No. VAu 374-194, issued on August 8, 1996.

30. Attached hereto as **Exhibit 23** is a true and correct copy of the U.S. Copyright Application submitted to the U.S. Copyright Office for a work entitled "BRATS" and described as a pictorial collective series.

31. Attached hereto as **Exhibit 24** are true and correct copies of several documents relating to Art Attacks' exhibitions at the California State Fair in Ventura County. Included as part of this exhibit are (a) a June 7, 2004 letter from Valerie M. Buckley to Edward O. Kreusser, and (b)

rental and/or concession agreements for exhibition space at the 1996-2000 fairs.

32. Attached hereto as **Exhibit 25** are true and correct copies of the Rental Agreements allowing Art Attacks to exhibit and sell goods at the California State Fair in Orange County in 1995-2000 and 2002-2004.

33. Attached hereto as **Exhibit 26** are true and correct copies of Agreements for Commercial Exhibit which agreements permitted Art Attacks to exhibit and sell goods at the California State Fair in Los Angeles County (Pomona) between 1998 and 2003.

34. Attached hereto as **Exhibit 27** are true and correct copies of Agreements between Art Attacks and the 22nd District Agricultural Association (the entity responsible for the California State Fair in San Diego County) allowing Art Attacks to exhibit and sell goods at each of the California State Fairs held in San Diego County between 1995 and 2003.

35. Attached hereto as **Exhibit 28** is a true and correct copy of a Rental Agreement allowing Art Attacks to exhibit and sell goods at the California State Fair held in Riverside County in 2002.

36. Attached hereto as **Exhibit 29** is a true and correct copy of a Rental Agreement allowing Art Attacks to exhibit and sell goods at the California State Fair held in San Bernardino County in 1997.

37. Attached hereto as **Exhibit 30** are true and correct copies of several documents relating to Art Attacks' exhibitions at the California State Fair in Fresno County. Included as part of this exhibit are (a) a 2001 Commercial Exhibit Space Contract, (b) a 2003 Rental Agreement, (c) an Invoice for 2004 exhibition fees, and (d) a March 20, 2002 letter to Byron Mauck regarding the 2002 fair held in Fresno County.

38. Attached hereto as **Exhibit 31** is a true and correct copy certain portions of a California Department of Food and Agriculture's Division of Fairs and Expositions entitled "Fairs: Exploring a California Gold Mine." This report is dated 2003.

39. Attached hereto as **Exhibit 32** is a true and correct copy of Art Attacks' BRAT PACK brochure. This is a two-sided copy, reflecting the original document.

40. Attached hereto as **Exhibit 33** is a true and correct copy of a brochure promoting Art

Attacks' goods, including its BRATS marked products. I have been informed and believe this brochure is currently being distributed by Art Attacks. This is a two-sided copy, reflecting the original document.

41. Attached hereto as **Exhibit 34** is a true and correct copy of a brochure promoting Art Attacks' goods, including its BRATS marked products. I have been informed and believe this brochure was distributed by Art Attacks in 2003. This is a two-sided copy, reflecting the original document.

42. Attached hereto as **Exhibit 35** is a true and correct copy of a press release issued by MGA on January 7, 2004. This document was downloaded from MGA's website, www.mgae.com

43. Attached hereto as **Exhibit 36** is a copy of what I have been informed and believe to be the letterhead utilized by Art Attacks.

44. Attached hereto as **Exhibit 37** are true and correct copies of online dictionary definitions of the word "brat." These definitions were retrieved from Merriam Webster Online, Cambridge Dictionaries Online, and American Heritage Dictionary Online.

45. Attached hereto as **Exhibit 38** is a true and correct copy of what I have been informed and believe is the work order form currently being utilized by Art Attacks.

46. Attached hereto as **Exhibit 39** are what I have been informed are and believe to be copies of past work order forms utilized by Art Attacks. This exhibit includes sample work order forms from 1998 through 2003.

47. Attached hereto as **Exhibit 40** is a true and correct copy of a printout from the U.S. Patent and Trademark Office's (the "PTO") official website confirming MGA's registration of the trademark "BRATZ."

48. Attached hereto as **Exhibit 41** is a true and correct copy of a printout from the PTO's official website confirming MGA's registration of the trademark "BRATS PACK."

49. Attached hereto as **Exhibit 42** is a true and correct copy of a printout from the PTO's official website confirming MGA's registration of the trademark "BEST FRIENDS NEVER LOOKED SO GOOD."

50. Attached hereto as **Exhibit 43** is a true and correct copy of a May 1, 2003 press

release from McDonald's announcing that the BRATZ would be the toys in its happy meals.

51. Attached hereto as **Exhibit 44** is a true and correct copy of February 12, 2004 press release from Twentieth Century Fox announcing the acquisition of the rights to produce a feature film based on MGA's BRATZ dolls.

52. Attached hereto as **Exhibit 45** is a true and correct copy of a transcript of a December 23, 2003 interview of MGA's Chairman, Isaac Larian, which was conducted by National Public Radio.

53. Attached hereto as **Exhibit 46** is a true and correct copy of a spreadsheet showing fair attendance at California State Fairs over the years. This document was retrieved from the California Department of Food and Agriculture's Division of Fairs and Expositions pursuant to a request for release of public records.

54. Attached hereto as **Exhibit 47** is what I have been informed is and believe to be a true and correct copy of a December 27, 1996 letter from Britain M. White to JoAnn Mauck approving Art Attacks to appear in Wal-Mart stores.

55. Attached hereto as **Exhibit 48** is what I have been informed is and believe to be a true and correct copy of a February 6, 1997 Other Income Vendor Agreement between Wal-Mart and Art Attacks concerning Art Attacks exhibition and sale of products in various of Wal-Mart's stores.

56. Attached hereto as **Exhibit 49** is what I have been informed are and believe to be true and correct copies of various agreements between Art Attacks and officials of various military institutions allowing Art Attacks to exhibit and conduct sales on various military bases.

57. Attached hereto as **Exhibit 50** are copies of what I have been informed are and believe to be a true and correct copy of a license agreement from Westfield Management Company allowing AA to exhibit and sell goods at the Plaza Camino Real shopping center in Carlsbad, California.

58. Attached hereto as **Exhibit 51** are true and correct copies of certain portions of the Art Attacks' website, www.art-attacks-ink.net, as that site existed in 1997. I retrieved this document from the Internet by utilizing the "Way Back Machine" located at www.archive.org.

59. Attached hereto as **Exhibit 52** is a true and correct copy of a printout relating to an opposition filed by MGA in Europe on or about March 1, 2003 against Upstarts Limited's application to register the mark "BRATS" in connection with electronics.

60. Attached hereto as **Exhibit 53** is a true and correct copy of an undated MGA press release. This document was downloaded from MGA's website at www.mgae.com. This press release associates "PHAT" with MGA's BRATZ.

61. Attached hereto as **Exhibit 54** are true and correct copies of 107 separate surveys completed by customers of Art Attacks between June 15, 2004 and June 24, 2004.

62. Attached hereto as **Exhibit 55** is a true and correct copy of a picture of a MGA BRATZ marked product entitled "BEST FRIENDS."

63. Attached hereto as **Exhibit 56** are true and correct copies of Art Attacks' drawings of boy BRATS caricatures.

64. Attached hereto as **Exhibit 57** are true and correct copies of pictures of MGA's BRATZ-marked products which it calls its "BOY BRATZ."

65. Attached hereto as **Exhibit 58** are true and correct copies of Art Attacks' BRATS drawings wherein the BRATS caricatures are adorned with beachwear and beach accessories.

66. Attached hereto as **Exhibit 59** are true and correct copies of pictures of MGA BRATZ marked caricatures attired in beachwear and bearing beach accessories.

67. Attached hereto as **Exhibit 60** are true and correct copies of Art Attacks' BRATS drawings wherein the female BRATS caricatures are dressed in formal attire, *e.g.*, for a ball or formal event.

68. Attached hereto as **Exhibit 61** are true and correct copies of pictures of MGA BRATZ marked caricatures in formal attire.

69. Attached hereto as **Exhibit 62** are true and correct copies of Art Attacks' BRATS drawings wherein the BRATS caricatures are configured as wing-toting "fairies."

70. Attached hereto as **Exhibit 63** is a true and correct copy of a picture of MGA BRATZ marked caricature configured as a wing-toting "fairy."

71. Attached hereto as **Exhibit 64** are true and correct copies of some of Art Attacks'

BRATS drawings wherein the BRATS caricatures are adorned with patriotic attire.

72. Attached hereto as **Exhibit 65** is a true and correct copy of a picture of a MGA BRATZ marked caricature wearing traditionally "patriotic" attire.

73. Attached hereto as **Exhibit 66** are true and correct copies of Art Attacks' BRATS drawings wherein the female BRATS caricatures are associated with hearts.

74. Attached hereto as **Exhibit 67** are true and correct copies of MGA BRATZ marked products depicting heart decorations.

75. Attached hereto as **Exhibit 68** is a true and correct copy of a MGA BRATZ-marked product on a skateboard.

76. Attached hereto as **Exhibit 69** is a true and correct copy of an Art Attacks' BRATS drawing wherein the BRATS caricature is riding a motorcycle.

77. Attached hereto as **Exhibit 70** is a true and correct copy of a picture of a MGA BRATZ-marked product wherein the character is riding a motorcycle.

78. Attached hereto as **Exhibit 71** is a true and correct copy of a map showing the various counties located within California.

Executed under penalty of perjury of the laws of the United States on this the 26th day of June, 2003 in San Diego, California.

Susan E Emrich

Susan E. Emrich












100% PINAY






Chicana






# Welcome to BratzPack.com Home of the Bratz...

If you can't see the 'Enter' button above:

GET FLASH

http://web.archive.org/web/20011005074937/http://www.mgae.com/ | Product Information | Privacy Policy | Terms and Conditions

MGA

Created by eDistrict and Interfuel


Bratz
Home
'Bout Bratz
Wintertime Wonderland
Fashion Mall
Slumber Party
Bratz School
Formal Funk
What's New
Back to home
International
Denmark
Norway
Sweden
U.K.
U.S.
Bratz Fan Club
The Girls with a Passion for Fashion!
Privacy Policy | Terms of Use
MGA




Privacy Policy | Terms of Use

© 2003 MGA Entertainme
BRATZ and all related ch
ed by MGA E





Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF KELLY WAAGE** |

1. I, Kelly Waage, under penalty of perjury, do hereby declare as follows:

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

3. Since 1991 I have been an official exhibit representative for the Concessions Department at the San Diego County Fair, formerly the Del Mar fair.

4. Art Attacks Ink, run by JoAnn and Byron Mauck, has exhibited at the fair every year since my tenure began in 1991.

5. The fair draws about 1 million attendees per year.

6. I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 11 day of June, 2004 in Del Mar, California.

Kelly Waage

Kelly Waage

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation, PLAINTIFF, v. MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive, DEFENDANTS | Case No. **DECLARATION OF KECIA BUCHE** |

I, Kecia Buche, do hereby declare and state as follows:

1. I reside at 333 North Emerald Drive, Vista, California 92083.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and

/ / /

belief, I have been informed they are true and believe them to be true.

3. From May 1998 though the summer of 2000 I, along with my husband, David, worked part-time in the summers for Art Attacks Ink at the Del Mar and Orange County fairs. David did airbrushing under the direction of the owner, JoAnn Mauck, and I took and filled orders.

4. David and I first met Art Attacks at the Wal-Mart in Oceanside, California, where it had a small airbrush booth through which it serviced Wal-Mart's customers by applying original creative artistic designs on T-shirts and the like.

5. At the fairs where I worked, Art Attacks was very popular, having as many as 50 people at one time lined up watching and/or waiting to place their orders. Many attempted to take pictures of the artwork, which we discouraged as best we could. Art binders that were displayed would routinely disappear or have pages ripped out.

6. One of the items that made Art Attacks so popular was its "BRATS" drawings, which featured cartoon caricatures of children of different ethnicity having progressive dress and "attitude." The figures all had similar eye and face shapes, which made them distinctive.

7. Hundreds, if not thousands, of the BRATS drawings were sold in the brief time we worked for Art Attacks.

8. In addition to the normal promotional effect of having the consumers see first-hand the Art Attacks artists draw the images up close, Art Attacks designed, published and circulated

several different types of brochures that promoted its BRATS products. One such flyer brochure was called "BRAT PACK," which offered the consumer a choice of different figures, clothes, accessories and products they could buy with the unique BRATS designs on them. I know Art Attacks also had an Internet website over which it also promoted and sold its products.

9. David and I amicably concluded our working relationship with Art Attacks Ink following the summer 2000 fair schedule.

10. In late summer 2001, David and I observed commercialized BRATZ dolls that closely resembled Art Attacks' BRATS products. David first saw the BRATZ dolls advertised on MTV and commented about them to me. I first saw them while shopping at a Wal-Mart with my two nieces, Kayla and Kallista, then ages 8 and 1. I bought them each a doll believing they were associated with Art Attacks.

11. I believed the products were associated with Art Attacks was due to the tremendous popularity the BRATS art works commanded at the county fairs. The BRATZ dolls bore the same distinctive features that Art Attacks had incorporated in its drawings and the name BRATZ was essentially identical to the name BRATS.

12. Upon calling JoAnn Mauck to congratulate her, I was

/ / /

/ / /

/ / /

/ / /

shocked to find that she had no financial or other interest in or relation to the BRATZ products.

Executed under penalty of perjury of the laws of the United States on this the 27th day of May, 2004 in Vista, California.

Kecia Buche

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF LAURA FISCHER** |

I, Laura Fischer, do hereby declare and state as follows:

1. I am the daughter of Roberta Benn and sister of Linda Love. I presently reside in Orting, Washington and have lived in Washington essentially my whole life.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and

belief, I have been informed they are true and believe them to be true.

3. Most every year I attend the Western Washington State Fair in Puyallup, Washington, either with my mother or alone. Up until my sister moved away in about 2000 I also frequently attended with her as well.

4. I first observed the airbrush artists who call themselves ART ATTACKS INK at the fair in 1992 or 1993, perhaps earlier. I remember attending with my mother "Bobbie" and my sister Linda. At the time, both Linda and I were single moms. Linda's husband had died in an accident, I was divorced, and we were both struggling financially.

5. Linda was a big art fan and my mother encouraged her. When Linda, my mother and I first saw JoAnn Mauck of Art Attacks Ink quickly airbrushing creative designs for customers at her booth, Linda persuaded us to stop and watch. We observed for some time and my mother, fascinated but nearly so much so as Linda, who we later left Linda alone to observe JoAnn longer. I remember my mother, Linda and I discussing JoAnn's drawings, particularly the large distinctive eyes, dress, make-up and hair. I myself also distinctly remember the catchy phrase that accompanied some of those works-- "Spoiled Brats."

6. The event is easy to remember because our discussion focused on the eyes, which were large and unprecedented in anything we had ever seen before. The closest thing we recalled was a Margaret Keene doll my mother had given me some twenty years earlier and which I have kept to this day. It too had

large eyes, only its eyes, by contrast, were particularly sad and the doll itself dressed in ragged tattered clothes. I remember us talking about this.

7. The next year we attended the event again and this time we met and spoke with JoAnn. We did not know her name up until this time. We immediately began talking about JoAnn's BRATS, and how clever and appealing they were. The conversation then switched to the Margaret Keen doll I had. I remember even thinking about selling it to make money, as I was still in need of money at that time.

8. In 1994 things changed, which is how I know that the above incidents occurred when they did. In 1994 I married for the second time and was no longer financially challenged. My sister and mother were also better off financially. My sister had received a significant sum in settlement of her late husband's wrongful death suit and she bought each of herself and our mother a new car with the proceeds.

9. In the last two years or so, I have become aware of two new doll lines that, to me, capture the essence of JoAnn's Spoiled Brats works. The two are the "BRATZ" dolls that I see all the time in the stores and that my 5 year old granddaughter is crazy about, and the second are called "FLAVAS." Before these, JoAnn had no competition. Her designs were truly unique.

Executed under penalty of perjury of the laws of the United States on this the 27 day of JUNE 2004 in Orting, Washington.

Laura Fischer

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kruesser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF SUZANNE MARIE BELTRAN** |

I, Suzanne Marie Beltran, do hereby declare and state as follows:

1. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

2. I am a mother of three young girls. For the last 7 years, I have traveled from Santa Barbara to the Ventura County Fair to have Jo Ann Mauck make BRATS T-shirts for my family, my friends, and me.

3. I saw Ms. Mauck's BRATS drawings on T-shirts during the first year I attended the Ventura County Fair. I was immediately captured by her talent and the appeal of her drawings. Given the number of other people lined up watching her work, waiting to place orders, and anxious to have orders filled during that first year and every year since, it was clear and remains apparent that the product has captured the interest of the general public. Indeed, I have returned to the Ventura County Fair every year for the past six years to place orders for additional BRATS products. Every year I order products not only for my daughters and myself, but also for friends who have asked me to buy BRATS products for them after viewing the products I purchased for my daughters and me. Exhibit A is a true and correct copy of photographs of my daughters and I wearing some of the many BRATS T-shirts I have purchased from Art Attacks over the last seven years.

4. The booth operated by JoAnn and Byron Mauck and Art Attacks Ink at the Ventura County Fair consistently has been extremely popular. Every year there always is a long line and a significant wait to obtain a BRATS product because they are so popular.

5. Until very recently, I knew of no other mark or product in the marketplace that closely or even remotely

associated with BRATS, JoAnn and Byron Mauck, and Art Attacks Ink. Subsequent to seeing the BRATZ products in stores, I was surprised to learn from Ms. Mauck that she had no relationship with the BRATZ dolls.

6. I am ashamed to admit I have purchased BRATZ dolls for my children, who, after seeking them in Target, insisted I buy them. In addition, I have allowed my children to receive BRATZ as gifts. My children cannot distinguish between the BRATZ and BRATS products.

7. As mentioned above, I initially believed the BRATZ products were associated with the Maucks and Art Attacks Ink. This false belief was due to the incredible similarities between the BRATS and BRATZ products. The similarities I see in the BRATS products with the BRATZ knock-off include, obviously, the word "BRAT," in conjunction with a very similarly styled cartoon character on the BRATZ box and a similar appearing doll within. The similarities continue with, for example, exposed mid-rifts, platform shoes, jewelry, made up lips, made up eyes, and hair and faces projecting child "attitude." These are all things I had come to associate exclusively with BRATS and which lead me to believe the Maucks and Art Attack Ink were involved with the similar appearing BRATZ.

Executed under penalty of perjury of the laws of the United States on this the 24 day of May, 2004 in Santa Barbara, California.

Suzanne Marie Beltran

SUZANNE MARIE BELTRAN





Baby Valerie on the way 2001

Twins
5 years old




SPOILED BRAT



Valerie
2003
almost
2 years old

2003
Twin Six years old
Born 1997
(Sep 3rd)







SEP. 2000 BUK

3years old

Three years old

3years old

2000 BUK







DuraLife PAPER

Kodak

MAY 2000 BUK


NERVES OF





Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF DUSTI RITTGERS** |

1. I, Dusty Rittgers, under penalty of perjury, do hereby declare as follows:

2. I am the mother of two girls, ages 7 and 9, who have most every BRATZ doll offered from ToysRUS. From experience, I know these same dolls are also offered elsewhere, e.g., at Target, where I also sometimes shop.

3. Last August, I was team mother for my girls' soccer team. One of my duties as team mother was to procure a team

banner for display at their games. When I asked the girls on the team what they would like on their banner, they wanted "BRATZ".

4. I was therefore pleased when the American Youth Soccer Organization (AYSO) sent out advertising brochures depicting artwork entitled "SPOILED BRATS," that I believed to be BRATZ works, and which were promoted for use on banners. A true and correct copy of that flyer is attached as **Exhibit A.** The company that put out the flyer is called ART ATTACKS INK and I contacted them to have a banner made.

5. On speaking with Ms. Jo Ann Mauck, the ART ATTACKS INK proprietor, she said she "didn't do licensed characters," and that she had no affiliation whatsoever with the makers of BRATZ dolls. This surprised me, as the two works, in addition to having very similar names, also looked very similar.

6. One of my friends has a T-shirt with a distinctive BRATZ/S-like character on it holding a Visa credit card in hand. I do not know if it is a BRATZ or BRATS work. It could be either because, as I say, they sure look alike. I am curious now to ask her where she got it.

7. I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 26 day of May, 2004 in [handwritten], California.

[signature]

DUSTI RITTGERS










VISIT OUR NEW SECURE WEBSITE. A COMPLETE AIRBRUSH STORE AT YOUR FINGERTIPS.

# ART ATTACKS INK



CUSTOM AIRBRUSH

www.artattacksink.com









(800) 561-6101
(760) 730-7412 fax (760) 720-1548

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF ROBERTA BENN** |

I, Roberta Benn, do hereby declare and state as follows:

1. I presently reside at 15825 East 64th Street, Sumner, Washington, 98390 and am the mother of two grown daughters, Laura Fischer of Orting, Washington and Linda Love of Edgewood, New Mexico.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called

upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

3. Every year I attend the Western Washington State Fair in Puylallup, Washington. I have done so every since I was a little girl and I always look forward to the event.

4. I first observed ART ATTACKS INK at the fair in 1992 or 1993, perhaps earlier. I remember attending with my daughters Linda and Laura, and at the time Linda was still struggling after the tragic death of her husband a year or two earlier. She had two teen sons she was trying to support and she was unhappy with her artist job at Nordstrom's and ready for a change.

5. Still, Linda loved art and I encouraged that. So when Linda saw JoAnn Mauck of Art Attacks Ink quickly pumping out creative designs for eager customers at her booth, it wasn't hard for Linda to persuade us to stop and watch, which we did for a while and then left Linda to observe alone, teaming up with her again later.

6. When we later met up with Linda at this event, I remember her telling us how impressed she was with the Art Attacks artist and her artwork, and wishing she had met and spoken with her.

7. The very next year Linda got her chance and took advantage of it. Art Attacks again had a booth at the fair and this time Linda, her sister and I approached the booth and met and spoke with JoAnn Mauck, the proprietor. I remember Ms. Mauck

excited and enthusiastically pulling out a black duffle bag and showing us some of her artwork on T-shirts. I personally was particularly impressed with one displaying two little girl caricatures holding hands, the drawing or another similar to it captioned at least in part with the word "BRAT" or "BRATS." At that time, I also remember Linda buying a jacket from Ms. Mauck that bore some of Ms. Mauck's artwork, and Linda telling Ms. Mauck that her child caricatures were "over the top," bound to be big sellers and encouraging her to take steps to document and protect them. I also remember having a discussion about how distinctive, cute and happy the caricatures' eyes were compared with what we had seen before in the past.

8. The reason I remember these events and their timing so well is that, as stated above, I attend the fair every year and remember things. For example, during the two aforementioned fair visits I did not yet have the blue Saturn car that Linda would later buy me upon award of a settlement in her deceased husband's wrongful death action in 1994. Also, in November 1993 I moved in with Linda and at roughly the same time began receiving social security benefits for the first time. I am certain neither of these events had yet happened as of the two fair visits I speak of above.

Executed under penalty of perjury of the laws of the United States on this the 25 day of May 2004 in Sumner, Washington.

Roberta Benn

Roberta Benn

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br>PLAINTIFF,<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br>DEFENDANTS | Case No.<br>**DECLARATION OF KATHLEEN FASCETTI** |

I, Kathleen Facscetti, do hereby declare and state as follows:

1. I presently reside with my husband, Phillip, and 12-year-old daughter at 37997 Rainbow Drive, in Murietta, California, 92563. My husband is a Sergeant in the marines, based out of Camp Pendleton and coaches my daughter's softball team.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

3. Last Friday, I visited an art studio in Oceanside with my husband to pick up some softball helmekats he had them paint. He had been there before for a previous order, I had not. It is my understanding that he first found the studio by running an internet search for "artistry" or something of that nature, coupled with geographic proximity to his work at Camp Pendleton.

4. When I visited Art Attacks' studio with my husband, I was immediately struck by her artwork, particularly her works showing characters that I mentally associated with "BRATZ" dolls, but that were labeled "BRATS." I am familiar with BRATZ dolls because my 8-year old goddaughter is smitten with them and boasts having the "entire" collection. I have even bought her some myself. So when I saw Art Attacks' works my first impression was, "Oh, Bratz!"

5. Several features in Art Attacks' drawings led me to conclude this. They had very similar faces--especially the eyes and lips, as well as similar jeans, belly shirts, shoes, jewelry, and hair-do's. Also striking were the different ethnicities and nationalities she had, which the BRATZ also have. To me, and not having the benefit of seeing them side-by-side, Art Art Attacks' BRATS and the other manufacturer's BRATZ

were extremely similar and whatever small differences there were, this did not detract from the fact that they all appeared to me to be BRATZ. They are clearly one in the same.

Executed under penalty of perjury of the laws of the United States on this the 24 day of May, 2004 in Oceanside, California.

Kathleen Fascetti.

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF CATHERINE PETERSON** |

I, Catherine Peterson, do hereby declare and state as follows:

1. I am a self-employed toy doll designer and artisan and have been so since before 1986. I attend and exhibit at trade shows and similar events to market and sell my works. At all times pertinent to this declaration I have lived in Ventura County, California.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

3. I first met Byron and Jo Ann Mauck at the Ventura County Fair in 1988, where they had an exhibition booth directly across from my own. I learned they were both airbrush artists from Phoenix, Arizona. I further learned that they, too, attended and exhibited at trade shows and fairs during the spring and summer months.

4. In the years that followed our initial meeting, the Maucks and I kept in touch and rendezvoused at the events, sharing stories and good times.

5. In the mid-1990's, I remember Jo Ann Mauck being very excited about a new idea she had begun to execute upon and that was proving to be very popular with her clientele. The idea was to draw cartoon caricatures on T-shits of pre-teens of different ethnicities that flaunted social and fashion norms for that age, and that displayed "attitude." Ms. Mauck initially called these characters "SPOILED BRATS," but, over time, they came to be known to Ms. Mauck, her fellow artisans, and her clients who also used the shorthand reference, just "BRATS."

6. Shortly after she began selling the BRATS, Ms. Mauck confided to me that the "BRATS" were a significant boon to the Mauck's financial situation and might enable them to relocate to

Southern California. The Maucks ultimately did move to California from Arizona in or about 1998.

7. This past December 24, I was shopping at a Target store in Ventura, California, and I saw a doll line and name brand in the toy section that I was certain was associated with Ms. Mauck's BRATS due to the strikingly similar name "BRATZ" used in connection with a strikingly similar head, countenance and overall stature to the doll. Although I was very excited by my discovery, I was not particularly surprised because Ms. Mauck had told me the public was taking great interest in her and her "BRATS" characters. Being familiar with BRATS, I assumed the BRATZ dolls originated from and were associated with Ms. Mauck.

8. Upon returning home, I told my sister, Sandra Stone, about what I had seen and I then telephoned Jo Ann and Byron Mauck to offer my congratulations upon their success. Upon speaking with Mr. and Mrs. Mauck, I was shocked to learn they had no affiliation with the "BRATZ" name or the dolls I had seen in Target.

Executed under penalty of perjury of the laws of the United States on this the 24 day of May 2004 in Ventura County, California.

CATHERINE PETERSON

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF LINDA LOVE** |

I, Linda Love, do hereby declare and state as follows:

1. I presently reside at 37 Church Street, Edgewood, New Mexico, 87025, which is approximately 30 minutes from Albuquerque.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and

belief, I have been informed they are true and believe them to be true.

3. In the summer of 1993, I was a single mom living in Kent, Washington, which is between Seattle and Puylallup. My husband of twenty years tragically had been killed a few years earlier in an accident, and I was left trying to provide for myself and my two teenage sons. In the summer of 1993, I was still in mourning, awaiting the outcome of my husband's wrongful death suit, dissatisfied with my job at Nordstrom's, and, in general, looking for change. With this attitude and back-drop, and accompanied by both by mother and my sister, I attended the Western Washington State Fair in Puylallup, Washington, widely touted as the fourth-largest fair in the United States.

4. It was there that I first observed ART ATTACKS INK, one of three airbrush booths on the fair grounds. I remember this because ART ATTACKS INK did airbrushing, I was interested in airbrushing, and ART ATTACKS' booth was easily the most popular of the three airbrushing booths. In fact, my job at Nordstrom's at the time was painting shoes and childrens shirts. I was therefore very interested in what ART ATTACKS was doing and the reason for its popularity. It wasn't difficult to persuade my mother and sister to look on with me. In fact, my mother was encouraging, knowing how artistically inclined I was. We all looked on in fascination for a period of time, maybe a half hour.

5. We watched the ART ATTACKS artist draw several caricatures of cartoon children of different nationality-ethnic

origin, each with oversized heads, big distinctive alert happy eyes, and adorned with rebellious if not stylish clothing. This struck us because 20 years earlier my mother had bought a Margaret Keene doll for my sister that had a large head, sad eyes with removable tears, and tattered clothes. The Keene doll was the perfect antithesis of what we were then seeing the ART ATTACKS artist draw, with the key difference being that Art Attacks' caricatures' eyes were happy. The artist completed several such characters in the twenty or so minutes that we looked on. I also distinctly remember the artist affixing different permutations of the word "BRAT" to those drawings, one for sure that included the title "SPOILED BRAT."

6. In the same caricature vein, I also remember an Asian American girl and an African American girl approach the booth and wait while the ART ATTACKS artist drew caricature images of them side-by-side holding hands, capped off with the words "BEST FRIENDS." I thought that was so appropriate and great, and so did the two girls.

7. I remember attending the same booth exhibit the following year, 1994, and seeing the same artist in action. The timing of the second visit is memorable because my life had just changed as a result of receipt of a significant settlement in my deceased husband's wrongful death suit. Indeed, I had just bought a new car for each of myself and my mother. This time I introduced myself to the woman in charge of the Art Attacks booth, and she introduced herself as JoAnn Mauck. I also bought a jacket with a creative drawing--although not one of her BRATS—

from Ms. Mauck. During my second visit to the Art Attacks booth, several BRATS drawings were on display and were clearly a hit. I once again observed Ms. Mauck making BRATS for several people.

8. Ms. Mauck and I have since become friends, and I have gone on to become a successful airbrush artist myself. I moved to New Mexico two years ago and started my own business called Linda Love Designs, which is an interior design company.

9. I am still wowed by Ms. Mauck's creative free-hand talents as well as the speed with which she can create and embody her own new and original ideas. In my opinion, she is indeed a phenomenon and rarity in the industry.

10. Approximately one year ago I saw designs confusingly similar to Ms. Maucks' in a toy doll and on a puzzle put out by a company called MGA Entertainment, Inc. The doll and puzzle images had the same distinctive eyes as the BRATS, which feature I had never before seen in a caricature prior to viewing Art Attacks' BRATS. Equally striking, the doll and puzzle images were labeled "BRATZ," which is almost identical to the term Art Attacks had used and continues to use in the drawings mentioned above.

//

//

//

//

//

11. I immediately telephoned Ms. Mauck to apprise her of what I considered to be a clear knock-off of her work.

Executed under penalty of perjury of the laws of the United States on this the 24 day of May 2004 in Edgewood, New Mexico.

Linda Love

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
***THE BIOTECHNOLOGY LAW GROUP***
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF PHILLIP FASCETTI** |

I, Phillip Facseetti, do hereby declare and state as follows:

1. I presently reside in Murietta, California, and work at Camp Pendleton, where I am 21 years a marine and have the title First Sergeant.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called

upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

3. I have a 12-year old daughter and am coach of her softball team. I recently desired to have the girls' helmuts painted and looked for someone on the internet that was local and that could do that. From my internet search, I found and contacted Art Attacks Ink.

4. I submitted my order and, upon going to pick it up at the Art Attacks studio, saw numerous drawings of girls very much like the BRATZ dolls I've seen elsewhere, only these bore the name "BRATS." The respective images are so similar that, if I saw Art Attacks' BRATS images wedged between BRATZ images, I'm not sure I could tell them apart.

5. After I picked up the first batch of helmets, I later placed another order for twelve for our all-star team. When I went to pick them up, I was accompanied by my wife, who also saw the BRATS images and who I believe had a similar impression of them.

Executed under penalty of perjury of the laws of the United States on this the 24th day of MAY, 2004 in Oceanside, California.

[signature]
Phillip Fascetti.

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF ROBERT GAINES** |

I, Robert Gaines, do hereby declare and state as follows:

1. For the last several years I have been disabled and under the care of my family in Iowa.

2. In the mid 1990's, up until about 1998, I was a resident of Phoenix, Arizona, and was employed as a part-time business manager for Art Attacks Ink, owned by local airbrush artists JoAnn and Byron Mauck.

3. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

4. In my capacity as business manager, I helped the Maucks promote their products and services, including the very successful BRATS images designed by Ms. Mauck. In 1996 and 1997, I personally aided Ms. Mauck in completing computer-assisted designs of some of her BRATS characters.

5. In approximately that same timeframe, I did a biography and picture shoot of Ms. Mauck and her works for submission to the trade journal "Airbrush Magazine." Our submission was later published in 1997 in Volume 4.2, pp. 14 et seq. of that magazine. A true and correct copy of the pertinent portions of that issue of Airbrush Magazine is attached hereto as **Exhibit A**. A picture I took of Ms. Mauck at her studio appears on page 14 of that edition of Airbrush Magazine. Two of her BRATS characters are clearly visible and displayed on the right-hand side of that photograph.

6. In addition to the photo shoot and trade journal article, I also helped Ms. Mauck produce, in approximately the same year, colorful marketing brochures entitled "BRATS PACKS." The brochures featured several BRATS characters, styles, and products from which a prospective customer could choose. We

handed out hundreds if not thousands of such flyers at trade shows and in the Mauck's Phoenix retail studio.

7. In 1998, the Mauck's moved from Phoenix to Carlsbad, California, at which point my position was terminated. The Maucks had been doing well with their business, particularly the BRATS characters, and were confident of their prospects as permanent residents of Southern California.

8. A few weeks ago, I was in a Wal-Mart in Fort Dodge, Iowa, and saw a stand of posters entitled "Bratz." I was thrilled by the sight because I believed them to be associated with Ms. Mauck. The posters have a very similar name and the characters portrayed therein have confusingly similar countenance and dress to Ms. Mauck's BRATS.

9. As I had not spoken or seen Ms. Mauck for a long period of time prior to my trip to Wal-Mart, I immediately telephoned her to offer my congratulations on her success. Upon speaking with Ms. Mauck, I was shocked and distressed to learn she had no association with the products I had seen in Wal-Mart.

Executed under penalty of perjury of the laws of the United States on this the 25 day of 06, 2004 in CHURDAN, Iowa.

[signature]

Robert Gaines

VOLUME 4.2, 1997

# airbrush Magazine

10 COMPLETE HOW-TO ARTICLES
SPECIAL BEGINNERS SECTION

PAINTING ON LEATHER • DENIM • SILK
PHOTOREALISM: ILLUSTRATING NATURE
FINGERNAIL ART • FACE PAINTING



# in this issue

VOLUME 4.2 - 1997

10 **Ivy Key Holder** *by Lindy Brown*
*Here's a simple project for beginning airbrush artists. Shows use of a hand-held mask and how to make a shadow and subject with the same stencil.*

14 **Denim Experience** *by JoAnn Mauck*
*T-shirt artist JoAnn Mauck demonstrates a portrait of Jimi Hendrix on a denim jacket, including how to lay down a good working base on the material.*

18 **Buffalo Tips on Leather** *by Charlie*
*Artwork on leather jackets is as profitable as it is impressive, but be prepared to go the extra mile. Follow along as Charlie paints a detailed charging buffalo.*

22 **Arabian Horse on Black Silk** *by Sundström*
*A newcomer to the airbrush scene, Sundström has been studying under the guidance of Jürek. She paints on silk to add an elegant sheen to her artwork.*

28 **The Art of Business** *by Anne R. Key*
*What do a former senior associate of a financial institution and a young inner city airbrush artist have in common? Youth-operated business comes of age...*

34 **Operation: *Enterprise*** *by Pamela Shanteau*
*Using the side of a semi trailer as a canvas, airbrush artist and instructor Pamela Shanteau shows how to go about rendering extra large artwork.*

42 **Publishing Your Artistry** *by Sarah Dean-Colle*
*Creating artwork for production—lithographs, greeting cards, T-shirts, etc.—is a great way to get your work distributed and generate cash flow.*

48 **Natural Markings** *by Evelyn Hallen*
*German illustrator Evelyn Hallen demonstrates how she renders the varied textures and intricate markings on a terrapin in this detailed illustration.*

54 **Fairy Tale Scenes** *by Linda Love*
*Artist and illustrator Linda Love takes an assignment in a quaint country inn: to reproduce illustrations from German fairy tale books to hang in the rooms.*

58 **Breathing Life Into Legend** *by Lisa Iris*
*Delving into mythology for inspiration, fine artist Lisa Iris creates her own interpretation of "Minotaur" using the airbrush to apply layers of "glazes".*

62 **KISSing the Public** *by Starr Hamson*
*Face painting goes over big at rock concerts, it's only natural that airbrushing faces at a KISS concert would mean big business. Face painting goes on tour.*

66 **Nail Art Showcase** *by Elizabeth Anthony*
*Fingernail artist and instructor, Elizabeth Anthony, showcases some of the finest nail art being produced by several of the top fingernail artists.*














## *DEPARTMENTS*

6 AIRBRUSH WORLD
70 LEGAL DEPT.
76 CLASSIFIED ADS
78 LOCAL LISTINGS
80 AD INDEX

**On the cover:** Airbrush artist Pamela Shanteau works the bugs out of her painting, *"Madame Butterfly"*, 1994, 30 by 40 inches, acrylics on Claybord™. In this issue, Pamela demonstrates the painting of the starship USS Enterprise on the side of a semi trailer. (beginning on page 34)
PHOTO BY CLEM KUTZLI/ DIGITAL MODDLING: BILL JONAS



*JoAnn Fahlgren Mauck has been airbrushing in state fairs, malls and amusement parks for 15 years. A fine art graduate from the University of Oregon, her first professional job was a foreign posting at a major American advertising agency in Tehran, Iran. Revolution, along with the subsequent evacuation of foreign nationals back to the US caused her to pick up the airbrush as an independent means of making a living. She and her husband Byron have traveled the US and Canada for 12 years airbrushing at both state and provincial fairs. They operate a permanent T-shirt location at Castles-n-Coasters Amusement Park in Phoenix, Arizona.*

ART ATTACKS INK

*www.art-attacks-ink.net*

# Denim Experience

BY JOANN FAHLGREN MAUCK

I love our store at Castles-n-Coasters Amusement Park in Phoenix. The action is there all the time, just like in a big fair; the demographics are also there: k-i-d-s! Unlike our past stores inside shopping malls, I can see the sky from the counter!

Although we sell mainly fast designs on T-shirts, we do see a lot of well-heeled customers from all over the country—in fact, from all over the world—who want a more substantial garment. While most people balk at paying over $100 for a T-shirt, the same art on a nicely constructed jacket will easily go for $125 to $350. Add a few rhinestones and you have a boutique item of gallery quality.

I love to paint on denim, it's so much like painting on canvas. It puts me in the mind set of doing fine art, not the "fast food" palm tree making of my everyday life as a T-shirt artist!

As the preparation for this project, I tried Jürek's Denim Base™. I really like this product. It's like a transparent smooth gesso, but gives a soft, supple "hand" or feel to the garment. I've also used the Jürek Paint by Medea and fell in love with the rich colors. They are so much like traditional pigments used in fine art applications, not the "ice cream" colors of most T-shirt paints.

I'm crazy about a line of denim garments from Torpedo International™ in LA. They're well constructed and sewn with expansive back panels and shoulder pads. They come in blue, black and white. I'm currently preparing a collection of these coats to take to Christmas merchandise shows in the fall. This is a nice departure from the stock production of simple airbrush designs.

I've chosen Jimi Hendrix as my subject. Besides being one of the greatest guitarists the world has ever known, he has a deep, otherworldly expression and really soulful eyes.
























1 I stretch the coat over a masonite board and tape off the sleeves and collar. This jacket has no yoke on the sleeves to interrupt the design. I squeegee and brush the Jürek Denim Base™ to provide a smooth ground and painting surface. I mist opaque white over this transparent preparation.

2 I use a 2B charcoal pencil to sketch in the "road map" line work of the portrait.

3 Using "transparent smoke" color, the areas of dark contrast are laid in. I don't get too hung up on detail at this point, I'm just indicating where the darks go.

4 Still using smoke, I gradually build up the darker values, moving from transparent smoke towards dense black.

5 This nifty technique came from tagger dude "Merk". He calls it "bombing" and it's perfect for creating the tie-dye effect in the background of the portrait.

6 The airbrush is held sideways or perpendicular to the substrate and painted in short, irregular bursts. I get a little carried away here as much of it will be obliterated in step 8 (my "suppressed tagger-dude inner child" just wanted to show off "bombing").

7 Switching to opaque black, we began to lay in the hair and areas of increasing dense black, drawing in more and more detail.

8 Opaque white is used to find the "catch lights" or hot spots in the eyes, lips and hair.

9 Finally, I go back to transparent smoke and soften the harshness of the white with an overall transparent glaze.

Artwork on denim jackets is usually expected to last longer than a painting on a T-shirt, just because the jacket will last longer. For that reason, you should clear coat the finished artwork before heatsetting. If you don't have a heatpress, use a hot iron for two minutes or, if you're careful, a heat gun will work, but keep it moving. There it is... Get experienced!









Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF MARK PONIATOSKI** |

I, Mark Poniatoski do hereby declare and state as follows:

1. I'm the father of an 8 year old girl and 4 year old boy for whom my wife and I purchased several Bratz dolls as gifts this past Christmas. At the time, we were spending the holidays with family in Michigan and it was either a Target or WalMart where we made the purchases. The kids are wild about the dolls.

2. A couple of months ago, I had a local popular artist,

Jo Ann Mauck, adorn my 8 year old girl's softball team helmet. Jo Ann is well known locally for attending children's local athletic events on the weekends in her "mobile" studio and doing creative design work on T-shirts, banners, and helmets. It was at one such event that I met her and placed an order. However, because at the time she was busy with other customers, I had to pick up the finished product later.

3. When I later went to retrieve the finished helmet from her studio, I was instantly struck with all the neat Bratz-like images and T-shirts she had on display there. The images sported the same pouty lips, sexiness and "kids with attitude" features that the Bratz dolls did. I truly thought she copied them gauging from the similarities in appearance and name.

4. Without elaborating, I commended her on her artwork and asked if she could do a "Garfield" character on a T-shirt or helmet for me. She said "No, I don't do licensed characters." I immediately pointed to the Bratz items and said, "What do you mean? You do BRATZ!" It was at this point that, clearly frustrated, she advised me that she had no relation to the "BRATZ" people. Shocked, I told her that my children had several of the BRATZ dolls, loved them, and that I could not distinguish her "BRATS" from "BRATZ."

5. She told me that my mistake was a common one, that many customers make it all the time respecting her BRATS, and she asked whether I would be interested in giving a statement. I readily agreed.

6. Except for those matters stated on information and

belief, I make this declaration of my own knowledge and could and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 19 day of MAY, 2004 in , California. Executed under penalty of perjury of the laws of the United States on this the 19 day of MAY, 2004 in ENCINITAS, California.

Mark A Poniatoski
Mark Poniatoski



MP

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>DEFENDANTS | Case No.<br><br>**DECLARATION OF SHEILA BOYD** |

I, Sheila Boyd, do hereby declare and state as follows:

1. I live in central California, residing with my boyfriend and his two children at 31500 Road 416, Coarsegold, California, 93614. I have lived at this address for one year, but have lived in the Yosemite, California area for well over ten years.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could

and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

3. I am an artist specializing in applying airbrush art work on a variety of mediums. As an airbrush artist, I have been very active in my local artist community since 1992, and, because of my involvement in the airbrush industry, I have come to know, and be known by, many airbrush artists around the country.

4. In 1997, while attending an airbrush artists' convention at which I was presenting an airbrush workshop, I met Jo Ann Mauck. During the workshop, Ms. Mauck disclosed copies of artwork she had been marketing as "Spoiled Brats" and, alternatively, just "Brats." Ms. Mauck's portfolio of Brats was distinct in that it contained preteen to teen looking cartoon characters clearly expressing a set of attributes including large platform shoes, flared pants, blatantly exposed midriffs, small tops, and a relatively large head with large eyes, full lips, little to no nose, and high hair. My impression of these characters was that—as intended by the artist, Ms. Mauck—they depicted spunky preteen to teen girls with an alternative fashion sense or attitude that poked fun at wholesome or traditional Americana values. These characters also were portrayed with varying amounts of accessories, including bangle type jewelry and purses or cash or credit cards.

4. Seeing such an expression of an idea was unique in my experience as an artist and, until recently, I was unaware of any other works of cartoon imagery marketed under the word mark "Brats" or other similar name or developed with the same characteristics and capturing the same expression of preteen and teen attitude. In fact, I regarded the artistic creativity embodied in the Brats works highly because it is rare to see such a unique collection of individual characteristics in a cartoon imagery that also translates an innuendo of social significance.

5. I am not a personal friend of Ms. Mauck's and have not seen or been in personal contact with her except on very rare occasions. We do, however, share at least one mutual friend, and I make an effort to keep a channel open to Ms. Mauck because of the impression her Brats made on me from the standpoint that such art work was highly attractive and marketable. In other words, I recognized Ms. Mauck as an airbrush artist who had exceptional talent and she is the person I associated with the Brats works.

6. About six months ago, while shopping with my boyfriend at a central California clothing retail chain store named "Gottschalks," I came upon T-shirts adorned with what I believed to be Ms. Mauck's Brats. I was excited and thrilled Ms. Mauck had been able to market her Brats line in a major commercial channel. I looked closely at the shirt paintings to see if her name was stenciled next to the images, as is sometimes the case for such artwork, but only found the label "Bratz." Given all

the characteristics of Ms. Mauck's Brats were present, however, I immediately and confidently assumed Ms. Mauck was associated with these shirts.

7. I later telephoned our mutual friend to request she convey my congratulations to Ms. Mauck on her success. During this telephone call, however, I was shocked to find the cartoon characters I saw depicted on the T-shirts sold at Gottschalks were not Ms. Mauck's work, but, instead, were imposter derivations of Ms. Mauck's creations. Eventually, I spoke with Ms. Mauck over the telephone, and she asked me if I would make a statement of my experience. As a result of that request, I now provide this declaration.

8. Since first seeing Brats in 1997, I have at all times considered Ms. Mauck as the only source and creator of Brats. I was directly confused with the product I saw at the clothing store as to the actual source of the products, mistakenly thinking their origin was traceable to Ms. Mauck. Had I been shopping for shirts the day I saw them, I willingly would have purchased one of the shirts I saw, believing I was supporting Ms. Mauck's success. Finding out the Bratz on the T-shirts I viewed was not associated with Ms. Mauck was both a shock and a disappointment.

9. Sometime after learning Ms. Mauck was not associated with the T-shirts I viewed, I came upon a second item in a second store that had the same cartoon images on a puzzle box. I purchased the puzzle box and forwarded it to Ms. Mauck to show her an example of what I believed to be a product that infringed

her own Bratz. This puzzle box was for one of the Bratz girl characters that looked in almost every way like the images Ms. Mauck painted.

Executed under penalty of perjury of the laws of the United States on this the 21st day of May, 2004 in Coarsegold, California.

Sheila Boyd
SHEILA BOYD

Susan E. Emrich (Cal. State Bar No. 171174)
**EMRICH & ASSOCIATES**
348 Olive Street
San Diego, CA 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser, A.P.C. (Cal. State Bar No. 194435)
**THE BIOTECHNOLOGY LAW GROUP**
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability corporation, PLAINTIFF, v. MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive, DEFENDANTS | Case No. **DECLARATION OF PAM KARNS** |

I, Pam Karns, do hereby declare and state as follows:

1. I reside at 2644 East Lockwood Street, Mesa, Arizona 85213, with my husband Alan Karns. We are now glass-etching wholesalers and manufactures. We regularly attend trade shows to sell our products. In past years, we were costume-jewelry retailers and routinely exhibited at fairs.

2. Except for those matters stated on information and belief, I make this declaration of my own knowledge and could

and would testify competently to the contents hereof if called upon to do so. As to those matters stated on information and belief, I have been informed they are true and believe them to be true.

3. In 1996 or 1997, my husband and I visited our friends Jo Ann and Byron Mauck of ART ATTACKS INK at a Harvest Festival conducted in Phoenix, Arizona. Ms. Mauck is an airbrush artist and had a very popular following. Indeed, Ms. Mauck's works were so much in demand that the Maucks had a hard time managing the taking and filling of sales orders with the staff they had on hand. We could see their predicament and I volunteered to help Mr. and Mrs. Mauck and did help them by taking and filling sales orders behind their booth for several hours.

4. During those several hours, I quickly became aware of the extreme popularity of their BRATS characters. The BRATS images came in a few different media and themes on display at the booth, both on hanging T-shirts and in a photo album available for public viewing. Mr. and Mrs. Mauck also had a brochure labeled "BRAT PACK" that featured JoAnn's BRATS.

5. During the brief period of time I volunteered to assist in the booth, I took numerous orders for BRATS items. In placing the orders, customers would say things like, "I like your BRATS" or "I want that BRAT" or "I want your BRAT over there." Based upon the remarks and sales requests, I believe the customers clearly associated the BRATS characters with ART ATTACKS INK and Ms. Mauck, the person who actually was drawing them.

6. Prior to the Harvest Festival in Phoenix, Arizona, I had never seen or heard of a similar product. To me, the BRATS works were truly distinctive. Based upon my interactions with the customers, it is clear they felt the same way.

7. Recently, last Christmas or so, I saw a toy doll closely resembling the BRATS in features, e.g., head, eyes, mouth, hair, and costume, and overall "sassy expression". Interestingly, the doll was labeled "BRATZ". I immediately believed this to be a knock-off, as we communicated regularly with the Maucke and would have known if they licensed or began producing their images on other media. Soon thereafter I called the Mauckes to wish them Merry Christmas and, in passing, advised them of what we had seen in the store.

Executed under penalty of perjury of the laws of the United States on this the 19 day of May, 2004 in Mesa, Arizona.

Pam Karns

Pam Karns

Susan E. Emrich (Cal. State Bar No. 171174)
EMRICH & ASSOCIATES
348 Olive Street
San Diego, California 92103
Telephone: (619) 688-0550
Facsimile: (619) 688-0560

Edward O. Kreusser (Cal. State Bar No. 194435)
THE BIOTECHNOLOGY LAW GROUP
12926 Via del Toro
Poway, CA 92064
Telephone: (858) 485-0513
Facsimile: (858) 485-0516

Attorneys for Plaintiff,
ART ATTACKS INK, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 04-1035-J (BLM)<br><br>**DECLARATION OF TAMMIE GALLAGHER IN SUPPORT OF ART ATTACKS INK, LLC'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**Date: July 26, 2004**<br>**Time: 10:30 a.m.**<br><br>THE HON. NAPOLEON A. JONES, JR. |

I, Tammie Gallagher, of Rancho Bernardo, California, do hereby declare and state as follows:

1. I make this declaration of my own knowledge and could and would testify competently thereto if called upon to do so

2. I am currently in the navy and hold the title of "Chief Storekeeper." I am also the mother of a 12-year old girl.

OPTIONAL FORM 99 (7-90)
FAX TRANSMITTAL # of pages ► 2

3. Since about 1996, my family has routinely attended the Del Mar County Fair in San Diego. One of the exhibits we most like at the fair is an airbrush art studio known as "Art Attacks Ink." Art Attacks makes designs on T-shirts and hats. Year after year we stop in and have them make designs on t-shirts for us.

4. One of Art Attacks' designs that we most like, and that we've repeatedly ordered over the years, concerns a group of cartoon caricatures prominently labeled "BRATS" on their exhibit booth billboards. The individual drawings feature the word "BRAT," often in combination with one or more other words. For example, because I'm in the Navy, in the past I've had them make me a "NAVY BRAT" T-shirt for my daughter. This and some of the other BRATS designs I've bought from Art Attacks over the years are shown in the photographs attached hereto as Exhibit 1.

5. In about 2002, while shopping at a Target or Wal-Mart, I came across a new doll line called "BRATZ" that closely resembled the BRATS-labeled images that I had for years been buying from Art Attacks on t-shirts. My first thought was that Art Attacks had branched out and was seeking to further capitalize on its already popular BRATS T-shirt line. First, the dolls' names were similar---"BRATZ." I thought that Art Attacks had changed their "s" to a "z" to have more commercial appeal. Second, the caricature images were very similar, albeit more "generalized" in the case of the dolls, which I figured was natural going from a more customized airbrushed t-shirt design to a more mass media-type generic doll version that could sell more individual units in the mass retailing stores.

6. I recently met the proprietor of Art Attacks Ink for the first time and was surprised to learn that the dolls I was seeing in the store were not commercially related in any way to Art-Attacks "BRATS"-labeled drawings.

Executed under penalty of perjury of the laws of the United States on this the 22th day of June, 2003 in San Diego, California.

Tammie Gallagher

Tammie Gallagher


USA
Tammie
100% AMERICAN


Navy Brat

# ASSIGNMENT OF COPYRIGHT AND TRADEMARK RIGHTS

For $1.00 and other valuable consideration, receipt of which is acknowledged hereby, Byron Mauck and JoAnn Mauck, husband and wife, residing at 2688 Glasgow Drive, ~~Carlsbad~~ Oceanside, California, 92008, and formerly doing business as ART ATTACKSINK (hereinafter "Assignors"), do hereby assign to ART ATTACKSINK, LLC, a limited liability corporation organized under the laws of California, and having a principal place of business at 633 South Cleveland Street, Carlsbad, California, 92054 (hereinafter "Assignee"), their entire world-wide rights, title, and interest, without reservation, in and to all of their past, present, and future original artworks, including but not limited to any and all past, present, and future intangible rights that may attach thereto or be associated therewith, e.g, copyrights, trademarks, service marks, trade dress, and other intellectual property, and any and all accompanying business good will. This conveyance specifically includes but is not limited to:

1) the copyrights endowed by United States Copyright registration serial number VAu 374-194, registered August 8, 1996;

2) the copyrights endowed by a follow-on copyright application filed in April 2004 related to the same (registration serial number yet to be determined); and

3) any and all individual works, marks, and trade dress depicted, referenced, or evidenced therein, or that may later be derived from such.

///

///

///

///

Assignors hereby covenant that no assignment, sale, agreement, or encumbrance has been or will be made or entered into which would conflict with this Agreement.

WITNESS my hand at Carlsbad, California, on this May day of 18, 2004.

by: JoAnn Mauck

by: Byron Mauck

STATE OF California )
) ss
COUNTY OF San Diego )

On May 18.04 before me, Lorelei A Mitchell, Notary Public, personally appeared JoAnn Mauck nd Bryon Mauck

~~personally known to me~~ - OR - ☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) ~~is~~/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies), and that by ~~his/her~~/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public in and for said County and State

OFFICIAL SEAL
LORELEI A. MITCHELL
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1471040
SAN DIEGO COUNTY
MY COMM. EXP. MAR 15, 2008

# CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

UNITED STATES COPYRIGHT OFFICE ☆ THE LIBRARY OF CONGRESS ☆
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

VAu 374-194

EFFECTIVE DATE OF REGISTRATION
8 8 96
Month Day Year

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
SPOILED BRATS

NATURE OF THIS WORK ▼ See instructions
Pictorial Collective Se[ries]

PREVIOUS OR ALTERNATIVE TITLES ▼
SPOILED BRATS OF THE WORLD; SPOILED BRATS-BEST FRIENDS; SPOILED BRATS LATE[...]

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Unpublished Series SPOILED BRATS

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
Jo Ann Fahlgren Mauck

DATES OF BIRTH AND DEATH
Year Born ▼ 1953 Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
X No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Tempe, Arizona

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes X No
Pseudonymous? ☐ Yes X No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
X 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

b NAME OF AUTHOR ▼
Jo Ann Fahlgren Mauck

DATES OF BIRTH AND DEATH
Year Born ▼ 1953 Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
X No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ Tempe, Arizona

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes X No
Pseudonymous? ☐ Yes X No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
X 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

death blank

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1994 - 1996 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Byron Mauck and Jo Ann Fahlgren Mauck

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Husband & wife common business where art is produced and colaborate on creative projects

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
AUG 08 1996
ONE DEPOSIT RECEIVED
AUG 08 1996
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE

(1)

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM V

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** *Identify any preexisting work or works that this work is based on or incorporates.* ▼

N/A

See instructions before completing this space

***b. Material Added to This Work*** *Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.* ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Byron and/or Jo Ann Mauck
C/O Art Attacks Ink
995 E. Baseline Road # 2124
Tempe, Arizona 85283-1333

Area Code and Telephone Number ▶ 602-839-4952

FX: 602-730-4071

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Date** ▶

**Handwritten signature (X)** ▼

[signatures]

**MAIL CERTIFICATE TO**

**Certificate will be mailed in window envelope**

Name ▼

Byron and/or Jo Ann Mauck / Art Attacks Ink

Number/Street/Apt ▼

995 E. Baseline Road #2124

City/State/ZIP ▼

Tempe, AZ 85283-1333

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

* ... representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in co...

VAu 374-194

**FROM:** SPOILED BRATS
Seventeen represenative
Samples OF COLLECTIVE SERIES

995 Ea[illegible] aseline Road • Ste. 2124 • Tempe [illegible] Z 85283
(602) 839-4952 • ORDERS ONLY (800) 561-6101 • FAX (602) 730-4071

ATTN: New Registration Dept

May 31, 1996

U.S. Copyright Office
Library of Congress
Madison Building, Room 401
101 Independance Ave., S.E.
Washington D.C. 20559-6000

LIBRARY OF CONGRESS
JUN 6 1996
COPY
COPYRIGHT OFFICE

Dear Sirs,

The Spoiled Brats Collection evolved (and continues to evolve) over a period beginning in late 1994 and continuing as of June 1, 1996. In march 1996 the author, her husband with whom she co-owns Art Attacks, decided to research and seek copyright registration to strengthen our protection and begin to outline the parameters of the collection of characters we call Spoiled Brats. Until March of 1996 the author and our company labored in ignorance and confusion about copyright marks. The attached images attest to that ignorance.

Some are labled "Jo Ann," some are marked "JoAnn Mouck," others bear both labels. Some are dated 1996, many are undated; all are inappropriately dated because when a date was used, it was used the day or date the work was produced, not the date it was created or first produced. From early 1995 on it was recognized that each model was an identifiable part of a whole and our sales reciepts indicate we were calling them Spoiled brats in June of 1995 if not before that date. Thus we have decided that the date we can document is probably appropriate. June of 1995. much of the work was sold to individuals without any pictures taken and the samples attached are but a few of those created. Perhaps 5% or so.

995 East Baseline Road • Ste. 2124 • Tempe, AZ 85283
(602) 839-4952 • ORDERS ONLY (800) 561-6101 • FAX (602) 730-4071

However, We Trust That however minute; The attached Collection of Samples is adequate To at least begin The process of Registering The Collection. Spoiled Brats are part of an Ongoing Creative Process Which is expected To produce many new ~~editions~~ ~~of~~ Renditions and recreate many of Those in existance but not ~~herein~~ herein attached.

We would be most greatfull for any advisement you may be able To give us in respect to ongoing updating and expansion of our Registration. Unless Otherwise advised We will From Time To Time update The collections' Registration We also have other items We hope To register as we become more Proficient in This process. We hope we have done a reasonably Good Job of Completing This First application and will be pleased To recieve and or respond To any Suggestions Regarding This Filing and/or future filings

Sincerely,

[signature]
Byron Mauck

[signature]
Jo Ann Mauck
co owners: ArtAttacks;

Attachments: Completed ~~### ~~ FORM VA and;
18 35mm prints of Individual
pieces of The Spoiled Brats Collection

(5)

LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SPOILED BRATS** deposited in the Copyright Office with claim of copyright registered under number **VAu 374-194**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on February 26, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by U.S. Copyright Law 17 U.S.C. 101 et seq.




(7)



8


Spoiled
Brat


...But you don't understand




Talk
to the
Hand


HELP!
I'M TALKING
SHUT UP!


When the
going ge
tough
VISA
...the
tough
go
Shopp


VISA






Spoiled
...But Nose, I had


known Grandchildren








ART ATTACKS



Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
Brats™

NATURE OF THIS WORK ▼ See instructions
Pictorial Collective Series

Previous or Alternative Titles ▼
Spoiled Brats™, Spoiled Brats of the World™, Best Friends™, Spoiled Brats International™

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
This is a continuation/supplement to Registration VAu 374-194

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
Jo Ann Fahlgren Mauck

DATES OF BIRTH AND DEATH
Year Born ▼ 1953 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in Carlsbad, California

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed
1994- Year
This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 8 Day 8 Year 1996
USA Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Byron Mauck and Jo Ann Fahlgren Mauck (

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimants are husband and wife artists/collaborators

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE



(1)

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ VAu 374-194 **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimants original work,

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Byron and Jo Ann Mauck
2688 Glasgow Drive
Carlsbad, California 92008

Area code and daytime telephone number ( 800 ) 561 6101 Fax number ( )

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of ______________
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Date

Handwritten signature (X) ▼

X

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



(2)

EXAMINED BY FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ VAu 374-194 Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimants original work.

a — See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Byron and Jo Ann Mauck
2688 Glasgow Drive
Carlsbad, California 92008

b

Area code and daytime telephone number ( 800 ) 561 6101 Fax number (

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

check only one ▶ ☑ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of Byron & JoAnn Fahlgren Mauck

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Byron Mauck
JoAnn Fahlgren Mauck

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JoAnn Fahlgren Mauck Date 4-8-04

Handwritten signature (X) ▼

x JoAnn Fahlgren Mauck Byron Mauck

**Certificate will be mailed in window envelope to this address:** **9**

Name ▼ JoAnn Fahlgren Mauck

Number/Street/Apt ▼ 2688 Glasgow Dr

City/State/ZIP ▼ Carlsbad CA 92008

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.





. Jo Ann Fahlgren Mauck 1996

(5)





7


La Bonita Bra




9






Cheer


A PROBLEM WITH THA






Not only am I perfect,
m Mexican Too!


Not only am I perfect...
I'm Italian Too!


Island







17


SPAGHETTI
STRAPS
ADD $3
anvil








anvil
SPOILED BRAT




A PROBLEM WITH THA




Chican








Colleen






Chica

SEASIDE PARK
10 W. Harbor Blvd. • Ventura, CA 93001
(805) 648-3376 • Fax (805) 648-1012

June 7, 2004

Mr. Edward O. Kreusser
12926 Via del Toro
Poway, CA 92064

Dear Mr. Kreusser:

This is to verify some information on the business "Art Attacks Ink".

The above business has been at the Ventura County Fair with a concession space since 1993.

They will be with us once again for the 2004 County Fair which begins August 4, 2004.

Enclosed please find a copy of a picture of their booth.

Sincerely,

Valerie M. Buckley

Valerie M. Buckley

AGREEMENT NO. 96-334

FORM F-31
ORIGINAL — TO RENTOR
DUPLICATE — TO FAIR
DUPLICATE — TO F&E
QUADRUPLICATE — GENERAL SERVICES APPROVAL ONLY)
(REVISED 11/87)

# RENTAL AGREEMENT

DATE 04/01/1996

FAIRTIME XX

INTERIM

THIS AGREEMENT by and between the 31st District Agricultural Assn. hereinafter called the Association, and Art Attacks hereinafter call the Rentor

**WITNESSETH:**

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises: 08/14/1996 - 08/25/1996

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement:

A 10' x 20' space on Main Street @ $1,000.00.

3. The purposes of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:

The selling or exhibiting of products as listed on the attached Exhibit A. Exhibit A must be completed for Fair management approval.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

$150 non-refundable deposit received. A balance of $850 and signed Rental Agreements due within 30 days of the date of this Agreement.

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

12. Special Provisions:

Exhibits A, B and FE-13 are attached to and made a part of this Rental Agreement. By signing this Agreement, Rentor agrees to abide by the Rules and Regulations of the 31st District Agricultural Assn.

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| Art Attacks | 31st District Agricultural Assn. |
| Address 995 E. Baseline Road<br>Tempe, AZ 85283 | Address 10 W. Harbor Blvd.<br>Ventura, CA 93001 |
| By [signature] | By [signature] |

FORM
(REV. SEPT. 1984)

Agreement No: 97- 12

Date: May 5, 1997

Fairtime Agreement

# CONCESSION AGREEMENT

This Agreement by and between the **31st District Agricultural Association**, hereinafter called the **Association**, and **Art Attacks, Inc.**, hereinafter called the **Rentor**,

**Witnesseth:**

1. **That Whereas**, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on **August 6, 1997** and ending on **August 26, 1997**.
2. **Now, Therefore**, the Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement: a **a 10' x 20' space on Main Street**.
3. The purpose of occupancy shall be limited to the selling or exhibiting of the following: **Air brushed shirts, sweats, coats, pants, signs, posters, plates, key chains, hats, surf boards, banners, pennants** and shall be for no other purpose or purposes whatsoever.
4. Rentor agrees to pay to the Association for rights and privileges hereby granted, the amounts and in the manner set forth below: **$1000. $850 and signed Rental Agreements due by May 25, 1997.**
5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.
6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claim or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.
7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.
8. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of the Association.
9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.
10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and the Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.
11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this concession space shall be deemed earned and non-refundable by the Association and the Association shall have the right to occupy the space in any manner deemed for the best interests of the Association.
12. Special Provisions: **This contract shall be considered invalid unless signed and returned by May 25, 1997.. Exhibits A, B, C (Insurance Statement) and Concessionaire Rules and Regulations Booklet are hereby attached to and made a part of this Rental Agreement.**
13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

**IT WITNESS WHEREOF**, this agreement has been executed in quadruplicate by and on behalf of the parties hereto, the day and year first above written.

**31st District Agricultural Association**
**10 W. Harbor Blvd.**
**Ventura CA 93001**

By [signature]

**Michael Paluszak**
**CEO**

**Art Attacks, Inc./Byron Mauck**
**995 E. Baseline Road**
**Tempe, AZ 85283-1333**

By [signature]

Title: **Concessionaire**
Telephone: **(602) 839-4952**

FORM F-31
(REV.SEPT.1984)

**Agreement No: 98-8**

**Date: April 29, 1998**

**Fairtime Agreement**

# CONCESSION AGREEMENT

This Agreement by and between the **31st District Agricultural Association**, hereinafter called the Association, and ***Art Attacks Ink**, hereinafter called the **Rentor**,*

**Witnesseth:**

1. **That Whereas**, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning *July 29, 1998* and ending on *August 18, 1998*.

2. **Now, Therefore**, the Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement: **10' x 20' space on Main Street.**

3. The purpose of occupancy shall be limited to the selling or exhibiting of the following: **airbrushed T-shirts, sweatshirts, license plates, hats, keychains, jackets, posters, helmets, tanks, caricatures, pennants, motorcycle paints & fenders** and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to the Association for rights and privileges hereby granted, the amounts and in the manner set forth below: **$1000. $150 deposit received, balance of $850 and signed Rental Agreements due May 21, 1998.**

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claim or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. *Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter,* any permits issued to Rentor or his employees hereunder.

8. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot by assigned or otherwise disposed of without the written consent of the Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and the Rentor agrees that he has read this agreement and the said wazzu Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this concession space shall be deemed earned and non-refundable by the Association and the Association shall have the right to occupy the space in any manner deemed for the best interests of the Association.

12. Special Provisions: **This contract shall be considered invalid unless signed and returned by May 21, 1998. Exhibits A, B, C (Insurance Statement) and Concessionaire Rules and Regulations Booklet are hereby attached to and made a part of this Rental Agreement.**

13. This agreement is not binding upon Associaton until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

**IT WITNESS WHEREOF**, this agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

**31st District Agricultural Association**
**10 W. Harbor Blvd.**
**Ventura, CA. 93001**

By [signature]

*Michael A. Paluszak*
CEO

**Art Attacks Ink /Byron Mauck**
**6769 Camino Del Prado**
**Carlsbad, CA 92009**

By [signature]

*Title: Concessionaire*
Telephone: (760) 804-0648

31ST DISTRICT
AGRICULTURAL ASSOCIATION
MAY 21 1998
VENTURA COUNTY FAIR

**FORM F-31**
(REV.SEPT.1984)

**Agreement No: 99-131**

**Date: May 24, 1999**

**Fairtime Agreement**

# CONCESSION AGREEMENT

This Agreement by and between the **31st District Agricultural Association**, hereinafter called the Association, and **Art Attacks Ink**, hereinafter called the **Rentor**,

**Witnesseth:**

1. **That Whereas**, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from Association to use Association beginning July 28, 1999 and ending on August 17, 1999.

2. **Now, Therefore**, the Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the premises terms and conditions of this agreement: **10' x 20' space on Main Street.**

3. The purpose of occupancy shall be limited to the selling or exhibiting of the following: **Hand painted t-shirts, sweats, jackets, license plates, key chains, posters, helmets, tanks, surfboards** and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to the Association for rights and privileges hereby granted, the amounts and in the manner set forth below: **$1,000. $150 deposit received, balance of $850 and signed Rental Agreements due May 21, 1999.**

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claim or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot by assigned or otherwise disposed of without the written consent of the Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations in or variations of the terms hereof, unless made in writing and signed by the parties, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and the Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this concession space shall be deemed earned and non-refundable by the Association and the Association shall have the right to occupy the space in any manner deemed for the best interests of the Association.

12. Special Provisions: **This contract shall be considered invalid unless signed and returned by May 21, 1999. Exhibits A, B, C (Insurance Statement) and Concessionaire Rules and Regulations Booklet are hereby attached to and made part of this Rental Agreement.**

[illegible] This agreement is not binding upon Association until it has been duly accepted and signed by its authorized [illegible] and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

[illegible] **WHEREOF**, this agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day [illegible] above written.

[illegible] Agricultural Association

Art Attacks Ink /Byron Mauck
6769 Camino Del Prado
Carlsbad, CA 92009-3313

By [signature]

Title: Concessionaire
Telephone: (760) 804-0648

FORM F-31
(REV.SEPT.1984)

Agreement No: 00-1

Date: April 25, 2000
Fairtime Agreement

# CONCESSION AGREEMENT

This Agreement by and between the **31st District Agricultural Association**, hereinafter called the Association, and **Art Attacks Ink**, hereinafter called the Rentor,

**Witnesseth:**

1. **That Whereas**, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from Association to use Association beginning July 26, 2000 and ending on August 15, 2000.
2. **Now, Therefore**, the Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the premises terms and conditions of this agreement: **10' x 20' space on Main Street.**
3. The purpose of occupancy shall be limited to the selling or exhibiting of the following: **Airbrushed hats, helmets, jackets, sweats, T's, pants, license plates, surfboards, posters, signs and key chains** and shall be for no other purpose or purposes whatsoever.
4. Rentor agrees to pay to the Association for rights and privileges hereby granted, the amounts and in the manner set forth below: **$1000. No deposit received. $1000 and signed rental agreements due May 15, 2000.**
5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.
6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents servants and employees from any and all claims, causes of action and suits accruing or resulting fr... loss to any person or persons, including all persons to whom the Rentor ... and Rentor himself and from any loss, dama... property, goods...

**Please sign and return *BOTH* contracts.**

***Do not remove*** **attachments to contracts, they must be returned exactly as they have been received, this is a legal document.**

**One copy will be returned to you after it has been signed by the Fair Manager.**

... be valid, unless ... or agreements not incorporated herein and no ... unless made in writing and signed by the parties, shall be binding upon any of ...

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and the Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent writing of the parties hereto.
11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this concession space shall be deemed earned and non-refundable by the Association and the Association shall have the right to occupy the space in any manner deemed for the best interests of the Association.
12. Special Provisions: **This contract shall be considered invalid unless signed and returned by May 15, 2000. Exhibits A, B, C (Insurance Statement) and Concessionaire Rules and Regulations Booklet are hereby attached to and made a part of this Rental Agreement.**
13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

**IT WITNESS WHEREOF**, this agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| **31st District Agricultural Association** | **Art Attacks Ink/Byron Mauck** |
| **10 W. Harbor Blvd.** | **2688 Glasgow Dr.** |
| **Ventura, CA. 93001** | **Carlsbad, CA 92008** |
| By [signature] | By [signature] |
| **Raymond R. "Roger" Gibbs** | **Title: Concessionaire** |
| **CEO** | **Telephone: (760) 730-7412** |

FORM F-31
(Revised 11/87)

Agreement No: 03-7

Date: April 18, 2003
Fairtime Agreement

# CONCESSION AGREEMENT

This Agreement by and between the **31st District Agricultural Association**, hereinafter called the Association, and **Art Attacks Ink**, hereinafter called the **Rentor**,

**Witnesseth:**

1. **That Whereas,** The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from Association to use Association beginning July 23, 2003 and ending on August 12, 2003.

2. **Now, Therefore,** the Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the premises terms and conditions of this agreement: **10' x 20' space on Main Street.**

3. The purpose of occupancy shall be limited to the selling or exhibiting of the following: **Airbrush T-shirts, Tank Tops, Sweatshirts, Hats, Pillowcases, Keychains, License Plates, Portraits, Jackets, Posters, Signs** and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to the Association for rights and privileges hereby granted, the amounts and in the manner set forth below: **$1200. $150 deposit received, balance of $1050 and signed Rental Agreements due May 1, 2003.**

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claim or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot by assigned or otherwise disposed of without the written consent of the Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations in or variations of the terms hereof, unless made in writing and signed by the parties, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and the Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this concession space shall be deemed earned and non-refundable by the Association and the Association shall have the right to occupy the space in any manner deemed for the best interests of the Association.

12. Special Provisions: **This contract shall be considered invalid unless signed and returned by May 1, 2003. Exhibits A, B, Insurance Requirements and Concessionaire Rules and Regulations Booklet are hereby attached to and made a part of this Rental Agreement.**

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

**IT WITNESS WHEREOF,** this agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| **31st District Agricultural Association**<br>**10 W. Harbor Blvd.**<br>**Ventura, CA. 93001** | **Art Attacks Ink /Byron/JoAnn Mauck**<br>**2688 Glasgow Dr.**<br>**Carlsbad, CA 92008** |
| By Max E Barlow | By [signature] |
| **Max E. Barlow**<br>**Interim CEO** | **Title: Concessionaire**<br>**Telephone: 7606441992** |

FORM 81

AGREEMENT NO. 95-E144

# RENTAL AGREEMENT

DATE 03/15/1995

FAIRTIME XX

INTERIM

THIS AGREEMENT by and between the 32 District Agricultural Association hereinafter called the Association and ROLLEDAY PRODUCTIONS DBA ART ATTACKS hereinafter called the Rentor

WITNESSETH:

1. THAT WHEREAS: The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises 07/07/1995 - 07/23/1995

2. NOW THEREFORE: Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement.

Commerce Lane, Spaces #9 & #10 (20'x 10').
This agreement is for July 7-23, 1995 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.

3. The purposes of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever

Exibiting & selling airbrushed garments, paper posters, license plates, keychains, calligraphy art, airbrushed portraits and caricatures.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below

$2,250.00 ($2,100.00 space fee, $150.00 canopy). Payment of $1,125.00 and signed Rental Agreements due on or before April 21, 1995. Balance of $1,125.00 due on or before May 22, 1995.

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Associations.

12. Special Provisions

By signing this agreement, the undersigned agrees that they have read the 1995 Handbook and agrees to abide by these rules and regulations. By this reference, this Handbook is incorporated in and hereby becomes a part of this agreement and is on file with the Association.

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF this agreement has been executed in quadruplicate by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| ROLLEDAY PRODUCTIONS DBA ART ATTACKS | 32 District Agricultural Association |
| 995 E. Baseline Rd. Ste. 2165 | 88 Fair Drive |
| Tempe, AZ 85283 | Costa Mesa, CA 92626 |
| By | By |
| Title JoAnn or Byron Mauck | Title Becky Bailey-Findley, Manager |

RECEIVED APR 20 1995

FORM E-3

AGREEMENT NO. 96-E155

DATE 03/27/1996

FAIRTIME XX

INTERIM

# RENTAL AGREEMENT

THIS AGREEMENT by and between the 32 District Agricultural Association hereinafter called the Association, and ART ATTACKS

hereinafter called the Rentor.

**WITNESSETH:**

1. THAT WHEREAS: The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises: 07/12/1996 - 07/28/1996

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement:

Commerce Lane, Spaces #9 & #10 (20 x 10)
This agreement is for July 12-28, 1996 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.

3. The purposes of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:

Exhibiting & selling airbrushed garments, paper posters, license plates, keychains, calligraphy art, airbrushed portraits and caricatures. Also, airbrushing on shirts pre-lined with cars & animals.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

$2,250.00 ($2,100.00 space fee, $150.00 canopy fee). Payment of $1,125.00 and signed Rental Agreements due on or before April 30, 1996. Balance of $1,125.00 due on or before May 30, 1996.

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

12. Special Provisions:

By signing this agreement, the undersigned agrees that they have read the 1996 Handbook and agrees to abide by these rules and regulations. By this reference, this Handbook is incorporated in and hereby becomes a part of this agreement and is on file with the Association.

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto the day and year first above written.

ART ATTACKS
995 E. Baseline Rd. #2124
Tempe, AZ 85283

Byron Mauck

32 District Agricultural Association
88 Fair Drive
Costa Mesa, CA 92626

By

Title Becky Bailey-Findley, Manager

FORM 231

AGREEMENT NO. 97-E124

# RENTAL AGREEMENT

DATE 03/11/1997

FAIRTIME XX

INTERIM

THIS AGREEMENT by and between the 32 District Agricultural Association hereinafter called the Association and Art Attacks Ink

**WITNESSETH:**

hereinafter called the Rentor.

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises 07/11/1997 - 07/27/1997

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement.

Commerce Lane, Spaces #9 & #10 (20' x 10')
This Agreement is for July 11-27, 1997 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.

3. The purposes of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:

Exhibiting & selling airbrushed garments, paper posters, license plates, keychains, calligraphy art, airbrushed portraits and caricatures & airbrushed shirts pre-lined with cars & animals.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

$2,250.00. ($2,100.00 space fee + $150.00 canopy fee). Payment of $1,125.00 and signed Rental Agreements due on or before April 30, 1997. Balance of $1,125.00 due on or before May 30, 1997.

RECEIVED APR 30 1997

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself, and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

12. Special Provisions:

By signing this agreement, the undersigned agrees that they have read the 1997 Handbook and agrees to abide by these rules and regulations. By this reference, this Handbook is incorporated in and hereby becomes a part of this agreement and is on file with the Association.

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| Art Attacks Ink | 32 District Agricultural Association |
| 995 E. Baseline Rd. #2124 | 88 Fair Drive |
| Tempe AZ 85283 | Costa Mesa, CA 92626 |
| By [signature] | By [signature] |
| Title Byron Mauck [signature] owner | Title Becky Bailey-Findley, Manager |

FORM F-1 AGREEMENT NO. 98-2128

# RENTAL AGREEMENT

DATE 03/31/1998

FAIRTIME XX

INTERIM

THIS AGREEMENT by and between the 32 District Agricultural Association hereinafter called the Association and ART ATTACKS INK hereinafter called the Renter

**WITNESSETH:**

1. THAT WHEREAS: The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises 07/10/1998 - 07/26/1998

2. NOW, THEREFORE: Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement.

Commerce Lane, Spaces #9 & #10 (20' x 10').
This Agreement is for July 10-26, 1998 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.

3. The purposes of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever.

Exhibiting & selling airbrushed garments, paper posters, license plates, keychains, calligraphy art, airbrushed portraits and caricatures & airbrushed shirts pre-stamped with cars & animals.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

$2,275.00 ($2,100.00 space fee + $175.00 canopy fee). Payment of $1,137.50 due on or before April 29, 1998.
Balance of $1,137.50 due on or before May 29, 1998.

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

12. Special Provisions:

By signing this Agreement, the undersigned agrees that they have read the 1998 Handbook and agrees to abide by these rules and regulations. By this reference, the Handbook is incorporated into and becomes a part of this Agreement, and is on file with the Association.

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in quadruplicate by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| ART ATTACKS INK | 32 District Agricultural Association |
| 6769 Camino del Prado | 88 Fair Drive |
| Carlsbad, CA 92009 | Costa Mesa, CA 92626 |
| By Byron Mauck | By Becky Bailey-Findley, Manager |
| Title | Title |

RECEIVED APR 27 1998

FORM F-31

AGREEMENT NO. E-147-99

REVIEWED

DATE Revised April 23, 1999

# RENTAL AGREEMENT

APPROVED

FAIRTIME XX

INTERIM

THIS AGREEMENT by and between the 32nd District Agricultural Association hereinafter called the Association, and ART ATTACKS INK hereinafter called the Rentor

WITNESSETH

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises: July 9, 1999 and ending on July 25, 1999

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purpose hereinafter set forth, subject to the terms and conditions of this agreement: Commerce Lane, Space #9 & #10 (20 x 20). This agreement is for July 9 - 25, 1999 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.

3. The purpose of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:

Exhibiting & selling airbrushed garments, paper posters, license plates, keychains, calligraphy art, portraits & caricatures, T-shirts, sweatshirts, hats, jackets, tanks, helmets, banners & paper posters.

Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

$2,700.00 ($2,500.00 space fee + $200.00 canopy fee). Payment of $1,350.00 and signed Rental Agreement due on or before April 30, 1999. Balance of $1,350.00 and Certificate of Insurance due on or before June 1, 1999.

Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understanding or agreements not incorporated herein and no alterations or variations of the terms hereof unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reserve side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this Agreement and the Rules and Regulations [illegible] payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

12. Special Provisions: By signing the Agreement, the undersigned agrees that they have read the 1999 Handbook and agrees to abide by said Rules and Regulations. By this reference, the 1999 Handbook is incorporated into and becomes a part of this Agreement and is on file with the Association.

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative and approved (if required) by the Department of Food and Agriculture and Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| ART ATTACKS INK | 32nd District Agricultural Association |
| 6769 Camino del Prado | 88 Fair Drive |
| Carlsbad, CA 92009 | Costa Mesa, CA 92626 |
| By | By |
| Title Byron Mauck | Title Becky Bailey-Findley, General Manager |

FORM F-31 AGREEMENT NO.

E-162-00

REVIEWED

APPROVED

DATE Rev. April 25, 2000

# RENTAL AGREEMENT

FAIRTIME

INTERIM

RECD MAY 3 2000

THIS AGREEMENT by and between the 32nd District Agricultural Association hereinafter called the Association, and ART ATTACKS INK hereinafter called the Rentor.

WITNESSETH:

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises. July 14, 2000 and ending on July 30, 2000.

NOW THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purpose hereinafter set forth, subject to the terms and conditions of this agreement. Commerce Lane, Spaces #9 & #10 (20' x 10').

**This agreement is for July 14 – 30, 2000 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.**

3. The purpose of occupancy shall be limited to and shall be for no other purpose or purposes whatsoever: **Exhibiting & selling Airbrushed garments, posters, keychains, pillow cases, T-shirts, sweatshirts hats & caps, garments, vests, helmets.**

4. Rentor agrees to pay to Association for the rights and privileges herein granted, the amounts and in the manner set forth below:

**$2,375.00 ($2,200.00 space fee + $175.00 canopy fee). Payment of $1,187.50 and signed Rental Agreements due on or before April 28, 2000. Balance of $1,187.50.00 and Certificate of Insurance due on or before June 2, 2000.**

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including, but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed, that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understanding or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

12. Special Provisions: **By signing the Agreement, the undersigned agrees, that they have read the 2000 Handbook and agrees to abide by said Rules and Regulations. By this reference, the 2000 Handbook is incorporated into and becomes a part of this Agreement and is on file with the Association.**

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| ART ATTACKS INK | 32nd District Agricultural Association |
| ~~6769 Camino Del Prado~~ 2655 Coast Ave. | 88 Fair Drive |
| ~~Carlsbad, CA 92009~~ Carlsbad, CA 92008-6672 | Costa Mesa, CA 92626 |
| By [signature] | By [signature] |
| Title Byron & JoAnn Mauck | Title Becky Bailey-Findley, General Manager |

FORM F-31 AGREEMENT NO.

E-162-00

REVIEWED

DATE: Rev. April 25, 2000

# RENTAL AGREEMENT

APPROVED

FAIRTIME X

INTERIM

RECD MAY 3 2000

THIS AGREEMENT, by and between the **32nd District Agricultural Association** hereinafter called the Association, and **ART ATTACKS INK** hereinafter called the Rentor.

WITNESSETH

1. THAT WHEREAS: The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises: **July 14, 2000 and ending on July 30, 2000**

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purpose hereinafter set forth, subject to the terms and conditions of this agreement: **Commerce Lane: Spaces #9 & #10 (20' x 10')**
**This agreement is for July 14 – 30, 2000 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.**

3. The purpose of occupancy shall be limited to and shall be for no other purpose or purposes whatsoever:
**Exhibiting & selling Air brushed garments, posters, keychains, pillow cases, T-shirts, sweatshirts hats & caps, garments, vests, helmets.**

4. Rentor agrees to pay to Association for the rights and privileges herey granted, the amounts and in the manner set forth below:

**$2,375.00 ($2,200.00 space fee + $175.00 canopy fee). Payment of $1,187.50 and signed Rental Agreements due on or before April 28, 2000. Balance of $1,187.50.00 and Certificate of Insurance due on or before June 2, 2000.**

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.
6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.
7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.
8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.
9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understanding or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.
10. The Rules and Regulations printed on the reserve side hereof are made a part of this agreement as though fully incorporated herein; and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.
11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.
12. Special Provisions: **By signing the Agreement, the undersigned agrees that they have read the 2000 Handbook and agrees to abide by said Rules and Regulations. By this reference, the 2000 Handbook is incorporated into and becomes a part of this Agreement and is on file with the Association.**
13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| **ART ATTACKS INK** | **32nd District Agricultural Association** |
| ~~6769 Camino Del Prado~~ 2638 Glasgow Dr | 88 Fair Drive |
| ~~Carlsbad, CA 92009~~ Carlsbad CA 92008-6612 | Costa Mesa, CA 92626 |
| By: | By: |
| Title: Byron & JoAnn Mauck | Title: Becky Bailey-Findley, General Manager |

FORM F-31 AGREEMENT NO. E-162-00

REVIEWED ___ DATE March 25, 2000

# RENTAL AGREEMENT

APPROVED ___ PART I ___ xx

INTERIM

THIS AGREEMENT by and between the 32nd District Agricultural Association hereinafter called the Association, and ART ATTACKS INK hereinafter called the Rentor,

WITNESSETH:

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises: July 14, 2000 and ending on July 30, 2000

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purpose hereinafter set forth subject to the terms and conditions of this agreement: **Commerce Lane, Spaces #9 & #10 (20' x 20'). This agreement is for July 14 – 30, 2000 only. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.**

3. The purpose of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:

**Exhibiting & selling Airbrushed garments, posters, keychains, pillow cases, T-shirts, sweatshirts, hats & caps, garments, vests, helmets.**

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

**$2,650.00 ($2,450.00 space fee + $200.00 canopy fee). Payment of $1,325.00 and signed Rental Agreements due on or before April 28, 2000. Balance of $1,325.00 and Certificate of Insurance due on or before June 2, 2000.**

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted hereto, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid unless made in writing and signed by the parties hereto, and that no oral understanding or agreements not incorporated herein and no alterations or variations of the terms hereof unless made in writing and signed by the parties hereto shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

12. Special Provisions: **By signing the Agreement, the undersigned agrees that they have read the 2000 Handbook and agrees to abide by said Rules and Regulations. By this reference, the 2000 Handbook is incorporated into and becomes a part of this Agreement and is on file with the Association.**

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate by and on behalf of the parties hereto the day and year first above written.

| | |
|---|---|
| **ART ATTACKS INK**<br>**6769 Camino Del Prado**<br>**Carlsbad, CA 92009** | **32nd District Agricultural Association**<br>**88 Fair Drive**<br>**Costa Mesa, CA 92626** |
| By | By |
| Title **Byron & JoAnn Mauck** | Title **Becky Bailey-Findley, General Manager** |

FORM F-31

REVIEWED HH

APPROVED ME

DATE April 23, 2002

FAIRTIME XX

INTERIM

# RENTAL AGREEMENT

THIS AGREEMENT by and between the 32nd **District Agricultural Association (Orange County Fair)** hereinafter called the Association, and **ART ATTACKS INK** hereinafter, called the Rentor

**WITNESSETH:**

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises: **July 12, 2002 and ending July 28, 2002.**

NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purpose hereinafter set forth, subject to the terms and conditions of this agreement: **Commerce Lane, Spaces #37 & #38 (20' x 10'). This agreement is for July 12-28, 2002. Invitation to subsequent fairs is extended on an annual basis, at the Association's discretion.**

3. The purpose of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever: **Exhibiting & selling airbrushed Garments, posters, keychains, pillowcases, T-shirts, sweatshirts, hats & caps, vests, helmets.**

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below: **$2,630.00 ($2,430.00 space fee + $200.00 canopy fee). Payment of $1,315.00 and signed Rental Agreements due on or before May 7, 2002. Balance of $1,315.00 and Certificate of Insurance due on or before June 7, 2002.**

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understanding or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reserve side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

12. Special Provisions: **By signing the Agreement, the undersigned agrees that they have read the 2002 Handbook and agrees to abide by said Rules and Regulations. By this reference, the 2002 Handbook is incorporated into and becomes a part of this Agreement and is on file with the Association.**

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

**ART ATTACKS INK**
**2688 Glasgow Drive**
**Carlsbad, CA 92008**

By [signature]

Title **Byron & JoAnn Mauck**

**32nd District Agricultural Association**
**88 Fair Drive**
**Costa Mesa, CA 92626**

By [signature: B Bailey Findley]

Title **Becky Bailey-Findley, General Manager**

RECD MAY 7 2002

E-159-03

... FAIR EQUESTRI...
... FAIR DR
COSTA MESA, CA 92626

NB24H6Y

39546822570018

VISA

SALE

INVOICE: 000004
TIME: 08:06
AUTH NO: 183424

TOTAL $1780.00

... AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (... OF CREDIT VOUCHER)

CUSTOMER COPY

AGREEMENT NO. E-159-03

DATE April 4, 2003

# RENTAL AGREEMENT

FAIRTIME XX

INTERIM

...the 32nd District Agricultural Association (Orange County Fair) hereinafter called ... ART ATTACKS INK hereinafter called the Rentor.

...r desires to secure from the Association certain rights and privileges and to obtain permission from the ... premises ... July 11, 2003 and ending August 03, 2003, Closed Mondays.

...tion hereby grants to the Rentor the right to occupy the space(s) described below for the purpose ... to the terms and conditions of this Agreement: Commerce Lane, Spaces #37 & #38 (20' ...is for July 11-August 03, 2003. Invitation to subsequent fairs is extended on ... Association's discretion.

...be limited to, and shall be for no other purpose or purposes whatsoever:

...brushed Garments, posters, keychains, pillowcases, T-shirts, sweatshirts, hats

...ation for the rights and privileges hereby granted, the amounts and in the manner set forth below:

...pace fee + $200.00 canopy fee). Payment of $1,780.00 and signed Rental ... before May 12, 2003. Balance of $1,780.00.

...to audit and monitor any and all sales as well as access to the premises.

...ify and save harmless Association and the State of California, their officers, agents, servants and ...ms, causes of action and suits accruing or resulting from any damages, injury or loss to any person or ... whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understanding or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

12. Special Provisions: **By signing this Agreement, the undersigned agrees that they have read the 2003 Handbook and agrees to abide by said Rules and Regulations. By this reference, the 2003 Handbook is incorporated into and becomes a part of this Agreement and is on file with the Association.**

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| ART ATTACKS INK | 32nd District Agricultural Association |
| 2688 Glasgow Drive | 88 Fair Drive |
| Carlsbad, CA 92008 | Costa Mesa, CA 92626 |
| By: [signature] | By: [signature] |
| Title: Byron & JoAnn Mauck | Title: Becky Bailey-Findley, General Manager |

RECEIVED MAY 9 2003

AGREEMENT NO. E-187-04

DATE April 23, 2004

# RENTAL AGREEMENT

FAIRTIME: XX

INTERIM:

AGREEMENT by and between the 32nd District Agricultural Association (Orange County Fair) hereinafter called the Association, and ART ATTACKS INK hereinafter called the Rentor

WITNESSETH:

THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises. **July 9, 2004 - August 1, 2004. Closed Mondays. This Agreement is only for the dates listed. Invitation to subsequent fairs is extended on an annual basis, at the sole discretion of the Association. Closed Mondays.**

MAY 17 2004

NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purpose hereinafter set forth, subject to the terms and conditions of this Agreement:

**Commerce Lane, Spaces #37 & #38 (20' x 10')**

The purpose of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:

**Exhibiting & selling airbrushed Garments, posters, keychains, pillowcases, T-shirts, sweatshirts, hats & caps, vests, helmets.**

Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

**$3,560.00 ($3,360.00 space fee + $200.00 canopy fee). Payment of $1,780.00 and signed Rental Agreements due on or before May 19, 2004. Balance of $1,780.00 and Certificate of Insurance due on or before June 10, 2004.**

Association shall have the right to audit and monitor any and all sales as well as access to the premises.

Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

It is mutually understood and agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understanding or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

The Rules and Regulations printed on the reserve side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interest of Association.

Special Provisions: **By signing this Agreement, the undersigned agrees to abide by the Rules and Regulations of the Handbook. By this reference, the Handbook is incorporated into and becomes a part of this Agreement and is on file with the Association.**

This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| ART ATTACKS INK<br>2688 Glasgow Drive<br>Carlsbad, CA 92008 | 32nd District Agricultural Association<br>88 Fair Drive<br>Costa Mesa, CA 92626 |
| By: [signatures] | By: [signature] |
| Title: Byron & JoAnn Mauck | Title: Becky Bailey-Findley, General Manager |

# Orange County Fair
## & Exposition Center

# *Certificate of Appreciation*

*to*

*ART ATTACKS INK*

For Outstanding Contribution
to the events and programming
at the Orange County Fair
& Exposition Center.

[signature]
President - Orange County Fair

[signature]
General Manager

Dated: *July 2001*

• 32nd DISTRICT AGRICULTURAL ASSOCIATION •

# LOS ANGELES COUNTY FAIR ASSOCIATION
## AGREEMENT FOR COMMERCIAL EXHIBIT SPACE

AGREEMENT NO: 981187
CUSTOMER NO: ARTATTINK
SPACE BWAY -01025

THIS AGREEMENT is made and entered into this 21ST day of AUGUST 1998 by and between the Los Angeles County Fair Association, hereinafter referred to as FAIR and ART ATTACKS INK hereinafter referred to as PARTICIPANT.

FAIR hereby gives PARTICIPANT the license to occupy space number(s): BWAY-01025

The term of this occupancy is from 09/10/1998 to 09/27/1998

In consideration for said space(s) PARTICIPANT agrees to pay FAIR:
TOTAL: [illegible]3600.00
SPACE FEE IS DUE AND PAYABLE AS FOLLOWS:
[illegible] DUE WITH SIGNED AGREEMENT ON OR BEFORE 09/01/1998
[illegible] DUE ON OR BEFORE 09/08/1998
[illegible] DUE ON OR BEFORE 10/03/1998
SPACE(S): 001 BWAY-01025 10 X 10 ON BROADWAY

PARTICIPANT space is subject to relocation if deemed necessary in the sole judgement of the FAIR.

In the event of any returned check or late payment, FAIR may at its sole option terminate this agreement or impose a $50.00 returned check and/or a $50.00 late payment charge.

In the event the PARTICIPANT cancels in writing on or before August 1st and providing PARTICIPANT space has been resold by the FAIR, the FAIR will refund twenty-five percent (25%) of the monies deposited. If such cancellation occurs after August 1st, PARTICIPANT forfeits all monies paid to the FAIR as liquidated damages for expenses incurred.

**[illegible] ENDORSEMENT OF PARTICIPANT'S [illegible] ACCEPTANCE OF THIS AGREEMENT, AND THAT NO BINDING [illegible] EXISTS EXCEPT UPON EXECUTION OF THIS DOCUMENT BY FAIR.**

**LOS ANGELES COUNTY FAIR ASSN:**

By: ______________________

Title: ______________________

Date: ______________________

**PARTICIPANT:** Byron & Jo Ann Mauck

By: X [signature]

Title: ______________________

Date: 8-26-98

**READ PARTICIPANTS MANUAL AND RULES & REGULATIONS ON REVERSE SIDE**
**SIGNATURE REQUIRED ON BOTH SIDES**

| FAIR | PARTICIPANT |
|---|---|
| Los Angeles County Fair<br>Concessions/Commercial Sales Dept.<br>File #54761<br>Los Angeles, CA 90074-4761<br>(909) 865-4500 | ART ATTACKS INK<br>BYRON MAUCK<br>6769 CAMINO DEL PRADO<br>CARLSBAD CA 92009<br>760 804-0648 |

RETURN WHITE COPY WITH CHECK • RETAIN YELLOW COPY FOR YOUR FILES

65863

Los Angeles County FAIR September 9-26, 1999

E Mail 3/-15 -

March 22, 1999

Dear Commercial Vendors:

I am Suzanne Paradeis, your new commercial sales supervisor. I have taken over for Ray Clapp (R.C.) and Fran Miranda in the commercial sales department. If you have any comments or would like to get acquainted with me, please don't hesitate to call.

One of the first items on my agenda is to initiate some focus groups with you, myself, and Rey O'Day so that we can answer your questions, take any suggestions you would like to contribute and see if we can incorporate them into the Los Angeles County Fair.

The focus groups are scheduled for the following dates and times:

| | | |
|---|---|---|
| Tuesday, April 27 | Start 9:00 a.m. | End Noon |
| Wednesday, May 19 | Start 1:00 p.m. | End 4:00 p.m. |

Location: Communications Conference Room in Administration. Please check in with the lobby receptionist when you arrive. She will direct you to the meeting room.

R.S.V.P. at your earliest convenience to:

Consessions, Commercial Sales and Entertainment
1101 W. McKinley Ave.
Pomona, CA 91768
(909) 865-4500 Phone
(909) 623-7072 Fax
paradeis@fairplex.com E-Mail

I look forward to working with you and hope that you will be available to attend.

Sincerely,

Suzanne Paradeis
Commercial Sales Supervisor

# LOS ANGELES COUNTY FAIR ASSOCIATION

AGREEMENT NO. 990869
CUSTOMER NO. ARTATTINK

## AGREEMENT FOR COMMERCIAL EXHIBIT SPACE BWAY -01025

THIS AGREEMENT is made and entered into this 13TH day of JULY 1999 by and between the Los Angeles County Fair Association, hereinafter referred to as FAIR and ART ATTACKS INK hereinafter referred to as PARTICIPANT.

FAIR hereby gives PARTICIPANT the license to occupy space number(s) BWAY-01025

The term of this occupancy is from 09/09/1999 to 09/26/1999

In consideration for said space(s) PARTICIPANT agrees to pay FAIR
TOTAL: 3660.00
SPACE FEE IS DUE AND PAYABLE AS FOLLOWS:
1500.00 DUE WITH SIGNED AGREEMENT ON OR BEFORE 08/03/1999
2160.00 DUE ON OR BEFORE 08/27/1999
0 DUE ON OR BEFORE 00/00/0000
SPACE(S) 001 BWAY-01025 10 X 10 ON BROADWAY

PARTICIPANT space is subject to relocation if deemed necessary in the sole judgement of the FAIR.
In the event of any returned check or late payment, FAIR may at its sole option terminate this agreement or impose a $50.00 returned check and/or a $50.00 late payment charge.
In the event the PARTICIPANT cancels in writing on or before August 1st and providing PARTICIPANT space has been resold by the FAIR, the FAIR will refund twenty-five percent (25%) of the monies deposited. If such cancellation occurs after August 1st, PARTICIPANT forfeits all monies paid to the FAIR as liquidated damages for expenses incurred.

PARTICIPANT agrees that space(s) shall be used for the following purpose only:
CLOTHING AIRBRUSH ITEMS AUTOMOTIVE KEY CHAINS
CLOTHING T-SHIRTS
CLOTHING SWEATSHIRTS
DECORATOR ITEMS PLATES
PHOTOGRAPHY PHOTO CASES

[illegible]

READ PARTICIPANT'S MANUAL AND RULES & REGULATIONS ON REVERSE SIDE
SIGNATURE REQUIRED ON BOTH SIDES

FAIR
Los Angeles County Fair
Concessions/Commercial Sales Dept.
File #54761
Los Angeles, CA 90074-4761
(909) 865-4500

PARTICIPANT
ART ATTACKS INK
BYRON MAUCK
6769 CAMINO DEL PRADO
CARLSBAD CA 92009
760 804-0648HOME

RETURN WHITE COPY WITH CHECK - RETAIN YELLOW COPY FOR YOUR FILES

6739

# LOS ANGELES COUNTY FAIR ASSOCIATION

AGREEMENT NO: 200827
CUSTOMER NO: ARTATTINK

## AGREEMENT FOR COMMERCIAL EXHIBIT SPACE BWAY -01025

THIS AGREEMENT is made and entered into this 21ST day of JULY 2000 by and between the Los Angeles County Fair Association, hereinafter referred to as FAIR and ART ATTACKS INK hereinafter referred to as PARTICIPANT. FAIR hereby gives PARTICIPANT the license to occupy space number(s) BWAY-01025

The term of this occupancy is from 09/14/2000 to 10/01/2000

In consideration for said space(s) PARTICIPANT agrees to pay FAIR

TOTAL: 3660.00
SPACE FEE IS DUE AND PAYABLE AS FOLLOWS:
1830.00 DUE WITH SIGNED AGREEMENT ON OR BEFORE 08/09/2000
1830.00 DUE ON OR BEFORE 08/30/2000
0 DUE ON OR BEFORE 00/00/0000
0 DUE ON OR BEFORE 00/00/0000
SPACE(S) 001 BWAY-01025 10 X 10 ON BROADWAY

PARTICIPANT space is subject to relocation if deemed necessary in the sole judgement of the FAIR.

In the event of any returned check or late payment, FAIR may at its sole option terminate this agreement or impose a $50.00 returned check and/or a $50.00 late payment charge.

In the event the PARTICIPANT cancels in writing on or before August 1st and providing PARTICIPANT space has been resold by the FAIR, the FAIR will refund twenty-five percent (25%) of the monies deposited. If such cancellation occurs after August 1st, PARTICIPANT forfeits all monies paid to the FAIR as liquidated damages for expense incurred.

PARTICIPANT agrees that space(s) shall be used for the following purpose only:

CLOTHING AIRBRUSH ITEMS ART POSTERS
CLOTHING T-SHIRTS
CLOTHING SWEATSHIRTS
DECORATOR ITEMS PLATES
PHOTOGRAPHY PHOTO CASES
ART SIGNS
ART BANNERS
AUTOMOTIVE ACCESSORIES KEY CHAINS

THIS AGREEMENT DOES NOT SPECIFY OR IMPLY PRODUCT OR SERVICE EXCLUSIVITY.

PARTICIPANT will receive complimentary gate admissions as follows:

Title: ______

Date: ______

By: X [signature]

Title: Co-owner

Date: 7-27-00

**READ PARTICIPANTS MANUAL AND RULES & REGULATIONS ON REVERSE SIDE**

**SIGNATURE REQUIRED ON BOTH SIDES**

FAIR
Los Angeles County Fair
Concessions/Commercial Sales Dept
File #54761
Los Angeles, CA 90074-4761
(909) 865-4500

PARTICIPANT
ART ATTACKS INK
BYRON MAUCK
2688 GLASGOW DR
CARLSBAD CA 92008
760 730-7412

RETURN WHITE COPY WITH CHECK • RETAIN YELLOW COPY FOR YOUR FILES

69458

# LOS ANGELES COUNTY FAIR ASSOCIATION

AGREEMENT NO. 202275
CUSTOMER NO. ARTATTINK

## AGREEMENT FOR COMMERCIAL EXHIBIT SPACE BWAY -01025

THIS AGREEMENT is made and entered into this 5TH day of JULY 2001 by and between the Los Angeles County Fair Association hereinafter referred to as FAIR and ART ATTACKS INK hereinafter referred to as PARTICIPANT. FAIR hereby gives PARTICIPANT the license to occupy space number(s) BWAY-01025

The term of this occupancy is from 09/07/2001 to 09/23/2001

In consideration for said space(s) PARTICIPANT agrees to pay FAIR:

TOTAL: 3711.00

SPACE FEE IS DUE AND PAYABLE AS FOLLOWS:

1500.00 DUE WITH SIGNED AGREEMENT ON OR BEFORE 07/26/2001

2211.00 DUE ON OR BEFORE 08/15/2001

0 DUE ON OR BEFORE 08/24/2001

0 DUE ON OR BEFORE 09/03/2001

SPACE(S) 2001 BWAY-01025 10 X 10 ON BROADWAY

PARTICIPANT space is subject to relocation if deemed necessary in the sole judgement of the FAIR.

In the event of any returned check or late payment, FAIR may at its sole option terminate this agreement or impose a $50.00 returned check and/or a $50.00 late payment charge.

In the event the PARTICIPANT cancels in writing on or before August 1st and providing PARTICIPANT space has been resold by the FAIR, the FAIR will refund twenty-five percent (25%) of the monies deposited. If such cancellation [illegible] August 1st, PARTICIPANT forfeits all monies paid to the FAIR as liquidated damages for expense incurred.

[illegible]

THIS AGREEMENT DOES NOT SPECIFY OR IMPLY PRODUCT OR SERVICE EXCLUSIVITY.

PARTICIPANT will receive complimentary gate admissions as follows: CIRCLE ONE

OPTION A OPTION B OPTION C (SEE ATTACHED)

IF NO OPTION CIRCLED, CREDENTIALS WILL DEFAULT TO OPTION A

It is mutually understood and agreed that no alteration of the terms of this agreement shall be valid, unless made in writing and signed by the parties hereto and attached to this agreement. FAIR shall have full discretion in the matter of interpretation and enforcement of all rules and regulations set forth in this agreement and the Participant Manual and any amendments thereto. If for any reason the Los Angeles County Fair is not held on the planned dates, PARTICIPANT releases and holds FAIR harmless from any and all claims for damage. The rules and regulations governing the use of participant space appearing on the reverse and in the Participant Manual are hereby made a part of this agreement. Should FAIR utilize legal action to enforce the terms of this agreement, FAIR shall be entitled to recover from PARTICIPANT, in addition to all damages provided by law, its reasonable attorney's fees and court costs.

**PARTICIPANT UNDERSTANDS THAT THIS AGREEMENT APPLIES ONLY TO THE PERIOD SPECIFIED HEREIN AND THAT THE FAIR HAS NO OBLIGATION TO ENTER INTO SIMILAR AGREEMENTS WITH PARTICIPANT OR PARTICIPANT'S SUCCESSORS IN THE FUTURE.**

**PARTICIPANT FURTHER UNDERSTANDS AND AGREES THAT ENDORSEMENT OF PARTICIPANT'S CHECK IN NO WAY CONSTITUTES ACCEPTANCE OF THIS AGREEMENT, AND THAT NO BINDING AGREEMENT EXISTS EXCEPT UPON EXECUTION OF THIS DOCUMENT BY FAIR.**

LOS ANGELES COUNTY FAIR ASSN. PARTICIPANT

# LOS ANGELES COUNTY FAIR ASSOCIATION

AGREEMENT NO. 03
CUSTOMER NO. ARTA INK

## AGREEMENT FOR COMMERCIAL EXHIBIT SPACE BWAY-01025

THIS AGREEMENT ... JULY ... by and between the Los Angeles County Fair Association, hereinafter referred to as FAIR, and ART ATTACKS INK hereinafter referred to as PARTICIPANT. FAIR hereby gives PARTICIPANT the license to occupy space number(s) BWAY-01025

The term of this occupancy is from ... to 09/23/200...

[redacted]

PARTICIPANT space is subject to relocation if deemed necessary in the sole judgement of the FAIR.

In the event of any returned check or late payment, FAIR may at its sole option terminate this agreement or impose a $50.00 returned check and/or a $50.00 late payment charge.

In the event the PARTICIPANT cancels in writing on or before August 1st and providing PARTICIPANT space has been resold by the FAIR, the FAIR will refund twenty five percent (25%) of the monies deposited. If such cancellation occurs after August 1st, PARTICIPANT forfeits all monies paid to the FAIR as liquidated damages for expense incurred.

[redacted]

PARTICIPANT UNDERSTANDS THAT THIS AGREEMENT APPLIES ONLY TO THE PERIOD SPECIFIED HEREIN AND THAT THE FAIR HAS NO OBLIGATION TO ENTER INTO SIMILAR AGREEMENTS WITH PARTICIPANT OR PARTICIPANT'S SUCCESSORS IN THE FUTURE.

PARTICIPANT FURTHER UNDERSTANDS AND AGREES THAT ENDORSEMENT OF PARTICIPANT'S CHECK IN NO WAY CONSTITUTES ACCEPTANCE OF THIS AGREEMENT AND THAT NO BINDING AGREEMENT EXISTS EXCEPT UPON EXECUTION OF THIS DOCUMENT BY FAIR.

| LOS ANGELES COUNTY FAIR ASSN. | PARTICIPANT |
|---|---|
| By: | By: |
| Title: | Title: |
| Date: | Date: |

**READ PARTICIPANTS MANUAL AND RULES & REGULATIONS ON REVERSE SIDE**

**SIGNATURE REQUIRED ON BOTH SIDES**

| FAIR | PARTICIPANT |
|---|---|
| Los Angeles County Fair | ART ATTACKS INK |
| Food & Beverage/Commercial Sales Dept. | BYRON MAUCK |
| File # 54761 | 2688 GLASGOW DR |
| Los Angeles, CA 90074-4761 | CARLSBAD CA 92008 |

LOS ANGELES COUNTY
FAIR ASSOCIATION

AGREEMENT NO: 2447
CUSTOMER NO: 0023040

AGREEMENT FOR: ART ATTACKS INK
SPACE: BWAY-01025

THIS AGREEMENT is made and entered into this 7 day of July, 2003 by and between the Los Angeles County Fair Association, hereinafter referred to as FAIR and ART ATTACKS INK hereinafter referred to as PARTICIPANT. FAIR hereby gives PARTICIPANT the license to occupy space number(s): BWAY-01025

The term of this occupancy is from 9/12/2003 to 9/28/2003

In consideration for said space(s) participant agrees to pay FAIR.

| Description | Ordered | | Charges |
|---|---|---|---|
| 10x10 (3) Sided Corner - Broadway St. | 1.00 | EA | 3,785.00 |

In consideration for said space(s) PARTICIPANT agrees to pay FAIR:
TOTAL: 3,785.00
SPACE FEE IS DUE AND PAYABLE AS FOLLOWS:

ORIGINAL

| Payment Schedule | Due Date | Amount |
|---|---|---|
| Initial Payment | 07/27/03 | 1,500.00 |
| Final Payment | 08/14/03 | 2,285.00 |
| | Total: | 3,785.00 |

PARTICIPANT space is subject to relocation if deemed necessary in the sole judgement of the FAIR.

In the event of any returned check or late payment, FAIR may at its sole option terminate this agreement or impose a $50.00 returned check and/or a $50.00 late payment charge.

In the event the PARTICIPANT cancels in writing on or before August 1st and providing PARTICIPANT space has been resold by the FAIR, the FAIR will refund twenty-five percent (25%) of the monies deposited. If such cancellation occurs after August 1st, PARTICIPANT forfeits all monies paid to the FAIR as liquidated damages for expense incurred.

PARTICIPANT agrees that space(s) shall be used for the following purpose only:
AIRBRUSH KEYCHAINS
AIRBRUSH HELMETS
AIRBRUSH LICENSE TAGS
AFRICAN T-SHIRTS
AIRBRUSH SWEATS
AIRBRUSH HATS/VISORS
AIRBRUSH JACKETS
AIRBRUSH PILLOW CASES
AIRBRUSH POSTERS
AIRBRUSH SIGNS

THIS AGREEMENT DOES NOT SPECIFY OR IMPLY [illegible]

LOS ANGELES COUNTY FAIR ASSN:
By: Duyne Paradis
Title: Commercial Sales Supervisor
Date:

PARTICIPANT:
By: [signature]
Title: [handwritten]
Date: 7-19-03

READ PARTICIPANT'S MANUAL AND RULES & REGULATIONS ON NEXT PAGE

FAIR
LOS ANGELES COUNTY FAIR
COMMERCIAL SALES DEPT.
FILE # 54761
LOS ANGELES, CA 90074-4761
(909) 865 - 4500

PARTICIPANT
ART ATTACKS INK
BYRON MAUCK
2688 GLASGOW DR
CARLSBAD, CA 92008

**LOS ANGELES COUNTY**
**FAIR ASSOCIATION**

AGREEMENT NO: 7235
CUSTOMER NO: 0023040

AGREEMENT FOR: ART ATTACKS INK
SPACE: BWAY-01025

THIS AGREEMENT is made and entered into this 19 day of May, 2004 by and between the Los Angeles County Fair Association, hereinafter referred to as FAIR and ART ATTACKS INK hereinafter referred to as PARTICIPANT. FAIR hereby gives PARTICIPANT the license to occupy space number(s): BWAY-01025

The term of this occupancy is from 9/10/2004 to 9/26/2004

In consideration for said space(s) participant agrees to pay FAIR:

| Description | Ordered | | Charges |
|---|---|---|---|
| 10x10 (3) Sided Corner - Broadway St. | 1.00 | EA | 3,899.00 |

In consideration for said space(s) PARTICIPANT agrees to pay FAIR:
TOTAL: 3,899.00
SPACE FEE IS DUE AND PAYABLE AS FOLLOWS:

| Payment Schedule | Due Date | Amount |
|---|---|---|
| First Payment | 06/09/04 | 1,286.67 |
| Second Payment | 06/29/04 | 1,286.67 |
| Final Payment | 07/19/04 | 1,325.66 |
| | **Total:** | **3,899.00** |

ORIGINAL

PARTICIPANT space is subject to relocation if deemed necessary in the sole judgement of the FAIR.

In the event of any returned check or late payment, FAIR may at its sole option terminate this agreeement or impose a $50.00 returned check and/or a $50.00 late payment charge.

In the event the PARTICIPANT cancels in writing on or before August 1st and providing PARTICIPANT space has been resold by the FAIR, the FAIR will refund twenty-five percent (25%) of the monies deposited. If such cancellation occurs after August 1st, PARTICIPANT forfeits all monies paid to the FAIR as liquidated damages for expense incurred.

PARTICIPANT agrees that space(s) shall be used for the following purpose only:

| | |
|---|---|
| AIRBRUSH KEYCHAINS | AIRBRUSH JACKETS |
| AIRBRUSH HELMETS | AIRBRUSH PILLOW CASES |
| AIRBRUSH LICENSE TAGS | AIRBRUSH POSTERS |
| AIRBRUSHED TIRE COVERS | AIRBRUSH SIGNS |
| AIRBRUSH T-SHIRTS | AIRBRUSH SPORTS BANNER |
| AIRBRUSH SWEATS | AIRBRUSHED SHOES |
| AIRBRUSH HATS/VISORS | |

THIS AGREEMENT DOES NOT SPECIFY OR IMPLY PRODUCT OR SERVICE EXCLUSIVITY.

It is mutually understood and agreed that no alteration of the terms of this agreement shall be valid, unless made in writing and signed by the parties hereto and attached to this agreement. FAIR shall have full discretion in the matter of interpretation and enforcement of all rules and regulations set forth in this agreement and the Participant Manual and any amendments thereto. If for any reason the Los Angeles County Fair is not held on the planned dates, PARTICIPANT releases and holds FAIR harmless from any and all claims for damage. The rules and regulations governing the use of PARTICIPANT space appearing on the reverse and in the Participant's Manual are hereby made part of this agreement. Should FAIR utilize legal action to enforce the terms of this agreement, FAIR shall be entitled to recover from PARTICIPANT, in addition to all damages provided by law, its reasonable attorney's fees and court costs.

# AGREEMENT

AGREEMENT No. 30169

DATE January 19, 1995

FAIRTIME XX INTERIM
ART

THIS AGREEMENT by and between the 22ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INK hereinafter called the Rentor.

WITNESSETH:

1. THAT WHEREAS, the Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on June 15, 1995 and ending on July 4, 1995

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this Agreement: AVENUE OF THE PALMS #12-13 10X20
UNAUTHORIZED USE OF ADDITIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT. REF: 1995 RULES & REGULATIONS

3. The purpose of occupancy shall be limited to:
CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXERS, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, FORMAL WEAR & TIES
KEY CHAINS, LICENSE PLATES, POSTER & SIGNS
and shall be for no other purpose.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted the amounts and in the manner set forth below:
Space Rent 3,400.00 Total
DUE: February 17, 1995

5. Rentor agrees to pay fees required by Association for Use privilege and to guarantee the payment of 3,400.00
(a) Any money which may be payable to Association under this agreement.
(b) Any damage to Fair property and utility charges, if any.
(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

6. Association shall have the right to audit and monitor any and all sales [illegible]

7. Rentor further agrees to indemnify and save harmless Association and the State of California [illegible] claims, causes of action and suits accruing or resulting from any damage, injury [illegible] liable under any Workers' Compensation law, and Rentor himself and from any [illegible] to loss of property, goods, wares or merchandise, caused by, arising out of [illegible]

8. Rentor further agrees that he will not sell, exchange or [illegible] employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein [illegible] without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this agreement shall be valid unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein, and no alterations or variations of the terms hereof unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees [illegible] this agreement and the said Rules and Regulations [illegible] unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this Agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions: 80 SINGLE DAY CREDENTIALS ONE EXHIBITORS LOT PARKING
Attached Exhibits A, B and C are incorporated and made part of this agreement. This agreement is non-transferable.
PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED

14. This agreement is not binding upon the Association until it has been duly executed and approved by the authorized representative and approved, if required, by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in duplicate by and on behalf of the parties hereto the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD.
DEL MAR, CA 92014

BY: [signature]
TITLE: GENERAL MANAGER

ART ATTACKS INK RENTOR
ADDRESS:
BY: [signature]
TITLE: [signature]

FORM E-3
ORIGINAL — To S.C.T.
DUPLICATE — To Fair
DUPLICATE — To Renter

2738

AGREEMENT No. 96 30121

# AGREEMENT

DATE February 9, 1996

FAIRTIME XX INTERIM

THIS AGREEMENT, by and between the 22ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INC hereinafter called the Rentor,

WITNESSETH:

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on June 18, 1996 and ending on July 7, 1996

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement:

UNAUTHORIZED USE OF ADDTIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT REF: 1996 LICENSEE'S HANDBOOK

AVENUE OF THE PALMS 13
12

3. The purpose of occupancy shall be limited to:
CUSTOM PAINTED & PERSONALIZED ITEMS, COATS, JACKETS, SHIRTS, PANTS, BOXERS, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, FORMAL WEAR & TIE, KEYCHAINS, LICENSE PLATES, POSTERS & SIGNS, APRONS, AIRBRUSH PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

Space Rent $3,600.00 Total $3,600.00
Due March 4, 1996

5. Rentor agrees to pay fees required by Association for Use Privilege and to guarantee the payment of $3,600.00

(a) Any money which may be payable to Association under this agreement.

(b) Any damage to Fair property and utility charges, if any.

(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law, and Rentor, himself and company any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of, or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein or any part thereof cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein, and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions: 80 SINGLE DAY CREDENTIALS 1 EXHIBITORS LOT PARKING

Attached Exhibits A, B, and C are incorporated and made part of this agreement. This agreement is non-transferable.
PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

BY ____________________
TITLE GENERAL MANAGER

ART ATTACKS INC
RENTOR
ADDRESS ____________________
BY ____________________
TITLE ____________________

AGREEMENT NO.

# AGREEMENT

DATE

FAIR TIME

22ND DISTRICT AGRICULTURAL

ART ATTACKS INC

WITNESSETH:

THAT WHEREAS, the Rentor desires ... to obtain admission ...

June 18, 1996 ... July 7, 1996

NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space ... described below for the purpose ... terms and conditions of this agreement.

UNAUTHORIZED USE OF ADDITIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT. REF: 1996 LICENSEE'S HANDBOOK

AVENUE OF THE PALMS

The purpose of occupancy shall be limited to:

CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXERS, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, FORMALWEAR & TIE, KEY CHAINS, LICENSE PLATES, POSTERS, SIGNS, APRONS, AIRBRUSH PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

Rentor agrees to pay to Association for the rights and privileges hereby granted the amounts and in the manner set forth below:

Space Rent: $3,600.00 Total: $3,600.00

Due: February 6, 1996

Rentor agrees to pay fees required by Association for Use Privilege

... to guarantee the payment of $3,600.00

Any money which may be payable to Association under this agreement.

Any damage to Fair property and utility charges if any.

Removal of all property and the leaving of the premises in a condition satisfactory to Association.

Association shall have the right to audit and monitor any and all sales as well as access to the premises.

Rentor hereby agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all ... action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons ... under any Workers' Compensation law, and Rentor himself and from any loss, damage, cause of action, claims or suits for damages, including ... of property, goods, wares or merchandise caused by, arising out of or in any way connected with the exercise by Rentor of the ...

Rentor further agrees that he will not sell, exchange or barter or permit his employees to sell, exchange or barter any permits issued to Rentor ...

It is mutually agreed that this contract or the privileges granted herein or any part thereof cannot be assigned or otherwise disposed of without the written consent of Association.

It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof unless ... shall be binding upon any of the parties hereto.

The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees ... the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing ...

... Rentor fail to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments ... shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space ... property of Association.

80 SINGLE DAY CREDENTIALS 1 EXHIBITORS LOT PARKING

Attachments A, B, and C are incorporated and made part of this agreement. This agreement is non-tran[sferable] ...

PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED

This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative ... the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, ... executed by and on behalf of the parties hereto the day and year ...

22ND DISTRICT AGRICULTURAL ASSOCIATION ART ATTACKS INC

ADDRESS 996 E. B...

BY ... BY ...

TITLE GENERAL MANAGER TITLE ...

Ref # ...

FORM F-31
ORIGINAL — TO RENTOR
DUPLICATE — TO FAIR
DUPLICATE — TO FILE

# AGREEMENT

AGREEMENT No. 97 30101
DATE January 17, 1997
FAIRTIME XX INTERIM

1. THIS AGREEMENT by and between the 22ND DISTRICT AGRICULTURAL Association, hereinafter called the Association and ART ATTACKS INC hereinafter called the Rentor,

WITNESSETH:

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges to obtain permission from the Association to use Association premises beginning on June 17, 1997 and ending on July 6, 1997

2. NOW THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions

UNAUTHORIZED USE OF ADDITIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT. REF: 1997 LICENSEE'S HANDBOOK

AVENUE OF THE PALMS 13 10 x 10
12 10 x 10

3. The purpose

CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXERS, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, FORMAL WEAR & TIE, KEY CHAINS, LICENSE PLATES, POSTERS & SIGNS, APRONS, AIRBRUSH PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted the amounts and in the manner set forth below:

Space Rent: $3,600.00
Due: February 21, 1997

Total: $3,600.00

5. Rentor agrees to pay fees required by Use Privilege $3,600.00 and to guarantee the payment of:

(a) Any money which may be payable to Association under this agreement.

(b) Any damage to Fair property and utility charges, if any.

(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

6. Association shall have the right to audit and monitor any and all sales, as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law, and Rentor himself, and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of, or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange, or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein, and no alterations or variations of the terms hereof unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association, and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions: 80 SINGLE DAY CREDENTIALS EXHIBITORS LOT PARKING

Attached Exhibits A, B, C and F are incorporated and made part of this agreement. This agreement is non-transferable.

PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED.

This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate by and on behalf of the parties hereto the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

By [signature]
GENERAL MANAGER

ART ATTACKS INC
Art Attacks Inc
RENTOR
ADDRESS 9960 S. Bahia Road
BY Tempe, AZ 85283
TITLE [signature] President

AGREEMENT No. 98-30297

# AGREEMENT

DATE March 10, 1998

FAIRTIME XX INTERIM

THIS AGREEMENT by and between the 22 ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INC hereinafter called the Rentor,

WITNESSETH:

1. THAT, WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on June 16, 1998 and ending on July 5, 1998

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement:

UNAUTHORIZED USE OF ADDTIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT. REF: 1998 LICENSEE'S HANDBOOK

AVENUE OF THE PALMS 13 10 X 10
12 10 X 10

3. The purpose of occupancy shall be limited to: CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXERS, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, FORMAL WEAR & TIE KEY CHAINS, LICENSE PLATES, POSTERS & SIGNS, APRONS, AIRBRUSH PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

Space Rent: $3,700.00 Total $3,700.00

Due: March 31, 1998

5. Rentor agrees to pay fees required by Association for: Use Privilege $3,700.00

and to guarantee the payment of:

(a) Any money which may be payable to Association under this agreement;

(b) Any damage to Fair property; and utility charges, if any;

(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

Ref# 497 3700- 4/7/98

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages, including, but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions: 40 SINGLE DAY CREDENTIALS

Attached Exhibits A, B, C and F are incorporated and made part of this agreement. This agreement is non-transferable.

PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED.

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate, by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

ART ATTACKS INC
RENTOR

ADDRESS 6769 Camino del Prado
CB-CA 92009-3313

BY [signature] BY [signature]

TITLE GENERAL MANAGER TITLE Co-owner

DUPLICATE

# AGREEMENT

AGREEMENT No. 30319

DATE February 11, 1999

FAIRTIME ☐ XX INTERIM

1. THIS AGREEMENT by and between the 22ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INC hereinafter called the Rentor,

WITNESSETH:

THAT, WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on June 16, 1999 and ending on July 6, 1999

2. NOW, THEREFORE, Association hereby permits the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement. AVENUE 119 2005q Ft 10x20

UNAUTHORIZED USE OF ADDITIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT. REF: 1999 LICENSEE'S HANDBOOK

3. The purpose of occupancy shall be limited to:

CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXES, SHORTS, HATS, CAPS, TEES, TANKS, BLOUSES, FORMAL WEAR, TIES, KEY CHAINS, LICENSE PLATES, POSTERS, SIGNS, ARPONS AND PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted the amounts and in the manner set forth below:

Space Rent: $3,700.00
Due: March 12, 1999 Total $3,700.00

5. Rentor agrees to pay fees required by Association for: Use Privilege $3,700.00

and to guarantee the payment of:

(a) Any money which may be payable to Association under this agreement;

(b) Any damage to Fair property; and

(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association, utility charges, if any.

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

CK #1674 3/15/99 $3700 —

PAID

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter any permits issued to Rentor or his employees thereunder.

9. It is mutually agreed that this contract or the privileges granted herein or any part thereof cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions:

40 Single Day Credentials
Attached Exhibits A, B, C and F are incorporated and made part of this agreement. This agreement is non-transferable.
PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED.

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate, by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

[signature]
GENERAL MANAGER

ART ATTACKS INC RENTOR
ADDRESS 6769 Camino Del Prado CB 92...
BY [signature]
TITLE Co-owner

FORM F-31
ORIGINAL - TO RENTOR
DUPLICATE - TO FAIR
TRIPLICATE - TO S.E.

AGREEMENT NO. SZ 10006

# AGREEMENT

DATE [illegible]

[illegible]

THIS AGREEMENT by and between the 22ND DISTRICT AGRICULTURAL [illegible] hereinafter called the Association, and ART ATTACKS hereinafter called the Rentor.

WITNESSETH:

1. THAT, WHEREAS, The Rentor desires to secure from the Association certain rights and privileges [illegible] the Association premises beginning on October 20, 2000 [illegible] October [illegible] 2000

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes [illegible] subject to the terms and conditions of this agreement: Scream Zone [illegible]

Dates: 10/20 - 10/22, 10/26 - 10/31
Hours: 7 pm - midnight Friday and Saturday, 7 pm - 11pm Sunday [illegible]

3. The purpose of occupancy shall be limited to:

CUSTOM PAINTED AND PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXES, SHORTS, HATS, [illegible], TEES, TANKS, BLOUSES, SPORTS BANNERS, HELMETS, FORMAL WEAR, TIES, KEY CHAINS, LICENSE PLATES, POSTERS, SIGNS, APRONS, AND PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

Space Rent: $125.00 Total: $125.00
Due: Upon Receipt

5. Rentor agrees to pay fees required by Association for Use Privilege [illegible] and to guarantee the payment of: $125.00

(a) Any money which may be payable to Association under this agreement.
(b) Any damage to Fair property and utility charges, if any.
(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

PAID

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law, and Rentor himself, and from any loss, damage, cause of action, claims or suits for damage, including, but not limited to loss of property, goods, wares or merchandise, caused by, arising out of, or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange, or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein or any part thereof cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof unless made in writing and signed by the parties hereto shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions:

Attached Exhibits B and C are incorporated and made part of this agreement. This agreement is non-transferable.
PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED.

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

Art Attacks Inc. RENTOR
ADDRESS 2688 Glasgow Dr

BY [signature] BY [signature]

TITLE GENERAL MANAGER TITLE [signature]

# AGREEMENT

AGREEMENT No. 30292

DATE February 5, 2001

FAIRTIME [X] INTERIM [ ]

THIS AGREEMENT by and between the 22ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INC hereinafter called the Rentor,

WITNESSETH:

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on June 15, 2001 and ending on July 4, 2001

2. NOW THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement:

AVENUE # 119 Inline 200 Sq Ft 10x20

UNAUTHORIZED USE OF ADDITIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT REF: 2001 LICENSEE'S HANDBOOK

3. The purpose of occupancy shall be limited to:

CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXES, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, SPORTS BANNERS, HELMETS, FORMAL WEAR, TIES, KEY CHAINS, LICENSE PLATES, POSTERS, SIGNS, ARPONS AND PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted the amounts and in the manner set forth below:

Space Rent: $3,860.00

Due: February 29, 2001

Total: $3,860.00

5. Rentor agrees to pay fees required by Association for Use Privilege and to guarantee the payment of:

(a) Any money which may be payable to Association under this agreement $3,860.00

(b) Any damage to Fair property; and utility charges, if any.

(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

PAID 3860 2/28/01 Chk 3439

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of, or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned, and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions:

80 Single Day Credentials

Attached Exhibits A, B, C, E, G, H and I are incorporated and made part of this agreement. This agreement is non-transferable.

PRODUCTS NOT LISTED ON THIS CONTRACT MAY NOT BE SOLD OR DISPLAYED.

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate, by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

BY [signature]

TITLE GENERAL MANAGER

ART ATTACKS INC
RENTOR

ADDRESS

BY [signature]

TITLE Owner

F-31
ORIGINAL - TO RENTOR
DUPLICATE - TO FAIR
TRIPLICATE - TO F & E

# AGREEMENT

AGREEMENT No. 30285

DATE February 15, 2002

FAIRTIME [X] INTERIM [ ]

THIS AGREEMENT by and between the 22 ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INC hereinafter called the Rentor,

WITNESSETH:

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on June 15, 2002 and ending on July 7, 2002

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement: AVENUE 119 Inline 10x20

**Unauthorized use of additional space is in violation of this agreement.**
**Ref: 2002 Licensee's Handbook**

3. The purpose of occupancy shall be limited to:

**CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXES, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, SPORTS BANNERS, HELMETS FORMAL WEAR, TIES, KEY CHAINS, LICENSE PLATES, POSTERS, SIGNS, ARPONS AND PILLOWCASES**

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below.

**Space Rent: $ 4,460.00** **Total: $ 4,460.00**

**Due Date: March 15, 2002**

5. Rentor agrees to pay fees required by Association for: **Use Privilege:**

and to guarantee the payment of: **$ 4,460.00**

(a) Any money which may be payable to Association under this agreement;

(b) Any damage to Fair property; and utility charges, if any;

(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

PAID $4460.00
CK 3697
3/11/02

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares, or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions: 65 **Single Day Credential**

**Attached Exhibits A, B, C, F and G are incorporated and made part of this agreement.**
**This agreement is non-transferable.**
**Products not listed on this agreement may not be sold or displayed**

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required), by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate, by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014
ADDRESS

BY [signature]

TITLE GENERAL MANAGER

ART ATTACKS INC
RENTOR

BY [signature] [signature]

TITLE Co-owners

ORIGINAL – TO RENTOR
DUPLICATE – TO FAIR
TRIPLICATE – TO F & E

AGREEMENT No. 30257

# AGREEMENT

DATE FEBRUARY 7, 2003

FAIRTIME [X] INTERIM [ ]

THIS AGREEMENT by and between the 22ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INK hereinafter called the Rentor,

WITNESSETH:

1. THAT, WHEREAS, The Rentor desires to secure from the Association certain rights and privileges, and to obtain permission from the Association to use Association premises beginning on JUNE 13, 2003 and ending on JULY 6, 2003

2. NOW THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement: AVENUE 119 10X20 Inline

UNAUTHORIZED USE OF ADDITIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT.
REF: 2003 LICENSEE'S HANDBOOK

3. The purpose of occupancy shall be limited to:

CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXERS, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, SPORTS BANNERS, HELMETS, FORMAL WEAR, TIES, KEY CHAINS, LICENSE PLATES, POSTERS, SIGNS, APRONS AND PILLOWCASES

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

SPACE RENT: $4,600.00
DUE DATE: MARCH 7, 2003

PAID

5. Rentor agrees to pay fees required by Association for USE PRIVILEGE and to guarantee the payment of: $4,600.00

$4600.00
Ck# 3928 3/6/03

(a) Any money which may be payable to Association under this agreement;
(b) Any damage to Fair property; and utility charges, if any;
(c) Removal of all property, and the leaving of the premises in a condition satisfactory to Association.

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify, and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law, and Rentor himself, and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of, or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange, or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract, or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions: 65 SINGLE DAY CREDENTIALS

ATTACHED EXHIBITS A, B, AND C ARE INCORPORATED AND MADE PART OF THIS AGREEMENT.
THIS AGREEMENT IS NON-TRANSFERABLE.
PRODUCTS NOT LISTED ON THIS AGREEMENT MAY NOT BE SOLD OR DISPLAYED.

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in triplicate, by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

BY: Charn Mannin

TITLE: Deputy GENERAL MANAGER

ART ATTACKS INK
RENTOR

ADDRESS 2688 Glasgow Drive

BY: Bryant Maeck John Maeck

TITLE Co owners

# AGREEMENT

AGREEMENT No. 30355

DATE January 30, 2004

FAIRTIME X INTERIM

THIS AGREEMENT by and between the 22ND DISTRICT AGRICULTURAL Association, hereinafter called the Association, and ART ATTACKS INK hereinafter called the Rentor,

WITNESSETH:

1. THAT WHEREAS The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on JUNE 11, 2004 and ending on JULY 5, 2004

2. NOW THEREFORE Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement. AVENUE 119 10x20 Inline

UNAUTHORIZED USE OF ADDITIONAL SPACE IS IN VIOLATION OF THIS AGREEMENT
REF: 2004 LICENSEE'S HANDBOOK

3. The purpose of occupancy shall be limited to
CUSTOM PAINTED & PERSONALIZED ITEMS: COATS, JACKETS, SHIRTS, PANTS, BOXERS, SHORTS, HATS, SWEATS, TEES, TANKS, BLOUSES, SPORTS BANNERS, HELMETS FORMAL WEAR, TIES, ~~KEY CHAINS, LICENSE PLATES, POSTERS, SIGNS,~~ ARPONS AND PILLOWCASES
and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted the amounts and in the manner set forth below:

SPACE RENT $ 4,970.00
DUE DATE FEBRUARY 20, 2004

**PAID** FEB 19 2004

5. Rentor agrees to pay fees required by Association for USE PRIVILEGE
and to guarantee the payment of: $ 4,970.00

#4122
4970
2-19-04

(a) Any money which may be payable to Association under this agreement.
(b) Any damage to Fair property and utility charges, if any.
(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself, and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

88 SINGLE DAY CREDENTIALS

13. Special Provisions

ATTACHED EXHIBITS A, B, C AND F ARE INCORPORATED AND MADE PART OF THIS AGREEMENT.
THIS AGREEMENT IS NON-TRANSFERABLE
PRODUCTS NOT LISTED ON THIS AGREEMENT MAY NOT BE SOLD OR DISPLAYED.

14. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by *the Department of Food and Agriculture and the Department of General Services.*

IN WITNESS WHEREOF, this agreement has been executed in triplicate, by and on behalf of the parties hereto, the day and year first above written.

22ND DISTRICT AGRICULTURAL ASSOCIATION
2260 JIMMY DURANTE BLVD
DEL MAR, CA 92014

BY [signature]

TITLE DEPUTY GENERAL MANAGER

ART ATTACKS INK
RENTOR

ADDRESS 2688 Glasgow Drive Carlsbad, CA 92008

BY [signature] Brent Mauck

TITLE Co-Owner

FORM F-31
ORIGINAL - TO RENTOR
1 DUPLICATE - TO FAIR
1 DUPLICATE - TO F&E
QUADRUPLICATE - GENERAL SERVICES APPROVAL ONLY
(REVISED 7/84)

AGREEMENT NO. 02-546-CON

DATE: August 21, 2002

☒ Fairtim

☐ Interin

# RENTAL AGREEMENT

THIS AGREEMENT by and between the 46th District Agricultural Association, hereafter called the Association, and Art Attacks Ink, hereinafter called the Rentor,

WITNESSETH:

1. THAT WHEREAS: The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises beginning on October 12, 2002 and ending October 29, 2002 (includes set-up and tear down time). FAIR DATES: OCT 19-27, 2002.

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement: Outside 10' X 20' space Inline

3. The purposes of occupancy shall be limited to: Selling airbrush T-shirts, hats, sweatshirts, keychains, posters, pillowcases, license plates, banners, visors, jackets and shorts.

and shall be for no other purpose or purposes whatsoever.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amount and in the manner set forth below: ONE THOUSAND [redacted] DOLLARS [redacted]. Signed contract and booth fee is due on or before September 15, 2002. PLEASE NOTE: IF PAYMENTS ARE NOT RECEIVED BY DEADLINES WE WILL ASSUME YOU DO NOT WISH TO PARTICIPATE AND MAY FORFEIT LOCATION AND ANY DEPOSITS MADE. All deposits/payments are non-refundable.

5. Rentor agrees to pay fees required by Association for Storage space, if required, in the amount of $80.00 or $150.00 and golf cart license, as required, for $100.00. Utility hook-up fees as stated in the Exhibitor & Concessionaire Handbook. Prices subject to change.

and to guarantee the payment of:

(a) Any money which may be payable to Association under this agreement;

(b) Any damage to Fair property, and utility charges, if any;

(c) Removal of all property and the leaving of the premises in a condition satisfactory to Association.

6. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

7. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damage, injury or loss to any person or persons, including all persons to whom the Rentor may be liabl under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

8. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

9. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consen of Association.

10. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

11. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties herein.

12. In the event Rentor fails to comply in any respect with the terms of this agreement and the Rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

13. Special Provisions: Rentor shall provide evidence of insurance as prescribed in attached "Exhibit B" or pay $99.00 for state-provided Special Event Liability Insurance coverage. Provisions of attached Exhibits "A" (Exhibitor & Concessionaire Handbook), "B" (Insurance Statement) and "C" (Standard Contract Terms and Conditions) are incorporated herein and made a part of this agreement. Rentor must be in compliance with Senate Bill #198.

14. This agreement is not binding upon Association until it has been duly accepted and signed its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, this agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

46th District Agricultural ASSOCIATION

Address 18700 Lake Perris Drive, Perris, California 92571

By [signature]

Title Lyndal R. Graff, CEO/Sec-Mgr.

Art Attacks Ink Rentor

Address 2688 Glasgow Dr., Carlsbad, CA 92008

By [signature]

Title Jo Ann Mauck (760) 644-1991

FORM F-31
ORIGINAL - CONTRACTOR
DUPLICATE - FAIR
TRIPLICATE - F&A
QUADRUPLICATE - GENERAL SERVICES APPROVAL
(REVISED 11/87)

AGREEMENT NO. 97E311
DATE 03/31/1997

# RENTAL AGREEMENT

FAIRTIME XXX

INTERIM

THIS AGREEMENT by and between the San Bernardino Co. Fair (28th DAA) hereinafter called the Association and ART ATTACKS INK hereinafter call the Rentor

WITNESSETH:

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises from 05/31/1997 to 06/08/1997

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement:

Location is Outside Exhibitors
Space # is 011 or similar and is Approximately 8 Ft. by 20 Ft.

3. The purposes of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:

ART ATTACKS INK during San Bernardino County Fair
CUSTOM AIRBRUSHING: T-SHIRTS, SWEATSHIRTS, HATS, KEY CHAINS,
LICENSE PLATES, PORTRAITS & JACKETS, ANIMAL PICTURES, TOTES

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

Fee for Space(s) is $1150.00
A Deposit of $287.50 is due by 5:00 P.M. 01/15/1997 #9258 2/6/97
Final Payment of $862.50 is due by 5:00 P.M. 03/31/1997 Pd $862.50 #9667 4/30/97

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

12. Special Provisions: The Following Attached Exhibits:
A-Exhibitors Handbook B-Standard Contract Terms & Cond C-Insurance Statement
are all incorporated herein by reference and made part of this agreement

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto the day and year first above written.

| | |
|---|---|
| ART ATTACKS INK | San Bernardino Co. Fair (28th DAA) |
| 995 E. BASELINE ROAD #2124 | 14800 Seventh Street |
| Address TEMPE, AZ 85283 | Address Victorville, CA 92392-4024 |
| JO ANN MAUCK | Selma J. Harris, CEO |
| By [signature] | By [signature] |
| Title | Title |

# State of California
# California Exposition and State Fair

## 2001 Commercial Exhibit Space Contract

Agreement No. CE-01-127

THIS AGREEMENT, made and entered this 14th day of June 2001 into by and between the State of California, California Exposition and State Fair, hereinafter called State Fair, and Art Attacks Ink hereinafter called 'Exhibitor', shall provide for Exhibitor's participation in the California State Fair Commercial Exhibit program in accordance with the following conditions:

1. Exhibitor shall have the non-exclusive right to exhibit, promote, demonstrate, and or sell the following products or services for the following charges.

| Space | Product Description | Rental Fee | Food Handling | Tent Rental Fee | Insurance | Utility Fee * |
|---|---|---|---|---|---|---|
| X08 | Airbrushed t-shirts, sweat shirts, pillowcases, caps, visors, keychains, posters, and license plates. | $3,800.00 | $0.00 | $350.00 | $0.00 | $200.00 |

* If electrical needs change, an additional utility fee may be due.

2. $4,350 *is due no later than July 15, 2001. Failure to meet this deadline for payment shall be cause for* immediate cancellation of this agreement. All fees are nonrefundable.

3. Term of this contract is August 14, 2001 through September 4, 2001, which includes three days for preparation and one day for removal of Exhibitor's property.

4. Exhibitor shall pay State Fair, without demand or offset, the above nonrefundable amounts by company check, certified bank check, money order or cashier's check, at the time of returning this contract, signed, to California Exposition and State Fair. If mailed, please send by certified mail to: California Exposition and State Fair, Commercial Exhibit Department, P.O. Box 15649, Sacramento, CA 95852. Please write the agreement number CE-01-127 on all checks.

5. The "2001 California State Fair Commercial and Concession Rules and Regulations", copies of which are on file in the State Fair's Commercial and Concessions Office, are by this reference made a part of this Contract. Exhibitor acknowledges having received a copy of such Rules and having read and understood them. Exhibitor agrees to comply with such Rules and any addenda as may be issued thereto.

6. The person signing on behalf of the Exhibitor hereby certifies and declares, under penalty of perjury under the laws of the State of California, that he/she/it has the authority to bind the Exhibitor to this contract and, further, that the information provided in this contract concerning the Exhibitor, including the address and other information listed below, is true, correct, and current.

7. The terms and conditions of this Contract may be changed only in writing. Acceptance of rent by State Fair after any breach by Exhibitor or any failure of State Fair to insist upon full and prompt performance of the terms and conditions of this Contract shall not constitute acceptance of any such breach by State and shall not constitute a waiver of and of State Fair's rights under this Contract.

8. Exhibitor hereby waives all claims and recourse against the State Fair including the right to contribution of loss

California State Fair
BIG FUN!

March 20, 2002

Byron Mauck
Art Attacks Inc.
2688 Glasgow Drive
Carlsbad, California 92008-6572

Dear Byron,

Thank you for your letter of February 23 and the submission of your application for the 2002 State Fair.

You covered a wide range of issues that make response by letter a bit difficult. It does seem that the "main" issue for you though was lack of shade.

If you are invited and you accept a return to the fair we will do our best to get you a more favorable location, if possible. Please remember that 2001 was your first year with us and seniority does play a part in placement.

Thank you again for your concern.

Sincerely,
CALIFORNIA EXPOSITION & STATE FAIR

Virgil Talbott
Commercial & Concessions Manager

VNT: rm.

FORM F-31
ORIGINAL—TO RENTOR
1 DUPLICATE—TO FAIR
1 DUPLICATE—TO F&E
(QUADRUPLICATE—GENERAL SERVICES APPROVAL ONLY)
(REVISED 8/97)

# RENTAL AGREEMENT

AGREEMENT NO. 03-0225
DATE 05/12/03
FAIRTIME XXX
INTERIM

THIS AGREEMENT by and between the 21st District Agricultural Assn. hereinafter called the Association, and Art Attacks, Inc. hereinafter called the Rentor

**WITNESSETH:**

1. THAT WHEREAS, The Rentor desires to secure from the Association certain rights and privileges and to obtain permission from the Association to use Association premises: 10/01/03 - 10/13/03

2. NOW, THEREFORE, Association hereby grants to the Rentor the right to occupy the space(s) described below for the purposes hereinafter set forth, subject to the terms and conditions of this agreement:

Space: GRND-00908 Commercial 10
GRND-00909 Commercial 10

3. The purposes of occupancy shall be limited to, and shall be for no other purpose or purposes whatsoever:
Sale of airbrushed; t-shirts, sweatshirts, hats, visors, posters, keychains & helmets.

4. Rentor agrees to pay to Association for the rights and privileges hereby granted, the amounts and in the manner set forth below:

$1,150.00 + $320.00 selling privielge = $1,470.00
1/2 Due 14 days from date of contract; balance due 09/01/03.
If fees are not paid by due date, agreement will be cancelled.
Deposit non-refundable.

5. Association shall have the right to audit and monitor any and all sales as well as access to the premises.

6. Rentor further agrees to indemnify and save harmless Association and the State of California, their officers, agents, servants and employees from any and all claims, causes of action and suits accruing or resulting from any damages, injury or loss to any person or persons, including all persons to whom the Rentor may be liable under any Workers' Compensation law and Rentor himself and from any loss, damage, cause of action, claims or suits for damages, including but not limited to loss of property, goods, wares or merchandise, caused by, arising out of or in any way connected with the exercise by Rentor of the privileges herein granted.

7. Rentor further agrees that he will not sell, exchange or barter, or permit his employees to sell, exchange or barter, any permits issued to Rentor or his employees hereunder.

8. It is mutually agreed that this contract or the privileges granted herein, or any part thereof, cannot be assigned or otherwise disposed of without the written consent of Association.

9. It is mutually understood and agreed that no alteration or variation of the terms of this contract shall be valid, unless made in writing and signed by the parties hereto, and that no oral understandings or agreements not incorporated herein and no alterations or variations of the terms hereof, unless made in writing and signed by the parties hereto, shall be binding upon any of the parties hereto.

10. The Rules and Regulations printed on the reverse side hereof are made a part of this agreement as though fully incorporated herein, and Rentor agrees that he has read this agreement and the said Rules and Regulations and understands that they shall apply, unless amended by mutual consent in writing of the parties hereto.

11. In the event Rentor fails to comply in any respect with the terms of this agreement and the rules and Regulations referred to herein, all payments for this rental space shall be deemed earned and non-refundable by Association and Association shall have the right to occupy the space in any manner deemed for the best interests of Association.

12. Special Provisions:
Upon signing this agreement the contractor agrees to abide by all the rules and regulations of the Assn. A current Certificate of Ins. must be submitted to the Exh. Off. by 08/01/03. Exhibit "A" (SCTC) & Exhibit "B" (F-13) Ins. Statement is attached & Made a part of this agreement.

13. This agreement is not binding upon Association until it has been duly accepted and signed by its authorized representative, and approved (if required) by the Department of Food and Agriculture and the Department of General Services.

IN WITNESS WHEREOF, This agreement has been executed in quadruplicate, by and on behalf of the parties hereto, the day and year first above written.

| | |
|---|---|
| Art Attacks, Inc. | 21st District Agricultural Assn. |
| 2688 Glasgow Dr. | 1121 Chance Ave. |
| Address Carlsbad CA 92008 | Address Fresno, CA 93702 |
| By [signature] | By [signature] |

# INVOICE

04-0134
GR-908-909
Art Attacks, Inc.

DATE: MAY 14, 2004

| | |
|---|---|
| 50% OF GUARANTEE<br>**DUE JUNE 1, 2004** | $ 910.00 |
| POWER FEE<br>**DUE BEFORE AUGUST 1, 2004** | $ 62.50 |
| INSURANCE **(IF YOU BUY THE FAIRS)**<br>**DUE BEFORE AUGUST 1, 2004** | **$ 94.00** |

Go to Table of Contents

# FAIRS



Governor Gray Davis, State of California

California Department of Food and Agriculture

Division of Fairs and Expositions

2003

Go to Table of Contents

# Foreword

On behalf of our state's fair industry, I am pleased to issue this report about the economic and social benefits of California's fairs. This multifaceted industry contributes $2.5 billion in economic impact to the Golden State, and it creates nearly 28,000 jobs and generates $136 million in state and local tax revenues.

In addition to these economic benefits, fairs offer communities a place to gather, celebrate their heritage and reward one another for their accomplishments through competition and public recognition. Fairs also provide community groups with fundraising opportunities. Band uniforms, soccer fields, school booster clubs, senior meal programs and a variety of other community services have been provided by funds raised on fairgrounds. Tangible social benefits such as these are presented in various case studies featured within this report.

My family and I have been involved in our hometown fair for many decades. Growing up in California's Central Valley, I participated in the junior livestock programs throughout my youth. Over the years, our family has actively supported community groups that raise funds at the fairgrounds, and we've enjoyed hours of entertainment and educational exhibits, displays and shows. Families just like ours enthusiastically come to fairs because they offer an occasion to celebrate our agrarian traditions and showcase our values — values like family, hard work and innovation.



William (Bill) J. Lyons Jr.
Secretary

The California Department of Food and Agriculture is proud that our 78 fairs offer California's citizens an opportunity to learn about agriculture and its importance in our daily lives. California is the richest agricultural state in the world, and our fairs provide a vital link in sharing this message.

Join us as we explore the economic gold mine of California's fairs.

Return to List of Tables and Figures

# Table of Contents

Select Each Section in Red Below to View


**Executive Summary ............................ 4**
- Economic Impact: At the Assayer's Office ........... 5
- Agriculture: The Gold Nugget .......................... 6
- Fair-Related Businesses: Services to a Golden Industry .......................... 6
- Community Groups: Mining for Gold .................. 7
- Attendees: A Golden Treasure .......................... 7
- Social and Cultural Impacts: Giving Back ........... 8
- Conclusion: A Golden Legacy ........................... 8

**California's Fairs: Striking Gold ........... 9**
- Network of California Fairs .............................. 9
- Economic Impacts ........................................... 10
- Interim Events ............................................... 10
  - *Case Study: Los Angeles County Fair ........... 11*

**Agriculture: The Gold Nugget of Every Fair .................................... 12**
- Junior Livestock Program.............................. 12
- Judged Exhibits ............................................. 13
  - *Case Study: Orange County Fair.................. 14*

**Providing Services to a Golden Industry .......................................... 15**
- Carnivals ....................................................... 15
  - Carnival Economic Impacts ........................ 16
  - Carnival Social Impacts ............................ 17
  - *Case Study: Ray Cammack Shows ................. 18*
- Concessionaires ............................................ 19
  - Fairtime Concessionaires .......................... 19
  - Master Concessionaires............................. 19
  - *Case Study: Ovations/Fanfare ..................... 21*
  - Concessionaire Economic Impacts ............... 22
  - Concessionaire Social Impacts .................... 22
- Commercial Exhibitors ................................... 22
  - Commercial Exhibitor Economic Impacts...... 23
- Entertainers ................................................. 23
  - Entertainer Economic Impacts .................... 24
- Service and Supply Companies........................ 24

**Community Groups: Mining for Gold at California's Fairs .......................... 25**
- Nonprofit Fundraising .................................. 25
  - *Case Study: Stanislaus County Fair ............. 27*

**Attendees: A Golden Treasure for Fairs .......................................... 28**
- Attendee Demographics and Visit Characteristics ............................................. 28

**Economic Impacts: At the Assayer's Office...................... 31**
- Direct Spending and Employment .................. 31
  - Fair Organizations .................................. 31
  - Attendees.............................................. 33
  - Fair-Related Businesses ........................... 34
- Economic Impacts .......................................... 36
- Future Impacts ............................................. 41

**Social and Cultural Impacts: Giving Back ..................................... 42**
- Social and Cultural Exhibits .......................... 42
- Community Involvement................................ 43
- School-to-Fair Link ....................................... 43
  - *Case Study: San Joaquin County Fair ........... 44*
  - *Case Study: Tulelake-Butte Valley Fair .......... 45*
  - *Case Study: Alameda County Fair ................ 46*
- Cultural Diversity ......................................... 47
  - *Case Study: San Diego County Fair............... 48*

**Conclusion: A Golden Legacy ............. 49**

**Appendix A: Statistical Breakdown by Fair ........................................... 50**

**Appendix B: Methodology .................. 53**

**End Notes ........................................ 61**

**Map of California Fairs ....................... 62**

Go to Table of Contents

# List of Tables and Figures

Select Each Section Below to View

## Tables

**Table 1:** Total Economic Impacts – Fair Organizations ... 10

**Table 2:** Interim Events at Fairplex ... 11

**Table 3:** Total Economic Impacts – Carnival Companies ... 16

**Table 4:** Selected Charitable Programs by Carnival Companies ... 17

**Table 5:** Total Economic Impacts – Fairtime and Master Concessionaires ... 22

**Table 6:** Total Economic Impacts – Commercial Exhibitors ... 23

**Table 7:** Total Economic Impacts – Entertainers ... 24

**Table 8:** Annual Fundraising Activities at California Fairgrounds ... 25

**Table 9:** Comparison of Selected Fairs to Cities – Attendance to Population ... 28

**Table 10:** Household Income of Fair Attendees ... 29

**Table 11:** Attendee Survey, Visitor Characteristics . 29

**Table 12:** Fair Organization Direct Spending ... 32

**Table 13:** Fair Organization Direct Employment ... 32

**Table 14:** Attendee Direct Spending ... 33

**Table 15:** Carnival Direct Spending ... 34

**Table 16:** Concessionaire Direct Spending ... 35

**Table 17:** Commercial Exhibitor Direct Spending ... 35

**Table 18:** Entertainer Direct Spending ... 36

**Table 19:** Fair-Related Business Direct Employment ... 36

**Table 20:** Estimated Economic Impacts – Fairtime and Interim Spending ... 37

**Table 21:** Annual Estimated Income Impacts ... 38

**Table 22:** Annual Estimated Employment Impacts .. 39

**Table 23:** Impact Calculation – Illustrative Example 2002 ... 41

**Table 24:** Impact Calculation – Hypothetical Future Year ... 41

**Table 25:** Attendee Viewpoints Regarding Exhibits .. 43

**Table 26:** Nonprofit Fundraising at Alameda County Fairgrounds, 2002 ... 46

## Figures

**Figure 1:** Total Attendee Spending ... 34

**Figure 2:** Total Tax Collections ... 40



*Sixty-nine percent of fairgoers felt that they knew more about agriculture after going to a fair.*

Go to Table of Contents

# Executive Summary

The network of California fairs is an economic, social and cultural bonanza that enriches the lives of Californians from every background and walk of life. California's fair network dates back to before the Civil War as a way to advance public knowledge of agriculture and provide a community gathering place. That tradition continues to this day, but with modern innovations that bring home the importance and reality of agriculture to an urban population that may have little contact with farms, ranches and agribusinesses.

The fair experience is a memorable one. Families mark their calendars and clear their schedules for fairtime. Whether they simply attend to enjoy the exhibits, food and entertainment, or participate in competitions, fair memories last a lifetime. Young people, especially, cherish the fun of the carnival, the awe and curiosity inspired by exhibits, and the pride of competing in junior livestock events. Fairs are for everyone, but fairs and children are a magical mix.



Fairs also bring out the best qualities in people. Fairs provide individuals with opportunities to volunteer their services. From serving sodas at a charitable group's booth to acting as a docent for an agricultural exhibit; fairs allow people to give a little in order to receive the bigger reward of a healthier and more vibrant community. At the Orange County Fair, for example, 65 volunteers provide more than 4,000 hours per year to staff the popular Centennial Farm exhibit.

The annual fair is just one of many year-round activities for fair organizations. They must facilitate use of the fairgrounds for interim events sponsored by community groups and private entities as well as manage ongoing maintenance and capital improvement projects. As a result, the fair network creates the opportunity for small- to medium-sized businesses and nonprofit community groups to make money from these year-round activities. These interim events further boost jobs, incomes and tax revenues in every county throughout the state.

While the California fair network makes it possible for this economic activity to occur, it must be emphasized that fair organizations are public, not-for-profit entities that exist to promote industries of the state and provide a community gathering place. They do not receive state general fund monies in support of these efforts, but receive their state funding through a special account.





© Ed Shields

In 2002, almost 33 million attendees visited California's fairgrounds. This is roughly the same as California's population of nearly 35 million.

Go to Table of Contents

In 1933, the California Horse Racing Act legalized pari-mutuel betting and established a special account for continuous state funding of fairs from a portion of the receipts.

Today, the fair network receives approximately $30 million annually from this special fund. These monies are spread among the fair network to help offset operating costs and infrastructure needs. The amount each fair receives is based on their annual operating budget. Small fair organizations receive a greater percentage of their budget in state support than do larger fairs. This staggered funding takes into account the fair organization's ability to generate enough revenue to be self-sustaining. Regardless of size, all fair organizations augment their operating budgets with revenues received through their year-round events and activities.

***What is California's return on investment for the $30 million that the fair network receives from the state special fund?*** The economic and job impact of the fairs is huge. Further, cultural aspects of the fair add an intangible human element to the impressive statistics. This report discusses these various impacts and concludes that for its modest investment, the return for Californians is substantial.

The California Department of Food and Agriculture's Division of Fairs and Expositions engaged the international public accounting firm of KPMG LLP to measure the economic and social impacts of this annual activity and produce a report detailing their findings.[1,2] As you read through this report, you will discover how California's 78 fair organizations produce clear economic and social benefits that touch the lives of countless Californians.

## Economic Impact: At the Assayer's Office

Fairs have a significant impact on California's economy. Further, fairs contribute far more to the economy and local communities than they receive in public funding.

- The overall impact of spending by all participants at fairtime and interim events resulted in a total economic impact on California of $2.55 billion in 2002.
- Attendee spending is the primary driver of economic impacts associated with the fair industry. Attendee direct spending at fairtime and interim events totaled about $963 million in 2002.
- Annual income impact from attendee, fair organization and fair-related business spending exceeds $791 million.



Traditional Ikebana floral arranging is one of the many ways that fairs showcase cultural heritage.

Go to Table of Contents

- Jobs created by fairs through direct employment and multiplier impacts reached nearly 28,000 in 2002.
- State and local governments collected an estimated $136 million in tax revenues from fair-related activities.
- For each worker the fair organization and related business employs, an estimated 2.62 total jobs are created. Each dollar that economic participants pay their employees, an estimated $2.10 in total income is produced.
- Each dollar spent by fairs and interim event participants generates an estimated 39 cents of additional spending in the state, for a total impact of $1.39 per dollar spent.

## Agriculture: The Gold Nugget

A central feature of fairs is to educate the public about the importance of agriculture in California. They are succeeding at this goal.

- Sixty-nine percent of fairgoers felt that they knew more about agriculture after going to a fair.
- Fairs are a critical part of the junior livestock program, which educates young people about the breeding, raising and grooming of farm animals. Junior livestock auctions at fairs grossed more than $21 million, with more than 42,000 animals purchased by nearly 19,000 buyers in 2002. Students receive 95 percent of auction proceeds.
- During 2002, fairs paid a total of $4.2 million in premiums to exhibitors. Fairs judged more than 613,000 exhibits, a major portion of which were agricultural in nature.

## Fair-Related Businesses: Services to a Golden Industry

Fair-related businesses provide many goods and services that are essential to the fair experience.

- Carnival companies contract to provide rides, games and other entertainment at fairs. Including total economic impact, in 2002 these companies generated $41 million in total spending, $18 million in personal income and $2 million in state and local taxes.
- In 2002, fairtime and master concessionaires created $131 million in total spending, $66 million in personal income and $10 million in state and local taxes. Attendee direct spending on food and beverages totaled $120 million, which generated more than $5 million in state and local taxes.
- In 2002, commercial exhibitors generated $491 million in total spending, $219 million in personal income and nearly $17 million in state and local taxes. Attendee spending on commercial exhibitor merchandise totaled $406 million, which generated $32 million in state and local taxes.



Community stages provide local groups with the opportunity to "strut their stuff."

Go to Table of Contents

- In 2002, entertainers at fairs created $28 million in total spending, generated $17 million in personal income and generated $1.6 million in state and local taxes.

## Community Groups: Mining for Gold

California's fairs are major venues for community groups and nonprofit organizations to raise awareness of their programs and services. Fairs and interim events also give these groups the ability to raise substantial portions of their annual budgets.

- In 2002, 730 nonprofit groups raised $8 million at California fairs for their community programs. Add in the $21 million raised at junior livestock auctions, and a total of $29 million was raised for community benefits.
- One nonprofit organization, the Turlock Lions Club, raises approximately 85 percent of its annual budget from fundraising events held at the Stanislaus County fairgrounds. Proceeds from these events go to fund scholarships for local high school students, eye exams and glasses for needy children, youth sport teams, youth attendance at camps for the hearing impaired, and school playground equipment.

## Attendees: A Golden Treasure

Californians love their fairs and fairground events.

- Fairtime attendance exceeded 11.1 million in 2002, and interim events attracted another 21.6 million people. Total annual attendance on fairgrounds is almost 33 million people — roughly the same as California's population of nearly 35 million.[3]
- Paso Robles — with a population of 25,200 — hosts the California Mid-State Fair that draws more than 475,000 attendees throughout the year to the fair and interim events. Ventura — with a population of 110,000 — hosts the Ventura County Fair that draws more than 721,000 attendees.[4]
- The average visitor attends the fair 2.1 times per year and lives within 100 miles.



Fairs and children are a magical mix.

Go to Table of Contents

## Social and Cultural Impacts: Giving Back

While the economic impact of fairs is noteworthy, it is the social and cultural impact of fairs that may leave the most lasting impression on Californians. Fairs entertain, but they also educate people about each other and the contributions that all segments of our society make to the Golden State.

- Fairs provide a focal point for community members to celebrate their heritage, compete in a variety of events, hold family reunions, display and view artwork, learn about other cultures, premier new inventions, and showcase the best of California.
- Ninety-five percent of attendees agreed that the fair they attended provided worthwhile community benefits.
- More than 1.2 million people, 11 percent of total fair attendance, participated in fair events and organized activities — such as shows, exhibit programs, stage performances and contests.
- The Alameda County fairground hosts a variety of community and cultural events, including Afghan New Year's celebrations, church services, Scottish Highland Games, high school graduation ceremonies, and events to help families of law enforcement officers killed in the line of duty.
- Many fairs offer free tours to schools, free youth admission on certain days, and valuable educational experiences throughout the year. The San Joaquin County Fair provides learning resources to schools that cover biology, hydroponics, farm irrigation, worm composting and water cycles.
- California's fairs are addressing the needs of California's diverse population. The San Diego County Fair has developed a five-year plan to attract local Hispanic guests and Mexican tourists to the fairgrounds. The fair has declared all Sundays as Dias de Las Familias, and a Plaza de Mexico area was established to educate other guests about Hispanic culture.

## Conclusion: A Golden Legacy

California's fairs have immense economic, educational, social and cultural impacts. Fairs truly embody the innovative drive and community spirit that is the Golden State.





Future Farmers of America, 4-H and Grange focus on teaching young people how to raise and exhibit livestock.

Go to Table of Contents

# California's Fairs: Striking Gold

Early in California's history, fairs were loosely organized community gatherings. However, as California has matured, so have the state's fairs. Today, California's fair industry has grown to include 52 District Agricultural Associations, 23 county fairs, two citrus fruit fairs, and the California Exposition and State Fair (Cal Expo). These 78 entities are collectively known as the network of California fairs, and they are a gold mine for the Golden State.

## Network of California Fairs

California's fairs are a diverse group that reflect their local communities and strive to serve local needs. As a result, there are four legally distinct types of fair organization:

- **District Agricultural Associations** – State entities formed by the petition of 50 or more residents of a county.
- **County Fairs** – Operated by county governments or county-sponsored nonprofit organizations.
- **Citrus Fruit Fairs** – Produced by nonprofit organizations established to promote and encourage the citrus fruit industry.
- **Cal Expo** – A state agency.

Regardless of type, each fair organization is managed by a board of directors operating under a state mandated program.

Common purpose among California's network of fairs is to exhibit all of the state's industries and products in an effort to support them. Just as in the state's early days, the central theme of each fair remains an agricultural exposition that communicates the issues surrounding the production and marketing of food, fiber and plant materials. How this theme is communicated to the public is up to the creativity and ingenuity of fair organizers.

Fairs are a continuous part of California's wide-ranging calendar of events. A fair was in progress somewhere in California during every month of 2002 except January and December. The schedule began on February 15 with the Cloverdale and Indio Fairs and ended with the close of the Grand National Rodeo in Daly City on November 3.

The people of California love their fairs and fairground events. Total fair attendance in 2002 exceeded 11.1 million, but this figure is only the start. Fair organizations sponsor a variety of events outside of fairtime and make their fairgrounds and facilities available to community groups and private entities throughout the year. Such interim events attracted another 21.6 million people. This equates to nearly 33 million visits to California's fairgrounds.

Learning by doing: Fairs offer young people the chance to see and touch farm animals.



Go to Table of Contents

## Economic Impacts

Considering revenues alone, the network of California fairs is a $1 billion dollar industry. This ranks fairs ahead of the California video-tape rental industry ($916.7 million in revenues) and just behind California motion picture theaters ($1.3 billion).[5] Overall impact on the state — including ripple effects caused by sales and spending of all participants at fairtime and interim events — resulted in $2.5 billion in economic activity.[6]

Fair organizational impacts are summarized in Table 1, which includes ripple effects but excludes direct spending by attendees. Direct attendee spending is excluded so that economic impacts produced solely by fair organizations can be examined.

TABLE 1

| Total Economic Impacts – Fair Organizations | |
|---|---|
| Spending by Fair Organizations | $507,259,339 |
| Personal Income Generated | $267,624,483 |
| State and Local Taxes Generated | $41,529,510 |
| Employment (FTE Jobs) Created | 6,748 |

## Interim Events

The annual fair is only part of the industry's success. Interim events span a range of activities, making it clear that there is something for everyone at California's fairgrounds. Such events include:

- Motorized racing
- Horse racing
- Craft fairs
- Harvest festivals
- Farmers' markets
- Home and garden shows
- Animal shows
- Private parties, dinners and weddings
- RV parking and camping
- Cultural festivals and concerts
- Automobile, motor home, RV and boat shows

The economic and social impacts of these interim events greatly increase the value of California's fair network. Availability of the fairgrounds for other events is an important benefit to the local community. Many of California's fairs are situated in rural areas that have limited facilities for social and cultural gatherings; fair facilities often fill this need. Community groups also use these facilities for much of their annual fundraising activities. Fairgrounds are not simply sites for the local fair; they are often the focal point of community life.

Go to Table of Contents

CASE STUDY

# Los Angeles County Fair

The Los Angeles County Fair (Fairplex) in Pomona is both the largest fair in California and a leader in continual use of the fairgrounds. Fairplex includes several year-round facilities, such as a Sheraton Hotel, KOA campground, recreational vehicle (RV) park, childhood development center, Millard Sheets Gallery, Dr. Bob's Ice Cream, and the National Hot Rod Association Museum. Clearly, fairgrounds today fulfill a variety of community needs, in addition to being the home of stables and exhibit halls.

A variety of interesting and attractive events translates into popular interest and lucrative support. Annual interim attendance at Fairplex is around two million visitors, which is approximately 50 percent greater than attendance at the Los Angeles County Fair. Interim events generate roughly $9.6 million in rent, while interim event attendees spend nearly $7.5 million on food, merchandise and services.

Visitors come to Fairplex to see a dizzying array of competitions, commercial displays, and attractions ranging from swap meets to motorized racing to fireworks shows. Table 2 highlights how well-planned and creative interim events can generate community involvement and local revenues.

TABLE 2

**Interim Events at Fairplex**

| Event Category | Estimated Attendance | Total Attendee Spending [1] |
|---|---|---|
| Consumer/Craft Shows | 761,459 | 2,321,572 |
| Automotive Events | 519,809 | 2,903,899 |
| Live Horse Racing | 280,647 | 1,289,419 |
| Satellite Wagering | 208,179 | 317,844 |
| Research and Testing | 73,514 | 180,500 |
| Camping/RV Groups | 58,070 | 213,937 |
| Trade Shows | 52,021 | 213,295 |
| Equine Shows and Events | 32,500 | 20,586 |
| Parties/Dinners/Weddings | 2,725 | 4,360 |
| **Totals** | **1,988,924** | **7,465,412** |

[1] *Interim events generate rental revenue for Fairplex, but not all events produce attendee spending. Private usage of the fairgrounds may represent a rental of the facility only.*

Go to Table of Contents

# Agriculture: The Gold Nugget of Every Fair

When most people think of California, they usually think of large industrialized cities, television and films, or technology and the dot.com industry. What they don't generally know is that agriculture is one of the state's major commercial sectors. The economic reality is that the feed lot is as important as the movie lot, and the Central Valley is as vital as Silicon Valley.

California is home to the largest food and agricultural economy in the nation. In 2001, California's gross cash income from farming was nearly $30 billion and generated more than $100 billion in related economic activity. California's agricultural abundance includes 350 crops and commodities.

California agriculture is also the nation's leader in the global marketplace, with annual agricultural exports in excess of $6.5 billion. California truly helps feed the nation and the world.

Despite the continued central role of agriculture in the state's economy, many urban and suburban Californians have little contact with the industry except through their local supermarkets. California's fairs originated as agricultural festivals and have a continuing mission to promote awareness of agriculture.

The California Department of Food and Agriculture, through its Division of Fairs and Expositions, has a legislative mandate to support and enhance this mission. Whereas grocery stores supply the public with agricultural products, fairs teach the public about agriculture.

To assess how well fairs achieve this task, fairgoers were asked in a survey whether or not attending the fair increased their understanding of California agriculture. Sixty-nine percent of fairgoers felt that they knew more about agriculture after coming to the fair.

A traditional approach to educating the fair-going public about agriculture are the livestock and other agricultural competitions, exhibitions and auctions. This section investigates two of the important agricultural events that support this mission: the junior livestock program and judged exhibits.

## Junior Livestock Program

High-quality education for California's young people is a top state priority. A classroom, however, is not the only place where children learn. Raising animals, for instance, is a time-honored way to learn by doing. The junior livestock program offers this opportunity.



Baby animal nurseries educate and entertain, giving fairgoers the rare opportunity to witness the miracle of birth.

Go to Table of Contents

The junior livestock program is a showcase event at many fairs. The program presents a unique chance for school-age youth (ages 9-19), primarily members of 4-H, Future Farmers of America (FFA) and Grange, to competitively exhibit and auction their prize livestock on the open market.

The livestock auction provides financial recognition to agricultural youth through an educational program, teaching life skills and sportsmanlike competition. As a learning and business venture, the young men and women care for a steer, lamb, hog, chicken, rabbit, goat, or turkey. For these young participants, the junior livestock exhibition and auction is the culmination of considerable time and effort spent in breeding, raising, grooming and preparing their animals.

Junior exhibitors must own their livestock a minimum of 120 days for beef; 60 days for sheep, goats and swine; and 30 days for poultry and rabbits. Only those animals identified by the judges as top-quality and market-ready are sold at auction.

Young auction participants get both a business education and financial rewards. They learn to provide quality meat products for human consumption and how to be in business for themselves. They learn basic economic concepts such as cost of inputs and profitability. Junior livestock auctions grossed more than $21 million, with more than 42,000 animals purchased by nearly 19,000 buyers in 2002.

Approximately 95 percent of auction proceeds go directly to the students. They typically save this money for college, or reinvest in agriculture by purchasing additional animals. Thus, the junior livestock program provides young community members with a valuable business lesson and funding for future goals.

## Judged Exhibits

Fairs not only offer young people the chance to be part of agriculture and the competitive exhibits program, they offer this opportunity to people of all ages. Fairs have numerous agricultural and artistically related competitions that are open to the general public. These exhibit programs focus on rewarding excellence. Encouraged by ribbons and prize money (premiums) offered by the fairs, entrants make significant efforts to showcase California agriculture and artistic excellence through various exhibit categories. Millions of fairgoers are entertained and educated in the process.

During the 2002 season, California's fairs judged more than 613,000 exhibits, resulting in a total of $4.2 million paid in fair premiums.[7] This total included nearly 102,000 FFA and 4-H exhibits, more than 21,000 horticultural exhibits, and more than 79,000 floricultural exhibits. Along with the junior livestock program, this variety of exhibits demonstrates the success of fairs in agricultural education.

*High-quality education for California's young people is a top state priority. Fairs are learning laboratories that make agricultural education come to life.*



Go to Table of Contents

CASE STUDY

# Orange County Fair

One of the preeminent agricultural attractions in the network of California fairs is Centennial Farm at the Orange County Fair in Costa Mesa. This fully functional 3.5-acre farm is open to the public year-round.

The farm features the Millennium Barn, field crops, livestock and farm animals, a milking parlor, and an agricultural resource center filled with educational curriculum. Its mission is to preserve Orange County's agricultural roots and inspire children to pursue agricultural careers.

The Orange County Fair operates the farm, along with 65 dedicated community volunteers who donate approximately 4,000 hours annually. The farm was founded in 1989, and the Centennial Farm Foundation was organized in 1991 to raise money for educational programs. Thus far, the foundation has raised nearly $925,000 for educational purposes, including grants for schools that cannot afford transportation to the farm.

One of the farm's more unique programs is Agademics. This educational curriculum is aimed at helping young people understand and appreciate the important role that agriculture plays in their everyday lives. The program teaches about the origins of food and importance of safeguarding agricultural land. Main topics covered in Agademics are plant and animal science, gardening and nutrition, sources of fiber, and dairy products.




Nearly 70,000 visitors per year explore the Centennial Farm.

Go to Table of Contents

# Providing Services to a Golden Industry

All great recipes for success require quality ingredients. Fair-related businesses provide many goods and services that are the key ingredients to a successful fair. Fair organizations and their suppliers work together as strategic business partners to achieve common goals. Neither could operate effectively without the other, and when one prospers so does the other. For example, the carnival attracts visitors who pay admissions and buy food and souvenirs, and other fair attractions draw people who go to the carnival.

Each type of fair-related business plays a key role in creating the total fair experience. These businesses include carnival companies, food and beverage concessionaries, commercial exhibitors, entertainers and service providers. This section will examine each of these strategic business partners.

## Carnivals

For young and old alike, the fun of amusement rides and winning a stuffed animal at a carnival game are some of the fondest memories of the fair. The carnival is at the heart of this fair experience.

Given its vital role, carnival marketing strategies are of great importance. For instance, carnivals can stimulate attendance on slow days by offering ride promotions, such as pay-one-price gate or wristbands allowing unlimited rides. Pre-sale of carnival ride tickets can also provide advance revenue to the fair while increasing local interest in the upcoming event.

Carnival companies are responsible for designing the layout of the carnival area, transporting and setting-up rides, hiring and training staff, and ensuring that guests receive a safe ride experience. They must comply with a wide range of regulatory entities, such as the California Occupational Safety and Health Act, Department of Health Services, and local law enforcement. They abide by all of these governing bodies while moving their entire businesses up and down the length of the state. Since there are 78 fairs conducted annually at 75 different locations, carnival companies must effectively plan their routes to guarantee quality service.

All carnival contracts are formally bid, whether for the annual fair or a secondary event. The ten carnival companies typically on the state's pre-qualified bidder's list are American Traveling Shows; B&B Amusements, Inc.; Butler Amusements, Inc.; Carnival of Fun, Inc.; Davis Enterprises, Inc.; Helm and Sons, Inc.; Midway of Fun, Inc.; North American Amusements, Inc.; Paul Maurer Shows; and Ray Cammack Shows, Inc.



*The carnival is at the heart of the fair experience.*



Go to Table of Contents

A carnival contract is normally for a period of three to five years. This contract is not all about fun and games, since it often entails investing in capital improvements to the fairgrounds. A capital improvement is purchasing or constructing something for the facility that enhances or safeguards the carnival operator and benefits the fairground. It is an improvement that will last for many years and usually represents a significant expenditure.

Examples of fairground capital improvements by carnival companies include:

- **Butler Amusements** – Spent $50,000 on asphalt at the Big Fresno Fair, $10,000 on asphalt improvements at Riverside County Fair and National Date Festival, and $7,500 on asphalt at the Solano County Fair.
- **Helm and Sons** – Invested $15,000 in capital projects at the Sonoma County Fair and invests $15,000 each year in capital projects at the San Bernardino County Fair.
- **Ray Cammack Shows** – Spent $292,500 on capital improvements at the California Exposition and State Fair and invests $200,000 each year at the Orange County Fair and $50,000 at the Los Angeles County Fair.

### *Carnival Economic Impacts*

Carnivals resemble moving cities, with substantial state and local economic benefits when they come to town. They employ local residents, purchase supplies from local businesses, stay in hotels, eat in restaurants and repair vehicles. A large carnival on the road transports approximately 400 permanent employees, 100 trucks loaded with equipment, 40 bunkhouses, 12 traveling offices, and 80 motor homes.

Carnivals invest a great deal into their rolling stock. An average carnival ride costs between $200,000 and $500,000, while *Le Grande Wheel* (a Ferris wheel ride) cost $4 million and requires 17 trucks to transport. A small carnival may have 20 to 25 rides, while a large carnival can have as many as 50 to 60. This means that a small carnival has approximately $5 million to $7 million invested in its rides, and a large carnival has about $14 million to $20 million invested.

Total economic impacts associated with carnivals are summarized in Table 3. Impacts in this table include the ripple effects of spending by carnival companies.[8] In addition to spending by carnival companies of more than $41 million, attendees at California's fairs spent $53.5 million on carnival rides and games. Employment data in the table refers to full-time equivalent jobs; however, in counting part-time jobs, carnivals further employ approximately 1,620 people hired locally.

TABLE 3

| Total Economic Impacts – Carnival Companies | |
|---|---|
| Spending by Carnival Companies | $41,149,116 |
| Personal Income Generated | $18,399,350 |
| State and Local Taxes Generated | $1,992,486 |
| Employment (FTE Jobs) Created | 697 |

Go to Table of Contents

### *Carnival Social Impacts*

Just as communities support carnival companies through patronage and spending, so carnival companies reciprocate with outreach to the community. Carnival companies make significant contributions in a community through hiring of local residents, donations to local charitable organizations and support of education through programs such as read-to-ride, stuffed animal giveaways at local hospitals, rides for youth with special needs, and other promotional pass giveaways. Table 4 contains examples of selected charitable carnival programs during 2002.

TABLE 4

**Selected Charitable Programs by Carnival Companies**

| Charitable Program | Butler Amusements | Helm and Sons | Ray Cammack Shows |
|---|---|---|---|
| Read-to-Ride | $14,400 | $4,200 | $240,000 |
| Special Needs Ride Days | $26,000 | $24,000 | $150,000 |
| Charitable Donations/Promotional Passes | $101,500 | — | $75,000 |
| Stuffed Animal Giveaway | $5,500 | $500 | $13,500 |
| Total Value | $147,400 | $28,700 | $478,500 |
| Number of Fairs Involved | 23 | 3 | 3 |

*For young and old alike, the fun of amusement rides and winning a stuffed animal at a carnival game are some of the fondest memories of the fair.*



Go to Table of Contents

# Social and Cultural Impacts: Giving Back

While the economic impact of fairs is noteworthy, it is the social and cultural impact of fairs that may leave the most lasting impression on Californians. Today, fairs are as much about community as about farming. However one defines "community," fairs are where Californians can go, in our ever-increasing diversity, and feel like we belong.

Fairs entertain, but they also educate people about each other and the contributions that all segments of our society make to the Golden State. Through this vital education comes the understanding, appreciation and social harmony so necessary for a healthy and productive society.

Fairs provide a focal point for community members to:

- Celebrate their heritage
- Compete in a variety of events
- Hold family reunions
- Display and view artwork
- Learn about other cultures
- Premier new inventions
- Showcase the best of California

Looking at just nonprofit fundraising activities on California's fairgrounds, more than $29 million is raised on an annual basis. Beyond the economic impacts, this section will discuss the social and cultural impacts of the network of California fairs, primarily through case studies. These case studies highlight quantitative social benefits that fairs provide with funds raised for charities and nonprofit organizations. Further, the case studies illuminate close relationships that fairs have with local schools and development of cultural programs.

## Social and Cultural Exhibits

Fairgoers are greeted by a variety of attractions in addition to the carnival rides, games, commercial exhibits and food and beverage concessions. Many attractions present a wide variety of cultural and ethnic experiences.

Exhibitors and entertainers educate the public about their cause or increase cultural awareness and appreciation. Such exhibitors include cultural organizations, youth programs, law enforcement and crime prevention programs, veterans associations, local offices of education, community service and nonprofit groups, historical displays, and state and federal government displays.



Fairs make learning fun. School children earn carnival tickets for reading books.

Go to Table of Contents

In the random survey of attendees, people were asked questions relating to social and cultural benefits from attending fairs. Attendees were asked whether or not they saw worthwhile exhibits and if they attended exhibits that informed them about valuable public or community services. Notably, 95 percent of those surveyed agreed that the fair they attended did provide worthwhile community benefits. Views on the most socially and culturally valuable attractions were fairly evenly distributed across various types of exhibits, as shown in Table 25.

Attendees clearly agree that exhibit programs at California's fairs provide important social benefits and showcase a variety of artistic, educational and cultural exhibits. A full 88 percent of fairgoers responded that they attended exhibits that provided a venue for getting together with family and friends, and 83 percent attended exhibits that displayed artwork.

## Community Involvement

Attendees were asked about their personal involvement in fairs through event participation. The number of fairgoers who actively participated in their hometown fair exceeded 1.2 million people, which is roughly 11 percent of attendees. This figure is based on total annual attendance of more than 11 million. This high participation rate in fair events and organized activities — such as shows, exhibit programs, stage performances and contests — speaks to the importance that the community places on this social outlet.

## School-to-Fair Link

Many fairs offer free tours to schools, free youth admission on certain days, and valuable educational experiences throughout the year. In addition, students enter exhibits that they create in school, giving them an opportunity to demonstrate their new knowledge. Students are rewarded for their efforts with a trip to the fair, a ribbon, praise from judges and teachers, and the appreciation of fairgoers.

TABLE 25

**Attendee Viewpoints Regarding Exhibits**

| Attended Worthwhile Exhibits That... | Yes | No | Uncertain |
|---|---|---|---|
| Provided a venue for getting together with family and friends? | 88.0% | 10.2% | 1.8% |
| Displayed artwork? | 82.9% | 12.3% | 4.8% |
| Provided information about public or community services? | 71.3% | 21.4% | 7.3% |
| Provided other instructional or educational value? | 70.2% | 22.5% | 7.3% |
| Increased awareness of cultural activities in community? | 59.2% | 32.1% | 8.7% |
| Increased awareness of charitable organizations? | 54.1% | 35.5% | 10.4% |

Go to Table of Contents

CASE STUDY

# San Diego County Fair

The San Diego County Fair is located close to the Mexican border. This proximity presents unique opportunities to offer programming that will bring guests from across the border, while also serving the local Hispanic community. Census figures indicate that at least 35 percent of San Diego's population is Hispanic.

Fair staff developed a five-year plan to attract local Hispanic guests and Mexican tourists. The first phase was to contract with a marketing consultant who explained cultural preferences (food, music and entertainment) and demonstrated the need for bilingual signs or universal symbols. This phase also included outreach to Hispanics in the San Diego area.

The fair declared all Sundays as Dias de Las Familias and ran Spanish language ads in local Spanish-language newspapers, radio and TV. The fair planned entertainment appealing to Hispanic tastes and started changing directional signage to symbols or to both Spanish and English.

A Plaza de Mexico area was established to educate other guests about Hispanic culture and provide a place for gathering and celebrating. This initial outreach resulted in an immediate and noticeable increase in Hispanic attendance, and the trend has continued to grow.

The San Diego County Fair is a shining example of leadership in recognizing the importance of California's growing Hispanic population and the need for increased cultural awareness amongst all Californians.





Go to Table of Contents

# Conclusion: A Golden Legacy

This report has outlined the many positive impacts that fairs have on the state of California and its people. Economic impacts associated with the network of California fairs range from spending by attendees and businesses to nonprofit fundraising to job creation and to tax revenues. From people's paychecks to community services, the return on investment from fairs is widespread.

Fairs, however, are much more than dollars-and-cents institutions. Fairs offer a link between urban and rural California. They serve as tools for educating Californians about the importance of agriculture and introducing young people to the interesting aspects of life on the farm. Through many competitions at fairs, young people learn about the agricultural industry, are rewarded for their achievements, and are informed about future careers in agriculture.

Fairs reach far beyond their traditional agrarian roots and encourage industries and individuals to strive for excellence through competitions. Winning the blue ribbon at a fair competition is great incentive to create the best products and displays possible. Further, exhibits offer opportunities to showcase and premier new inventions and innovations.

Finally, through their social and cultural impacts, fairs help bring together California's diverse communities. Fairs bring families and friends together. They bring people together from different cultural heritages to celebrate and learn from each other. They also give individuals the chance to volunteer and give back to their communities. People regularly have opportunities to be spectators or fans, but only rarely are they invited to become participants in creating a major community event.

The story of California fairs has many plot lines. However, they all come together in this simple conclusion: fairs embody the entrepreneurial excellence, innovative drive and community spirit that is the Golden State. Just as gold is minted into precious coins, so too do California's fairs help to define the character and uniqueness of their communities.



Go to Table of Contents

# Appendix A: Statistical Breakdown by Fair

The table below lists all 78 fairs, along with location, attendance and annual operating expenditures. Attendance figures are broken down into fair and interim events. This breakdown is not possible for operating expenditures of the fair organizations.

All fair organizations report their revenues and expenses in an annual Statement of Operations report, which combines fair and interim events. Thus, total operating expenditures reported in the table encompass both fair and interim events.

**Network of California Fairs**

| Fair | City | County | Fair Attendance | Interim Event Attendance | Total Operating Expenditures[1] |
|---|---|---|---|---|---|
| Alameda County Fair | Pleasanton | Alameda | 377,791 | 2,068,636 | $14,935,817 |
| Amador County Fair | Plymouth | Amador | 33,055 | 23,695 | $677,584 |
| Antelope Valley Fair[2] | Lancaster | Los Angeles | 182,511 | 106,960 | $3,493,544 |
| Big Fresno Fair | Fresno | Fresno | 550,619 | 315,371 | $7,610,109 |
| Butte County Fair | Gridley | Butte | 44,586 | 91,569 | $563,436 |
| Calaveras County Fair and Jumping Frog Jubilee | Angels Camp | Calaveras | 38,112 | 58,560 | $768,963 |
| California Exposition and State Fair | Sacramento | Sacramento | 1,003,022 | 2,459,017 | $26,760,925 |
| California Mid-State Fair | Paso Robles | San Luis Obispo | 375,853 | 99,406 | $5,246,512 |
| California Mid-Winter Fair and Fiesta | Imperial | Imperial | 98,595 | 29,510 | $1,214,303 |
| Chowchilla - Madera County Fair | Chowchilla | Madera | 27,917 | 20,450 | $477,560 |
| Cloverdale Citrus Fair | Cloverdale | Sonoma | 9,198 | 27,900 | $328,085 |
| Colorado River Country Fair | Blythe | Riverside | 14,000 | 42,950 | $387,442 |
| Colusa County Fair | Colusa | Colusa | 28,170 | 66,419 | $636,190 |
| Contra Costa County Fair | Antioch | Contra Costa | 64,185 | 46,650 | $999,611 |
| Cow Palace | Daly City | San Francisco | 82,762 | 732,580 | $7,222,725 |
| Del Norte County Fair | Crescent City | Del Norte | 26,500 | 17,430 | $436,771 |
| Desert Empire Fair | Ridgecrest | Kern | 24,418 | 49,723 | $414,180 |
| Dixon May Fair | Dixon | Solano | 35,227 | 44,000 | $1,111,046 |
| Eastern Sierra Tri-County Fair | Bishop | Inyo | 32,534 | 101,450 | $626,802 |

Go to Table of Contents

**Network of California Fairs, continued**

| Fair | City | County | Fair Attendance | Interim Event Attendance | Total Operating Expenditures[1] |
|---|---|---|---|---|---|
| El Dorado County Fair | Placerville | El Dorado | 61,000 | 76,728 | $949,495 |
| Farmers Fair and Festival | Perris | Riverside | 141,162 | 336,620 | $3,051,650 |
| Glenn County Fair | Orland | Glenn | 34,000 | 71,375 | $366,812 |
| Gold Country Fair | Auburn | Placer | 50,333 | 284,400 | $785,843 |
| Humboldt County Fair | Ferndale | Humboldt | 70,000 | 120,000 | $1,107,136 |
| Inter-Mountain Fair of Shasta County | McArthur | Shasta | 33,385 | 5,200 | $462,172 |
| Kern County Fair | Bakersfield | Kern | 415,374 | 524,149 | $5,086,647 |
| Kings County Fair | Hanford | Kings | 22,577 | 194,850 | $628,035 |
| Lake County Fair | Lakeport | Lake | 38,529 | 99,267 | $611,775 |
| Lassen County Fair | Susanville | Lassen | 45,022 | 26,552 | $466,066 |
| Lodi Grape Festival and Harvest Fair | Lodi | San Joaquin | 90,773 | 173,850 | $839,064 |
| Los Angeles County Fair | Pomona | Los Angeles | 1,288,056 | 1,988,924 | $46,845,852 |
| Madera District Fair | Madera | Madera | 47,387 | 150,895 | $865,438 |
| Marin County Fair and Exposition | San Rafael | Marin | 108,000 | 400,000 | $1,468,344 |
| Mariposa County Fair and Homecoming | Mariposa | Mariposa | 30,000 | 250,908 | $567,232 |
| Mendocino County Fair and Apple Show | Boonville | Mendocino | 10,814 | 13,100 | $360,859 |
| Merced County Fair | Merced | Merced | 105,241 | 337,013 | $1,483,225 |
| Merced County Spring Fair | Los Banos | Merced | 30,587 | 76,400 | $774,186 |
| Modoc – The Last Frontier Fair | Cedarville | Modoc | 7,500 | 7,750 | $278,798 |
| Monterey County Fair[2] | Monterey | Monterey | 46,753 | 196,090 | $1,518,829 |
| Mother Lode Fair | Sonora | Tuolomne | 23,551 | 149,494 | $580,395 |
| Napa County Fair[2] | Calistoga | Napa | 31,749 | 59,000 | $1,319,986 |
| Napa Town and Country Fair | Napa | Napa | 59,387 | 87,400 | $1,157,006 |
| National Orange Show | San Bernardino | San Bernardino | 147,715 | 518,890 | $6,774,024 |
| Nevada County Fair | Grass Valley | Nevada | 106,000 | 167,000 | $1,750,393 |
| Orange County Fair | Costa Mesa | Orange | 898,197 | 2,794,000 | $14,560,970 |
| Placer County Fair | Roseville | Placer | 30,344 | 173,241 | $1,303,778 |
| Plumas-Sierra County Fair | Quincy | Plumas | 28,017 | 31,456 | $250,578 |
| Redwood Acres Fair | Eureka | Humboldt | 35,025 | 104,111 | $646,586 |
| Redwood Empire Fair | Ukiah | Mendocino | 24,992 | 121,641 | $728,300 |
| Riverside County Fair and National Date Festival | Indio | Riverside | 264,829 | 46,500 | $2,941,450 |
| Sacramento County Fair | Sacramento | Sacramento | 70,154 | — | $323,195 |

Go to Table of Contents

**Network of California Fairs, continued**

| Fair | City | County | Fair Attendance | Interim Event Attendance | Total Operating Expenditures[1] |
|---|---|---|---|---|---|
| Salinas Valley Fair | King City | Monterey | 31,844 | 97,500 | $927,390 |
| San Benito County Fair | Tres Pinos | San Benito | 22,180 | 28,300 | $555,604 |
| San Benito County Saddle Horse Show | Tres Pinos | San Benito | 7,386 | 9,000 | $131,046 |
| San Bernardino County Fair | Victorville | San Bernardino | 137,408 | 260,522 | $2,314,402 |
| San Diego County Fair | Del Mar | San Diego | 1,169,386 | 1,477,421 | $40,552,343 |
| San Fernando Valley Fair | Burbank | Los Angeles | 22,150 | — | $278,786 |
| San Joaquin County Fair | Stockton | San Joaquin | 197,170 | 499,665 | $4,239,826 |
| San Mateo County Exposition and Fair | San Mateo | San Mateo | 142,997 | 363,534 | $4,338,417 |
| Santa Barbara Fair and Exposition | Santa Barbara | Santa Barbara | 26,557 | 131,317 | $2,399,095 |
| Santa Clara County Fair | San Jose | Santa Clara | 106,496 | 81,000 | $7,190,851 |
| Santa Cruz County Fair | Watsonville | Santa Cruz | 79,703 | 133,347 | $1,151,446 |
| Santa Maria Fair Park | Santa Maria | Santa Barbara | 115,001 | 88,763 | $1,632,749 |
| School's Involvement Fair | Walnut | Los Angeles | 6,000 | — | $240,698 |
| Shasta District Fair | Anderson | Shasta | 105,003 | 132,039 | $1,054,710 |
| Silver Dollar Fair | Chico | Butte | 65,220 | 140,850 | $1,156,997 |
| Siskiyou Golden Fair | Yreka | Siskiyou | 55,279 | 30,228 | $695,424 |
| Solano County Fair | Vallejo | Solano | 114,636 | 270,340 | $5,186,980 |
| Sonoma County Fair and Exposition | Santa Rosa | Sonoma | 330,244 | 439,500 | $8,019,059 |
| Sonoma-Marin Fair | Petaluma | Sonoma | 67,101 | 627,191 | $1,246,373 |
| Stanislaus County Fair | Turlock | Stanislaus | 226,509 | 173,184 | $2,699,542 |
| Tehama District Fair | Red Bluff | Tehama | 16,059 | 135,700 | $673,735 |
| Trinity County Fair | Hayfork | Trinity | 11,027 | 15,975 | $348,792 |
| Tulare County Fair | Tulare | Tulare | 73,142 | 143,450 | $1,882,230 |
| Tulelake-Butte Valley Fair | Tulelake | Siskiyou | 60,000 | 30,150 | $373,630 |
| Ventura County Fair | Ventura | Ventura | 292,394 | 429,021 | $5,910,949 |
| Yolo County Fair | Woodland | Yolo | 140,000 | 67,392 | $807,828 |
| Yuba-Sutter Fair | Yuba City | Sutter | 61,340 | 179,050 | $780,083 |
| **Statewide Totals** | — | — | **11,127,740** | **21,973,519** | **$271,554,109** |

[1] *Dollar figures are from 2001 and represent year-round operating expenditures by fair organizations.*

[2] *When 2002 attendance was not available, figures reported are from the fair's 2001 Statement of Operations.*

Go to Table of Contents

# Appendix B: Methodology

KPMG LLP has estimated the economic impacts of the network of California fairs on the state economy through application of well-established economic principles and methods. These estimates are based on a substantial data collection process combining fair financial information along with surveys and interviews of fair participants. This section explains the concepts, data sources, data limitations, and methods and assumptions used in arriving at the economic impact estimates.

## Concepts

This report provides results for four measures of economic activity: spending, jobs, income and tax revenues. The four measures are separate indicators and should not be added together. Income, for example, is generally included in total spending as a payment of wages. These measures are outlined below.

- **Spending** represents total dollar value of sales transactions.
- **Jobs** are measured by full-time equivalent (FTE) counts. For purposes of this report, one FTE is equal to 2000 person-hours of employment for one year.
- **Income** is personal income earned by workers and includes benefits, where applicable.
- **Tax revenues** are the total dollar value of various state and local taxes resulting from economic activity generated by fair organizations.

Economic impacts begin with direct spending and hiring by participants in the fair industry. Fair organizations employ and pay wages and salaries to staff, pay suppliers and service providers, and spend on capital improvements. Attendees purchase admissions, parking, food and beverages, souvenirs, carnival rides and games, and a myriad of goods and services. Fair-related businesses have their own employees, and pay for goods for resale, permits, insurance, services, supplies and facilities. Many of these purchases have tax payments associated with them. This spending by all participants directly increases employment, income and tax revenues in California.

Economic impacts do not end with direct spending. The network of businesses from which all of these purchases are made is but the front end of a long supply chain interweaving thousands of other businesses into

Go to Table of Contents

the fair economy. They, in turn, pay employees and purchase materials and services from their own suppliers, who in turn make more purchases. Employees of the various businesses also generate additional impacts as they use their income for household spending, launching another chain of additional effects.

Economic impact analysis is the study and estimation of the combined effects of direct spending throughout the economy. As suggested by the discussion above, economic impact analysis separates impacts into three categories: direct, indirect and induced. These categories are defined below.

### *Economic Impact Definitions*

- **Direct:** Spending of attendees, fair organizations and fair-related businesses.
- **Indirect:** Second and later rounds of business spending that occur throughout the supply chain.
- **Induced:** Personal consumption expenditures by employees of fair organizations and suppliers.
- **Total Impacts:** Sum of direct, indirect and induced impacts.

## Data Sources

### *Fair Organizations*

This analysis relied on the Statement of Operations (STOP) and proposed annual budgets submitted by fair organizations to the Division of Fairs and Expositions for purchases of capital and non-capital goods and services, payments of wages, salaries and benefits, and number of employees hired. The STOP report and proposed budgets contain detailed data for various expenditure categories, including administration, maintenance, capital expenditures, and interim entertainment expenses.

Additional information was obtained from two management surveys. These surveys gathered data that were not available on the STOP and proposed budgets, such as actual 2002 operating results, including fairtime attendance, food and beverage gross sales, carnival ride gross sales, deviations from 2002 budgets, 2002 employee headcounts, 2002 fair contract logs, and information on attendance at interim events as well as nonprofit and charitable activities. (Survey instruments are available upon request to the Division of Fairs and Expositions.)

Businesses that operate on California's fairgrounds (other than fair-related businesses discussed on page 55) whose operations were not denoted on STOP reports are beyond the scope of this study. The resulting economic impacts of these businesses are not quantified in this report. Examples are 501(C)(3) nonprofit organizations that are closely aligned with a fair organization and businesses that lease space on the fairground yet operate independently of the fair organization.

### *Attendees*

Estimates of direct attendee spending were based on financial reports provided by the fair

Go to Table of Contents

organizations, a survey of fairgoers and surveys of fair managers. The analysis relied on financial reports and fair manager surveys to measure attendee spending on admissions, parking, food and beverage concessions, carnival rides and auction purchases.

The survey process was designed to produce a statistically valid sample of fairgoers, who were randomly selected as they attended and exited the fairs.[10] Estimates of direct spending by attendees are based on actual data collected by the fairs such as admission charges, parking, livestock auction, gross carnival rides, and food and beverage sales. For other spending items, such as purchases of souvenirs and merchandise and off-site spending on meals, lodging, and exhibit preparation, the estimates rely on the attendee survey.

### *Fair-Related Businesses*

KPMG gathered data on direct expenditures of fair-related businesses from a detailed survey. Expenditure and employment data were collected from the three largest carnival companies, and from numerous food and beverage concessionaires, commercial exhibitors and entertainment businesses.

KPMG developed the survey instrument in consultation with members of the Western Fairs Association. The survey captured expenditure data for more than 30 detailed expenditure types. The expenditure types were those most relevant. From this data, KPMG compiled vectors that showed the ratio of spending in each category to gross revenue. These vectors were calibrated to the total actual gross revenues for each type of business at each fair.

KPMG conducted numerous interviews with various fair-related businesses to collect data and gain an in-depth understanding of their operations. These interviews provided information used to estimate the percentages of expenditures originating in the local economies, number of local employees hired, and overall cost structures. As reported by the fairs, estimates of spending by fair-related businesses are tied to total gross sales estimates. In the case of commercial exhibitors, the estimate of total gross sales relies on attendee survey data. The detailed breakout of the type of expenditures, and whether purchases are from vendors that are in-state, out-of-state, or local, relies on results of the survey of fair-related businesses.

## Data Limitations

Two analytical limitations were recognized from the start. Monies raised by nonprofit organizations from activities held at the annual fair or interim events were captured for the statewide report; however, just how those nonprofit organizations spend this money was not investigated. Also noteworthy is the fact that not all monies associated with horse racing and satellite wagering were captured. Had these two special characteristics of the fair industry been within the scope of the study, the overall impact on the state would be much greater.

Go to Table of Contents

Authors of this report recognize that even with the conservative approach employed by this study, the audience and organizational surveys revealed a wealth of reliable data that showed the fair industry to be incredibly robust. The findings of this study clearly demonstrate that the network of California fairs is an economic asset that any state would welcome.

### *Nonprofit Fundraising*

Many nonprofit organizations raise the majority of their funds from annual activities held at fairs and interim events. These monies are spent within the local community for everything from band uniforms to wheelchairs. However, a fully quantified analysis of where they spend this money was not feasible within this report. To overcome this limitation, case studies were added so that this important aspect of community life could be illuminated to some degree. These case studies looked at three fairs: *Stanislaus County Fair*, page 27; *Tulelake-Butte Valley Fair*, page 45; and *Alameda County Fair*, page 46.

### *Horse Racing and Satellite Wagering*

For this study, only those portions of horse racing and satellite wagering revenues that could be traced through fair organizations' budgets were quantified. The portion of revenues not returned either to the state or fair organizations was beyond the scope of this study.

Economic impacts associated with horse racing are generated from a portion of horse racing revenue referred to as the takeout. The takeout is a percentage of the total amount wagered on horse racing (handle) that is not returned to winning ticket holders.[12] The takeout is set by law in California and is between 15.43 and 24.18 percent of the handle, depending on the type of wager and racemeet.[13] The takeout is comprised of license fees to the state, purses, track commissions, satellite expenses, other states' takeout and other mandated distributions. Other mandated distributions include, but are not limited to, breeders' and owners' awards and university equine research.

The portion of the takeout that goes to the state in the form of license fees is captured in the economic impact section of this report, *Economic Impacts: At the Assayer's Office*. The portion of the takeout returned to fair organizations that appear in the STOP reports is also captured. This money creates net new economic impact through track and satellite wagering maintenance operations, hiring of labor, and food and beverage sales.

Money distributed to winning ticket holders, between 75.82 and 84.57 percent of the handle, is not captured in the impact estimates, as this is a pure transfer from one individual (wagerer) to another.

## Methods and Assumptions

These economic impacts are estimated by first measuring the direct spending of fair and

Go to Table of Contents

interim event attendees, fair organizations and fair-related businesses. Then, the ripple-effect spending of state and local suppliers is measured as the direct spending moves down the supply chain. Direct and ripple-effect spending are then combined to arrive at the total economic impact estimate. A similar approach is followed for income and employment impacts.

Beginning with data collected on direct spending of fair participants, KPMG performed an extensive economic analysis to estimate the resulting indirect and induced impacts on California's economy. KPMG then constructed overall estimates of total economic impact as measured by spending, income, jobs and taxes. To perform this analysis, KPMG developed detailed estimates of the multipliers applicable to each category of spending. These multipliers were applied to the direct spending estimates, with adjustments for assumptions regarding leakages and substitution effects.

### *Multipliers*

In order to estimate indirect and induced impacts based on direct spending, KPMG employed the IMPLAN model, a widely used and accepted Input-Output modeling and database system. Input-Output modeling captures the complex interrelationships among industries in the economy, showing the inputs each industry requires from all other industries to produce a dollar of output. The IMPLAN model contains detailed estimates of these effects for 528 industry sectors at local geographic levels, and therefore can be used to estimate effects on businesses within California.

To perform the impact calculations, KPMG assigned the various direct expenditures — as estimated for the economic participants — to their appropriate economic sectors. KPMG subsequently used IMPLAN to calculate all indirect and induced impacts.

Fairs and fair-related businesses are unique entities. That is, fairs are not like other entertainment enterprises, and fair-related businesses are not like brick-and-mortar retail shops or restaurants. Their cost structures are entirely different. Therefore, rather than simply apply gross revenues for those businesses to an existing economic sector in the IMPLAN model, KPMG created a new industry or sector based on actual patterns of spending for fairs and related businesses.

For example, commercial exhibitors indicated on the survey that they spend significant amounts on hotels and motels as they work the fair circuit (about 4 percent of gross revenue). Rather than apply gross attendee spending on commercial exhibitors to the IMPLAN multipliers for the miscellaneous retail sector, KPMG developed a unique vector of spending by commercial exhibitors and applied each individual spending category to an appropriate IMPLAN sector.

KPMG applied the same method for participants' purchases of goods and services, such as

Go to Table of Contents

business services from contractors, materials and supplies from retailers, insurance from insurance companies, telecommunications from phone service providers, inventory for resale from wholesalers, meals from restaurants, and all other categories of expenses reported by fairs and fair-related businesses.

For wages and salaries paid to employees, KPMG applied amounts to the IMPLAN household sector multipliers, which produced estimates of induced impacts from employees using their incomes for personal consumption expenditures.

In the case of fair organizations, the process was simpler because KPMG did not have to create the vectors of spending from survey data. Fairs provided data from their STOPs that showed the amounts purchased in each spending category reported.

Generally, the assignment of expenditure type to an IMPLAN sector was relatively straight forward (IMPLAN sectors are precisely defined by Standard Industry Classification codes). There were, though, some cases where KPMG had to apply its best judgment. For example, the fairs usually reported capital expenditures along with a description of the project. Likewise, for equipment purchases, the reports were often quite specific; however, sometimes the reported amounts were not accompanied by a description. In those instances, KPMG selected a general category, such as Service Industry Machinery.

This modeling effort created unique new industry sectors for fair organizations and the four different types of fair-related businesses to produce more accurate estimates of the indirect and induced effects. Using IMPLAN multipliers, the impacts were estimated for the amount of indirect and induced spending, number of jobs and personal income generated.

Indirect and induced tax impacts for sales and income taxes were estimated by KPMG based on the overall average effective tax rates for the state relative to personal income.

### *Leakages*

This report estimates economic impacts of the network of fairs on the California economy; however, ripple effects of this economic activity reach outside the state. For example, a fair attendee might pay to play a carnival game, winning a toy made in China. The attendee's purchase creates income for the California-based carnival operator and helps sustain the carnival's employment of California residents. The carnival in turn may buy prize toys from a California distributor, creating more California income and jobs. However, the distributor's purchase of toys from a manufacturer in China represents a leakage outside the state's economy.

Similarly, any direct purchase by the fair or fair-related business of a good or service from a supplier located outside of California will benefit the outside economy, but not necessarily California. Therefore, direct purchases made outside the state also represent a leakage.

Go to Table of Contents

KPMG's application of the IMPLAN model automatically deducts these leakages from the estimated impacts. Only the amount of direct purchases from in-state suppliers are counted toward the impacts, and leakages from indirect and induced spending further down the supply chain are accounted.[14] Although these are leakages, they represent benefits to other locations. Total impacts of the California fair industry on the national and global economies are larger than those reported here.

### *Substitution Effects*

Only new expenditures create economic impact. If all fair-related expenditures by economic participants merely substitute for other spending, the net economic impacts would be minimal. If the expenditures are created by the existence of fairs, the economic impacts are much larger. The extent of substitution effects is an important issue in economic impact analysis.

Substitution is a particularly important issue for attendee spending. While economists generally agree that local attendee spending should be discounted for substitution effects, they do not agree on how much. The local nature of the spending is an important factor in this determination. A fair could cause a purchase being made within a local economy that would have been made elsewhere without the fair. In that case, the fair created a local economic impact.

For the economic impact estimates in this report, KPMG counted all attendee expenditures in total direct impacts. However, such expenditures are omitted from estimates of indirect and induced impacts. This is appropriate because indirect effects from that spending are already captured through direct spending of the fair organizations and fair-related businesses. The exception is off-site spending by attendees. Off-site spending was applied to the corresponding IMPLAN multipliers to calculate separate indirect and induced impacts, because these were not captured elsewhere.

Off-site attendee spending includes purchases at retail establishments, hotels and motels, restaurants directly before or after the event and retail spending on costumes or exhibit preparation related to participation. It was not necessary to survey or model those off-site businesses separately, because the IMPLAN model and corresponding multipliers already modeled those businesses adequately.

KPMG's treatment of substitution for interim events depended on the nature of the event. Events that were regional or national in scope, attracting vendors and attendees from outside the local area, were treated similarly to the fairs themselves. For those events, spending by fair organizations, attendees and fair-related businesses were treated as new spending for purposes of impact estimation, again with no separate indirect and induced impacts calculated from on-site attendee spending.

Go To Table of Contents

Spending at events that were local in nature — private parties, dinners, weddings and flea markets — was treated as substitution spending that would have occurred elsewhere in the area, and thus excluded from the impact results.

### *Tax Impacts*

Economic activity — direct, indirect and induced — stimulated by the network of California fairs creates tax revenues for the state and local jurisdictions. State and local sales tax is collected on attendee purchases of concession items and other merchandise as well as purchases by fair organizations. Certain local operating expenses of fair-related businesses such as gasoline, supplies and restaurant meals are also subject to sales taxes.

California's sales tax rate is 6 percent, and governments in each county levy an additional 1.25 percent to 2.25 percent in local taxes. KPMG estimated revenues from sales taxes by applying the statutory rates, both state and local, to estimated purchases in each taxable category.

Indirect and induced impacts also generate sales tax revenue. KPMG estimated an indirect and induced component of sales tax revenue as estimated personal income impacts generated by the network of fairs times an effective sales tax rate. That effective sales tax rate is defined as total sales tax collections in the state divided by total state personal income.

The fair economy also generates transitory occupancy taxes, possessory interest taxes, and miscellaneous business license fees and permit costs. The local transitory occupancy tax (hotel/motel room tax) varies from 5 percent to 12 percent and is collected on room rentals. KPMG estimated the transitory occupancy tax revenue by applying the local statutory rate to estimated direct spending on lodging by attendees and fair-related businesses.

The possessory interest tax is effectively a property tax for the right to use or possess land without ownership. Counties may apply this tax to mobile businesses operating on rented space, although implementation varies widely. The tax is generally calculated based on rent paid to the fair less certain facilities costs. For purposes of this report, KPMG estimated possessory interest taxes based on information from the fairs and fair-related businesses. KPMG estimated other business license fees and permit costs paid to counties directly from the fair-related business survey.

Personal income created by the fair industry generates about $25 million in California personal income tax revenues. KPMG estimated these revenues by multiplying the California average effective tax rate of 3.3 percent times total personal income generated by the network of California fairs. Because the rate is applied to indirect and induced income as well as direct income, the tax estimates include those generated from indirect and induced spending.

Go to Table of Contents

# End Notes

[1] The California Department of Food and Agriculture released a formal request for proposal (RFP) in September 2001 to perform an economic and social impact study of the network of California fairs. This contract opportunity was advertised in the California State Contracts Register. Seven bidders submitted proposals, each of which were evaluated by criteria published in the RFP. The contract was awarded to KPMG LLP in December 2001.

[2] This report was prepared by KPMG for the exclusive benefit of the California Department of Food and Agriculture (CDFA), Division of Fairs and Expositions (F&E) and is subject to limitations described herein. KPMG relied upon data and other information provided by F&E and other sources. This information establishes the basis for portions of this analysis; however, it has not been independently verified by KPMG. Accordingly, KPMG expresses no opinion and gives no warranty as to the accuracy of such information. This report is intended to be read in its entirety, including the associated description of the IMPLAN model and appendices.

[3] California Department of Finance, Demographic Research Unit.

[4] Ibid.

[5] U.S. Bureau of Census, *1997 Economic Census: Comparative Statistics for California*.

[6] The term "ripple effects," as used throughout this report, refers to direct spending of fair industry participants along with estimated additional indirect and induced spending using the economic impact model. Indirect impacts are those second and later rounds of business spending that occur throughout the supply chain. Induced impacts are a result of personal consumption expenditures by employees of fair organizations and suppliers. Total impacts are the sum of direct, indirect and induced impacts.

[7] Division of Fairs and Expositions, *Statement of Premiums Paid, 2001*. Sixty-seven of 78 fairs reported premiums. For fairs that did not report premiums paid in 2001, an estimate was used based on a fair of similar attendance.

[8] Additional details relating to total economic impacts of fair-related businesses are presented under *At the Assayer's Office: The Economic Impacts*. Methodology behind these results is presented under *Appendix B: Methodology*.

[9] California Department of Finance, Demographic Research Unit.

[10] Ibid.

[11] SDV-SCC, Inc. administered the survey prepared by KPMG.

[12] The handle is the total amount wagered on horse racing in California.

[13] California Horse Racing Board, *Thirty-Second Annual Report of the California Horse Racing Board: A Summary of Fiscal Year 2001 – 2002 Racing in California*.

[14] The fair-related business survey asked for the in-state and local portions separately for each expenditure category.

Go to Table of Contents

# Map of California Fairs



Go to Table of Contents

**California Department of Food and Agriculture**
***Division of Fairs and Expositions***
1010 Hurley Way, Suite 200
Sacramento, CA 95825
(916) 263-2952
cdfa.ca.gov/fe





airbrushed artwork on all kinds of surfaces

# CUSTOM AIRBRUSH

(760) 730-7412 (800) 561-6101
FAX (760) 720-1548
www.art-attacks-ink.net










spoiled brats on t-shirts

Your choice hair, eye color, activities.

$25.




...OUR NEW SECURE
...A COMPLETE
...STORE AT
...INGERTIPS

# ART ATTACKS INK

CUSTOM AIRBRUSH



www.artattacksink.com









(800) 561-6101
(760) 730-7412 fax (760) 720-1548

MGA ENTERTAINMENT®

**Contact:**
Dave Malacrida / Rachel Griffin
MGA Entertainment
16730 Schoenborn St.
North Hills, CA 91343
(818) 894-2525 exts. 178, 332
Dmalacrida@mgae.com, Rgriffin@mgae.com
www.mgae.com, www.bratzpack.com

Los Angeles (January 7, 2004) MGA Entertainment announced today that it remains the fastest growing consumer entertainment company in the world.

"Based on priority POS data we gather from our key customers, our business at retail grew between 400% to 750% in the last 8 crucial weeks of the year, depending on the retailer," said Isaac Larian, CEO of MGA Entertainment. "The Bratz brand appeal and market share grew dramatically from a year ago, and Bratz fashion dolls, play sets, and accessories remained the dominant NO 1 selling brand for the year. We expect to more than double our business and market share in 2004 with the most innovative lines of products we have introduced to date".

MGA also announced that its shelf space at major retail stores for the first half of 2004 has increased by as much as 4-8 times depending on the retailer. Adds Larian, "We expect to have 70% of the fashion doll business market share and 50% of the mini doll business market share by end of 2004, based on our new lines". In the boys' toys area, MGA also expects triple digit growth with the introduction of new lines in both licensed and proprietary products including Spider-Man 2™ The Movie and MGA's own award-winning R/C Vehicles and Boys Action products.

"MGA will, for the first time in its history, and as part of our strategy to grow beyond toys, debut an exciting line of consumer electronics and home appliances at the CES show in Las Vegas this week", said Isaac Larian. This, in addition to a successful line of sporting goods, stationery, home furnishings and a Bratz™ Direct to Home Video coming this summer, truly makes MGA a Consumer Entertainment Product Company.

MGA Entertainment based in North Hills, CA, manufactures innovative lines of proprietary and licensed products, ranging from special feature and mini dolls to hi-tech radio-controlled vehicles. Bratz™, The Girls with a Passion for Fashion™, were introduced in June 2001, and have since become one of the world's premiere toy lines and girls lifestyle brands. The brand is also noted for having won the Toy Industry Association (TIA) People's Choice Toy of the Year Award two years in a row, for 2001 and 2002, and are nominated for 2003, as well. With over 150 licensees worldwide, Bratz™ brings together innovative companies and cutting-edge fashion style to create exciting new products such as apparel, footwear, fashion accessories, and video games. For more information, visit: www.mgae.com or www.bratzpack.com .

MGA ENTERTAINMENT®

™ & © 2003 MGA Entertainment. Bratz and all related logos, names and distinctive likenesses are the exclusive property of MGA Entertainment. All rights reserved. ™

ART ATTACKS INK 2688 Glasgow Drive, Carlsbad, Ca. 92008
(800) 561-6101 Local: (760) 730-7412 Fax: (760) 720-1548 www.artattacksink.com

Merriam-Webster OnLine
Professionally rewardi
Merriam-Webster FOR KIDS Encyclopædia BRITANNICA
Merriam-Webster ONLINE Merriam-Webster COLLEGIATE® Merriam-Webster UN



# Merriam-Webster Online Dictionary

Thesaurus

One entry found for **brat**.

Main Entry: **brat**
Pronunciation: 'brat
Function: *noun*
Etymology: perhaps from English dialect *brat* (coarse garment)
**1 a :** CHILD; *specifically* **:** an ill-mannered annoying child
**b :** an ill-mannered immature person
**2 :** the son or daughter of a career military person
- **brat·ti·ness** /'bra-tE-n&s/ *noun*
- **brat·tish** /'bra-tish/ *adjective*
- **brat·ty** /-tE/ *adjective*

For More Information on "brat" go to Britannica.com
Get the Top 10 Search Results for "brat"

Pronunciation Symbols

Merriam-Webste
Dictionary
Thesaurus
Britan
brat
Palm & Pock
Browse and downl
Merriam-Webster
e-books and game
Palm and Pocket P
and Mobile Phones
Merriam-Web
Online Store
Handheld Collegiate
Now you can take
Eleventh Edition w
anywhere as Frank
new Speaking Elec
Handheld!
Franklin.com/
Merriam-Wel
Collegiat
14-day Free



© 2004 Merriam-Webster, Incorporated

Cambridge Advanced Learner's Dictionary

Look it up




We publish dictionaries for people learning English all around the world

Find out more...

Buy this dictionary

Search another dictionary...
- Learner's
- American English
- Idioms
- Phrasal Verbs
- French / English
- Spanish / English




## Definition

**brat** [Show phonetics]

noun [C] INFORMAL DISAPPROVING

a child, especially one who behaves badly:

*She's behaving like a UK **spoilt**/US **spoiled** brat.*

(from Cambridge Advanced Learner's Dictionary)

See also...
- Top 50 Words 2003
- Cambridge Learner's Dictionary
- Cambridge International Corpus

Resources
- Online Activities and Worksheets
- Cambridge English Language Teaching
- Data for language researchers

© Cambridge University Press 2004. Privacy Policy

Case 3:04-cv-01035-JAH-BLM Document 10 Filed 06/28/04 PageID.471 Page 255 of 582

yourDictionary.com™ **Dictionary Results**


"StyleWriter shows me how to write in the style newspaper and magazine editors prefer."

TYPE IN YOUR WORD & CLICK GO!
Search: brat Normal GO

**brat**[1] Listen: [ brăt ] (Pronunciation Key)
*n.*

1. A child, especially a spoiled or ill-mannered one.
2. A child of a career military person.

---

[Possibly from brat, *coarse garment*, from Middle English, from Old English bratt, *of Celtic origin*.]

---

**brat'tish** *adj.*

**brat'tish·ness** *n.*

| Back | Back to Search |
|---|---|
| < brassy[2] | brat[2] > |

*The American Heritage ® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.
© 1996-2004 yourDictionary.com, Inc. All Rights Reserved.

ART ATTACKS INK ™ 633 S. Cleveland, Oceanside, Ca 92054 (by appointment only)
Studio (760) 644-1991 fax (760) 720-1548 Office (760) 730-7412 (800) 561-6101
www.artattacksink.com CUSTOM AIRBRUSH . THE MAKERS OF BRATS ™




2863

Customer ______________________ Date ________

Address ______________________ City ________

State ______ Zip ______ Phone ______ E-Mail ________

| | Front | Back | |
|---|---|---|---|
| Item ______<br>______<br>Size ______<br>Design # ______<br>Special Instructions ______<br>______<br>______<br>______<br>______<br>Color Instructions ______<br>______<br>Artist | | | Price ______<br>______<br>______<br>Special ______<br>Sub-total<br>______<br>Tax ______<br>Shipping ______<br>Total ______<br>Method of Payment<br>Cash ______<br>Credit Card ______<br>Date Shipped ______ |

1 of 2

# Art Attacks Ink

Name Chrissy Ward
Address 2908 Bonanza
San Clemente Ca. 92673
Phone 949-498-5105

Date Ordered
Date Completed
Date Shipped
Ship Rec't # 7-20-98

Item 1
Size 18
Design Girls Rule
Text Color
Shadow Color

*Extra Charge for Large Sizes*

| | |
|---|---|
| Product | 6.00 |
| Art Cost | 20.00 |
| Special | |
| Sub-Total | 26.00 |
| Tax | 2.02 |
| Shipping | 0 |
| Total | 28.02 |
| Cash ☐ Chk ☐ Chg ☐ | |
| License | |
| Expiration | |
| Phone | |

Front

Back

Girls Rule - Blonde Hair Blue Eyes 3 Green Chrissy

Red Blk Hat
Blue Drop shoe
Red Shirt
Blk pants

Order Taken By:

## Care Instructions

Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap. (Machine wash OK.) Hang dry.

For Mail Order Inquiries:
6769 Camino del Prado, Carlsbad, CA 92009
(760)804-0648 fax(760)438-4628
www.art-attacks-ink.net e-mail: mach3@doitnow.com

Completed By:

---

1P

# Art Attacks Ink

Name Ashley Hodkins
Address 16141 Big Springs Wy
San Diego CA 92127
Phone 619 675-2032

Date Ordered
Date Completed
Date Shipped
Ship Rec't # 4-7-98

Item Sweat Shirt
Size 10/12
Design
Text Color
Shadow Color

*Extra Charge for Large Sizes*

| | |
|---|---|
| Product | 10 |
| Art Cost | 20 |
| Special | 30 |
| Sub-Total | 7.40 |
| Tax | 32.40 |
| Shipping | 3 |
| Total | 35.40 |
| Cash ☐ Chk ☐ Chg ☐ | |
| License | |
| Expiration | |
| Phone | |

Front

Daddy's Girl

Ashley

Back

~~Daddys Girl~~

brown hair bangs + brown eyes

Order Taken By:

## Care Instructions

Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap.

For Mail Order Inquiries:
6769 Camino del Prado, Carlsbad, CA 92009
(760)804-0648 fax(760)438-4628
www.art-attacks-ink.net e-mail: mach3@doitnow.com

Completed By:

Must be Shipped Wensday! SHIP

# Art Attacks Ink

Name ERIN MORENO
Address 1242 CAREN Rd
Vista, CA 92083-4711
Phone 760-726-4784

Date Ordered 6-10-99
Date Completed
Date Shipped
Ship Rec't #

Item T
Size XL
Design Girls Rule Sp.
Text Color
Shadow Color

* Extra Charge for Large Sizes *

| | |
|---|---|
| Product | 6.00 |
| Art Cost | 20.00 |
| Special | |
| Sub-Total | 26.00 |
| Tax | 2.02 |
| Shipping | |
| Total | 28.02 |

Cash ☐ Chk ☐ Chg ☐
License
Expiration
Phone

Front

Back

Girls Rule - Erin . Erin
Blue 1st Drop Sha
Darker Gros

*Order Taken By:*

## Care Instructions

Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap. (Machine wash OK.) Hang dry.

**For Mail Order Inquiries:**

6769 Camino del Prado, Carlsbad, CA 92009
(760)804-0648 fax(760)438-4628
www.art-attacks-ink.net e-mail: mach3@doitnow.com

*Completed By:*

# Art Attacks Ink

Name Allison Lucy
Address 8428 lemon ave Lamesa CA91941
Phone 466-6558 (619)

Date Ordered
Date Completed 7-5-00
Date Shipped
Ship Rec't #

Item Re, DD
Size 14-16
Design
Text Color
Shadow Color
Bell Bottomed
Spoiled
Brat

Front

| * Extra Charge for Large Sizes * | |
|---|---|
| Product | |
| Art Cost | |
| Special | |
| Sub-Total | |
| Tax | |
| Shipping | |
| Total | |
| Cash ☐ Chk ☐ Chg ☐ | |
| License | |
| Expiration | |
| Phone | |

Back

Manuel & Allison

Mumble Old

Blond Hair Blue E...
Mex dude B...
With baggy Pa...
English on White shirt

Order Taken By:

## Care Instructions

Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap. (Machine wash OK.) Hang dry.

Call or e-mail for our mobile location schedule
phone (760) 730-7412 fax (760) 720-1548
1-800-561-6101 e-mail: zane315@aol.com
www.art-attacks-ink.net



# Art Attacks Ink

Name Angelica Ortega
Address 13822 Ohio St
BALDWIN PARK CA 91706
Phone (626)-824-2011

Date Ordered
Date Completed
Date Shipped Sept 29 '01
Ship Rec't #

Item T
Size XXXL
Design
Text Color
Shadow Color Her Royal

(S)

* Extra Charge for Large Sizes *

| | |
|---|---|
| Product | |
| Art Cost | |
| Special | 3 |
| Sub-Total | 25 |
| Tax | 28 |
| Shipping | |
| Total | 28 |
| Cash ☐ Chk ☐ Chg ☐ | 28 |
| License | |
| Expiration | 33 |
| Phone | |

Front
(1) Her Royal Highness
Angela
brown brow

~~Back~~ Front
(2)
VISA
ADILENE
57.24
3.50 ship
60.74

Order Taken By:

**Care Instructions**
Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap. (Machine wash OK.) Hang dry.

Call or e-mail for our mobile location schedule
phone (760) 730-7412 fax (760) 720-1548
1-800-561-6101 e-mail: zane315@aol.com
www.art-attacks-ink.net



---

Address 548 E. OAK ST.
LODI CA. 95240
Phone (209) 365 6624

Date Completed
Date Shipped Sept 5 01
Ship Rec't #

Size 2-4
Design Spoiled Brat?
Text Color ?
Shadow Color

* Extra Charge for Large Sizes *

| | |
|---|---|
| Product | |
| Art Cost | 25 |
| Special | |
| Sub-Total | 25 |
| Tax | 1.88 |
| Shipping | 4 |
| Total | 30.88 |
| Cash ☐ Chk ☐ Chg ☐ | |
| License | |
| Expiration | |
| Phone | |

Front
Sandy Blond Hair
BRN Eyes
Spoiled Brat
ALYSSIA
on shirt

Back

Order Taken By:

**Care Instructions**
Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap. (Machine wash OK.) Hang dry.

Call or e-mail for our mobile location schedule
phone (760) 730-7412 fax (760) 720-1548
1-800-561-6101 e-mail: zane315@aol.com
www.art-attacks-ink.net



# Art Attacks Ink

Name Reyes
Address
Phone 619 702 8723

Date Ordered
Date Completed
Date Shipped
Ship Rec't #

Item T
Size 10-12
Design Per: see
Text Color La Barrita
Shadow Color Base / Shade
La Book [illegible]
No Name

| * Extra Charge for Large Sizes * | |
|---|---|
| Product | |
| Art Cost | 25 |
| Special | |
| Sub-Total | 25 |
| Tax | 1.88 |
| Shipping | |
| Total | 26.88 |
| Cash ☐ Chk ☐ Chg ☐ | |
| License | |
| Expiration | |
| Phone | |

Front: La Huerita / Charisma

Top Purple

Back

Order Taken By:

**Care Instructions**
Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap. (Machine wash OK.) Hang dry.

Call or e-mail for our mobile location schedule
phone (760) 730-7412 fax (760) 720-1548
1-800-561-6101 e-mail: zane315@aol.com
www.art-attacks-ink.net



1570-D Monterey Pine Dr, San Diego 92173

# Art Attacks Ink

Name Maria Hernandez
Address 1570-D Monterey Pine Dr - San Diego 92173
Phone (619) 424-3277

Date Ordered
Date Completed
Date Shipped 7-9-02
Ship Rec't #

N

Item T
Size 10-12
Design Spoiled Brat-Jaw
Text Color
Shadow Color

| * Extra Charge for Large Sizes * | |
|---|---|
| Product | 25.– |
| Art Cost | |
| Special | |
| Sub-Total | |
| Tax | 1.88 |
| Shipping | 4.00 |
| Total | 30.88 |
| Cash ☐ Chk ☐ Chg ☐ | |
| License | |
| Expiration | |
| Phone | |

Front: Spoiled Brat / Vanessa

Same Colors as sample

Back

Order Taken By:

**Care Instructions**
Wait ten days for paint to cure. Turn garment inside out, launder in cold water, use mild soap. (Machine wash OK.) Hang dry.

Call or e-mail for our mobile location schedule
phone (760) 730-7412 fax (760) 720-1548
1-800-561-6101 e-mail: zane315@aol.com
www.art-attacks-ink.net



476 Shirt

ART ATTACKS INK www.artattacksink.com
(800) 561-6101 (760) 730-7412 fax (760) 720-1548

Time out OCT 2

9/15

Name Gissel Ochoa
Address 1603 W 228 St
Torrance CA 90501
E-Mail 310 528 8906
Large WB AAA

Date ordered
Date Due WB
Item WB Size 16/19
WB

FRONT

Spoiled

pink

Product
Art Cost 1500
Special 400
Subtotal
Total
1624
1607
2024

Cash Credit Card Authorization

CARE INSTRUCTIONS: Wait ten days for paint to cure. Turn garment inside out, launder in cold water (machine wash O.K.). Hang dry..

BACK

Check our website calendar for mobile location schedule

---

up
500

ART ATTACKS INK www.artattacksink.com
(800) 561-6101 (760) 730-7412 fax (760) 720-1548

Time out OCT 2 -03

10:00

Name SARAH IBARRA
Address 3162 MAINE AVENUE
BALDWIN PARK, CA 91706
E-Mail 626 622-4247
D-43

Date ordered 9/28/03
Date Due 7 to 9 DAYS
Item S.S. Size 16
girls S Strap

FRONT

Brown Hair Brown Eyes
white it says Angel

Sarah

Product
Art Cost 2500
Special 2706
Subtotal 400
Total
3106

Cash Credit Card Authorization

CARE INSTRUCTIONS: Wait ten days for paint to cure. Turn garment inside out, launder in cold water (machine wash O.K.). Hang dry..

BACK

Check our website calendar for mobile location schedule

1504

**ART ATTACKS INK** www.artattacksink.com

(800) 561-6101 (760) 730-7412 fax (760) 720-1548

Time out

Name (ALEXANDRIA) Jennifer Enoch

Address 1557 Matthews ave.

Ventura, Ca 93004

E-Mail

(805) 647-4382 4803 9800 0007 7846 7/4

Date ordered

Date Due

Item Size

257

SIGNED

BLUE EYES

| FRONT | | BACK |
|---|---|---|
| I WAS BORN A BRAT<br>GIRL ON SKATE BOARD | <br>Product<br>Art Cost 25<br>Special<br>Subtotal TX 1.81<br>Total 26.81 | |
| CARE INSTRUCTIONS: Wait ten days for paint to cure. Turn garment inside out, launder in cold water (machine wash O.K.). Hang dry.. | Cash Credit Card Authorization | Check our website calendar for mobile location schedule |

ART ATTACKS INK
2688 GLASGOW DR
CARLSBAD, CA, 92008

C O P Y

Sale:
08/06/2003 10:50

Transaction # 7
Card Type: VISA
Acc: ************7846
Entry: Manual
Invoice # 1373
Sale: 26.81
Reference No.: 21844007
Auth.Code: 57160
Response: CAPTURE

Street address and Zip code matches

x

UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 24 04:32:34 EDT 2004*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 22 out of 40**

---

Check Status ***(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)***

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | **BRATZ** |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: DOLLS. FIRST USE: 20010521. FIRST USE IN COMMERCE: 20010521 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76179479 |
| **Filing Date** | December 11, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 14, 2001 |
| **Registration Number** | 2789216 |
| **Registration Date** | December 2, 2003 |
| **Owner** | (REGISTRANT) MGA ENTERTAINMENT, INC. CORPORATION CALIFORNIA 16730 SCHOENBORN ST NORTH HILLS CALIFORNIA 913436122 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Carol Witschel |
| **Type of Mark** | TRADEMARK |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 24 04:32:34 EDT 2004*



Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

---

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | "THE **BRATZ PACK**" |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: DOLLS AND DOLLS' ACCESSORIES. FIRST USE: 20010521. FIRST USE IN COMMERCE: 20010521 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76299502 |
| **Filing Date** | August 14, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 30, 2002 |
| **Registration Number** | 2671473 |
| **Registration Date** | January 7, 2003 |
| **Owner** | (REGISTRANT) ABC International Traders, Inc. DBA MGA Entertainment CORPORATION CALIFORNIA 16730 Schoenburn Street North Hills CALIFORNIA 91343 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | CAROL WITSCHEL |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PACK" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

TESS - Document Display Page 1 of 2

UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 24 04:32:34 EDT 2004*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | BEST FRIENDS NEVER LOOKED THIS GOOD |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: DOLLS AND DOLLS' ACCESSORIES. FIRST USE: 20010521. FIRST USE IN COMMERCE: 20010521 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76307760 |
| **Filing Date** | August 30, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 19, 2002 |
| **Registration Number** | 2570069 |
| **Registration Date** | May 14, 2002 |
| **Owner** | (REGISTRANT) ABC International Traders, Inc. DBA MGA Entertainment CORPORATION CALIFORNIA 16730 Schoenburn Street North Hills CALIFORNIA 91343 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Carol Witschel |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

Earth





Collectibles

# HeMan and Bratz at McDonalds



From Barbara Crews,
Your Guide to Collectibles.

Sign up for my Newsletter

May 19 2003

## Press Release

Oakbrook, Ill. - May 1, 2003 - The Bratz Pack and HeMan and the Masters of the Universe® will be delighting children and collectors of all ages in the May McDonald's Happy Meal. Beginning Friday, May 2, through Thursday, May 29, young McDonald's guests will receive one of eight fashion-forward Bratz collectibles by MGA Entertainment® or one of eight action-packed He-Man and the Masters of the Universe figures by Mattel, Inc. (NYSE: MAT) in McDonald's Happy Meals.

"McDonald's is always looking for hot toys that kids love to feature in our Happy Meals," said Karlin Linhardt, Senior Director of Kids and Family Marketing, McDonald's USA. "The combination of Bratz and He-Man and the Masters of the Universe gives kids a special offer with real sizzle. Featuring bold fashions on the Bratz collectibles and movable parts on The Masters of the Universe characters, this latest Happy Meal event creates hours of action-packed and accessorizing fun for our young guests."

The Girls with A Passion for Fashion™, Bratz Accessorizing Happy Meals Nationwide

Winners of an unprecedented two consecutive People's Choice Toy of The Year awards, collectible Happy Meal versions of the original Bratz Pack® members will sashay their way into the hearts of young girls visiting McDonald's. Dressed in cutting-edge cool fashions for a day at the mall and funky fashion fever ensembles for a night out with friends, Yasmin, Cloe, Sasha and Jade collectibles will each feature two fashion forward outfits for a total of eight different trend-setting Happy Meal experiences.

He-Man® and the Masters of the Universe® Powering Happy Meals

By the power of Grayskull, He-Man and The Masters of the Universe are back saving Eternia™ at neighborhood McDonald's restaurants. Redesigned with updated looks, He-Man and the Masters of the Universe continue on their never-ending mission to save the world from the evil forces of Skeletor®.

Each of the eight Masters of the Universe figures including He-Man, Skeletor, Battle Cat®, Man-At-Arms®, Beast Man®, Panthor®, Orko™ and Ram Man™, feature movable parts and battle weapons showcasing their unique personalities and battle skills. Attracting the imagination of an entirely new generation of young children, these characters also ignite the nostalgia of moms and dads who grew up with the

click for r



He-Man®
the Unive
Happy M
Courtesy

Em
Pri

Sta
Subscri
Collecti
Enter

Els
We
MGA
Matte
McDo

Su
More
Relea

Mo
Index
Value
Comi
Guide
Index

EarthLink
Dial-Up, High Speed & Wireless Internet access for all your needs!
Learn More
Dial-Up GO

Stay Current
Subscribe to the About Collectibles newsletter.
Enter email address
Subscribe

tales of Eternia.

"Everything old is new again, and retro toys like He-Man and the Masters of the Universe characters are a hot toy trend," said Geoff Walker, senior director of marketing for action figures, Mattel. "The tale of good versus evil is timeless. This Happy Meal experience will allow another generation of families and collectors to explore the imaginative world of He-Man and the Masters of the Universe."

Colle
Subje
The C

The joint Bratz - He-Man and The Masters of the Universe McDonald's Happy Meal promotion
- May 29, 2003 at participating McDonald's restaurants nationwide, while supplies last.

The Happy Meal promotion will be supported by national television advertising developed by Le
Hispanic television by dRM DDB.

McDonald's is the leading global foodservice retailer with more than 29,000 restaurants serving people in 119 countries each day. Approximately 80 percent of McDonald's restaurants worldwi operated by independent, local businessmen and women.

# # #

© 2003 McDonald's Corporation

MASTERS OF THE UNIVERSE and associated trademarks are trademarks of Mattel, Inc. ©20 Rights Reserved.

BRATZ and associated trademarks are trademarks of MGA Entertainment, Inc. 2003 MGA Ente Rights Reserved.

2002 For more information contact: (312) 658.1050

## Related Articles

- McDonald's Summer of Fun Happy Meals -2003
- Bionicle & Diva Starz at McDonald's -...
- McDonald's Promotes Pedometer Walking in Go...
- McDonald's Introduces "Go Active"...
- Madame Alexander Doll Happy Meals at...

Sponsored Links

Free Food - Seriously
Claim a $50 free Red Lobster meal Limited time offer. Get yours now!
www.yourgiftcards.com

Brian's Toys
Star Wars, G.I. Joe, MOTU, Simpsons Transformers & more action figures
www.brianstoys.com

Mcdonalds happy meal toy
Get $50 Free to McDonalds Now Good for Limited Time Only!
www.yourgiftcards.com

Shop at Wal-Mart
Wide assortment of Toys & Games Always Low Prices at Walmart
www.walmart.com

RATE THIS ARTICLE

Buy/Sell Toys- Free
Local buyers & sellers - Online Avoid the hassle & cost of shipping
www.LiveDeal.com

Topic Index | Bookmark this Site | Make this Site Your Homepage!

email to a friend A- A+ font size

Our Story | Be a Guide | Advertising Info | Investor Relations | Work at About | Help

©2004 About, Inc. All rights reserved. A PRIMEDIA Company.
User Agreement | Privacy Policy | Kids' Privacy Policy

N E W S R E L E A S E

TWENTIETH CENTURY FOX
A UNIT OF TWENTIETH CENTURY FOX FILM CORPORATION

**FOR IMMEDIATE RELEASE**
**February 12, 2004**

**Contact:** **Twentieth Century Fox**
**Steve Feldstein 310/369-5369**
**Flo Grace 310/369-5634**
**MGA Entertainment**
**Dave Malacrida 818/894-2525**
**Rachel Griffin 818/894-2525**

# TWENTIETH CENTURY FOX ACQUIRES RIGHTS TO PRODUCE FEATURE FILM BASED ON TOP-SELLING BRATZ™ DOLLS FROM MGA ENTERTAINMENT

## Deal Also Calls For Original BRATZ Program from MGA Entertainment To Be Home Entertainment Release Later This Year

LOS ANGELES … Twentieth Century Fox has entered into an agreement with MGA Entertainment under which Fox has acquired rights to produce a live-action/animated feature film based on MGA's phenomenally successful BRATZ fashion dolls. In addition, Twentieth Century Fox Home Entertainment will distribute an original BRATZ movie currently in production by MGA Entertainment and designed to debut in the home entertainment marketplace later this year.

The deal was announced today by MGA Entertainment CEO Isaac Larian and Jim Gianopulos, Chairman of Fox Filmed Entertainment.

BRATZ, The Girls with a Passion for Fashion™, has remained the most popular fashion doll brand worldwide since its introduction in mid-2001, with a market share that continues to grow daily. In less than three years, BRATZ, and its 200 licensees worldwide have set the new standard of a girl's lifestyle brand. Its unprecedented success also encompasses honors such as three consecutive Family Fun's Toy of the Year Awards and the Toy Industry Association's (TIA) People's Choice Toy of the Year Award in 2002 and 2003.

Commented Isaac Larian: "BRATZ are a worldwide lifestyle phenomenon that appeals to girls of all ages. We decided to do the movie with Fox because of the passion Fox executives showed for the property, as well as Fox's worldwide reach and commitment in all forms of media including motion pictures, television, and home video."

Added Jim Gianopulos: "The BRATZ dolls are a true phenomenon that has taken the toy/doll industry by storm. They are more than just toys; they reflect the cultural diversity and contemporary style

that kids relate to. That kind of success and impact on young people make the property a natural as a major motion picture, and we look forward to turning the BRATZ figures into major motion picture stars."

Mike Dunn, President of Twentieth Century Fox Home Entertainment, noted, "With the original DVD production coming before a theatrical release, we will be in the unique position of being able to build the market for BRATZ programming prior to a feature film. Working closely with MGA and their licensees, we'll create a huge retail and pop culture event."

MGA Entertainment, a Consumer Entertainment Products company with headquarters near Los Angeles, designs and manufactures innovative lines of proprietary and licensed products.

A recognized industry leader, Twentieth Century Fox Home Entertainment is the marketing, sales and distribution company for all Fox film and television programming on VHS and DVD as well as video acquisitions and original productions for the U.S. and Canada. Each year the Company introduces hundreds of new and newly repackaged products, which it services to more than 70,000 retail outlets – from mass merchants and warehouse clubs to specialty stores and e-commerce – throughout North America. Twentieth Century Fox Home Entertainment is a unit of Fox Filmed Entertainment, a unit of Fox Entertainment Group.

Twentieth Century Fox is a unit of Fox Filmed Entertainment, a unit of Fox Entertainment Group.

# # #

NPR transcript

NPRThis article is print ready and will remain available for 24 hours | Instructions for saving

» Search for another transcript
» Most Requested Transcripts
» NPR home page

Profile: Increasing popularity of BRATZ dolls

December 23, 2003

MELISSA BLOCK, host: From NPR News, this is ALL THINGS CONSIDERED. I'm Melissa Block.

ROBERT SIEGEL, host:
And I'm Robert Siegel.
Now a story about the BRATZ Pack. This has nothing to do with Frank Sinatra or even Molly Ringwald. The BRATZ Pack is a group of fashion dolls that's become one of the hottest-selling toys this year. They've replaced Barbie in the hearts of millions of girls, and the BRATZ brand has become a retailing powerhouse. But, as NPR's Elaine Korry reports, some people don't like the dolls' edgy style and extravagant makeup.

ELAINE KORRY reporting:
Ask any parent who have a girl from, say, five to 15 and the odds are good that they know about BRATZ. Saturation marketing on kids TV has given these dolls--Chloe, Dana, Jade, Sasha and Yasmine--enviable name recognition.

(Soundbite of commercial)

Unidentified Group: (Singing) The girls with the passion for fashion, BRATZ.

KORRY: That's BRATZ with a Z. These are also the teen-age girls with attitude. They clearly know how hot they are with their big doe eyes and lush, pouty lips. They wear skimpy tops, platform boots and tons of glitz. And they've propelled their maker, MGA Entertainment, into the stratosphere. CEO Isaac Larian is a 49-year-old Iranian who came to the US as a teen-ager to make his fortune. He can't believe the BRATZ's success.

Mr. ISAAC LARIAN (CEO, MGA Entertainment): Not only USA; it's a worldwide phenomenon. It's number-one-selling fashion doll in Tokyo, Japan, in Dubai and in Israel and in Australia; worldwide.

KORRY: Larian says the brand and its licensees will pull in $3 billion this year.
He got the idea for BRATZ when his own daughter, Yasmine--for whom one of the dolls is named--outgrew Barbie. The dolls are manufactured in a wide range of skin tones that boost their multicultural appeal.

Mr. LARIAN: A girl here can be Yasmine and she could be Hispanic. A girl in Dubai can be Yasmine and she can be Middle Eastern. The appeal is to the girl's imagination.

KORRY: Toy testers say the BRATZ encourage dress-up and role play among their target audience, girls six and up. But the roles seem a bit limited to movie star, model or disco diva.

MS. ASIA RANGE(ph): They are a little much. Some have a lot of makeup on; most of them do. I don't know.

KORRY: At this Toys "R" Us store east of San Francisco, BRATZ have a whole aisle to themselves and their line of accessories, including the 99-dollar Runway Disco. Asia Range, a stylish 21-year-old, is considering a BRATZ for a special preteen she knows, but she's not sure about the materialistic message they send.

MS. RANGE: The American image. It's what--they want our kids to see all this stuff as young as they can, because that way they're already customers. They're already going to want the nicest, trendiest clothes.

KORRY: Nearby, Denise Johnson(ph), an African-American and mother of seven-year-old Imani Witt(ph), says she loves the multiethnicity of the dolls, and that convinced her to buy some for her daughter.

MS. DENISE JOHNSON: At first I thought, you know, 'Well, this is probably a little bit too fast for a seven-year-old,' but it's just the whole thing

of being a star and the clothing and she likes to do a lot of the dress-up. So I think it depends on how you raise them. You know, you don't want them going out and dressing like the BRATZ dolls to school, of course. But I think they're better than Barbie, actually.

KORRY: It's true that BRATZ dolls are more anatomically correct than Barbie ever was, and their exaggerated facial features and oversized heads are pretty cartoonish. In fact, the BRATZ Pack girls are already learning their lines for an animated feature film due to be released next year. Elaine Korry, NPR News.

SIEGEL: And if you would like to see pictures of the BRATZ Pack, you can do so at our Web site, npr.org.

Copyright ©1990-2003 National Public Radio®. All rights reserved. No quotes from the materials contained herein may be used in any media without attribution to National Public Radio. This transcript may not be reproduced in whole or in part without prior written permission. For further information, please contact NPR's Permissions Coordinator at (202) 513-2000.

# NETWORK OF CALIFORNIA FAIRS
# TOTAL FAIR ADMISSIONS
## 1993-2003

| Fair Name | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st DAA, Festival at the Lake | 74,253 | 78,610 | 70,201 | 84,859 | 14,357 | INACTIVE | | | | | |
| 1-A DAA, Cow Palace | 71,314 | 69,053 | 71,579 | 63,927 | 53,968 | 45,337 | 47,906 | 49,602 | 56,348 | 63,084 | 54,809 |
| 2nd DAA, San Joaquin County Fair | 167,822 | 162,527 | 165,190 | 178,601 | 163,842 | 197,363 | 195,075 | 180,966 | 188,884 | 197,172 | 171,707 |
| 3rd DAA, Silver Dollar Fair | 67,064 | 67,434 | 73,637 | 59,318 | 58,577 | 62,025 | 62,841 | 53,736 | 59,530 | 65,220 | 55,761 |
| 4th DAA, Sonoma Marin County Fair | 56,979 | 61,559 | 57,695 | 63,999 | 69,789 | 59,949 | 59,040 | 52,564 | 69,258 | 67,101 | 60,515 |
| 5th DAA, San Francisco County Fair | 32,175 | 25,769 | INACTIVE | | | | | | | | |
| 7th DAA, Monterey County Fair | 67,704 | — | 46,525 | 44,447 | 46,968 | 48,334 | 50,575 | 48,886 | 46,753 | 45,557 | 41,973 |
| 9th DAA, Redwood Acres Fair | 35,420 | 24,242 | 27,379 | 28,070 | 26,673 | 29,414 | 29,804 | 31,026 | 30,095 | 35,025 | 22,870 |
| 10th DAA, Siskiyou Golden Fair | 63,895 | 61,978 | 60,114 | 56,808 | 60,460 | 60,633 | 57,990 | 60,022 | 60,412 | 55,599 | 48,568 |
| 10-A DAA, Tulelake-Butte Valley Fair | — | — | — | — | — | — | — | — | — | — | — |
| 12th DAA, Redwood Empire Fair | 27,286 | 25,442 | 23,126 | 22,578 | 22,049 | 23,523 | 22,112 | 24,048 | 23,237 | 23,039 | 22,056 |
| 13th DAA, Yuba-Sutter Fair | 58,236 | 27,403 | 48,152 | 53,988 | 51,084 | 51,376 | 49,267 | 46,643 | 49,609 | 50,391 | 50,629 |
| 14th DAA, Santa Cruz County Fair | 63,809 | 67,290 | 64,328 | 62,677 | 69,850 | 70,393 | 52,885 | 69,442 | 72,355 | 79,903 | 73,269 |
| 15th DAA, Kern County Fair | 416,921 | 462,668 | 428,372 | 410,641 | 402,827 | 409,742 | 330,377 | 354,649 | 370,399 | 388,855 | 392,189 |
| 16th DAA, California Mid-State Fair | — | 340,776 | 327,348 | 304,576 | 282,592 | 306,351 | 359,102 | 364,074 | 346,356 | 368,924 | — |
| 17th DAA, Nevada County Fair | 116,885 | 122,028 | 127,328 | 108,506 | 115,036 | 110,722 | 113,543 | 118,458 | 108,001 | 104,905 | 100,754 |
| 18th DAA, Eastern Sierra Tri-County Fair | 20,052 | 22,721 | 27,869 | 23,859 | 27,686 | 28,676 | 3,264 | 30,800 | 31,369 | 32,752 | 31,542 |
| 19th DAA, Santa Barbara Fair | 55,042 | 51,846 | 46,223 | 43,040 | 40,095 | 35,520 | 34,100 | 34,126 | 35,290 | 29,257 | 29,810 |
| 20th DAA, Gold Country Fair | 47,930 | 44,504 | 46,322 | 42,316 | 43,403 | 40,224 | 40,850 | 40,255 | 38,760 | 45,972 | 45,039 |
| 21st DAA, Big Fresno Fair | — | 478,639 | 498,452 | 501,282 | 512,846 | 534,320 | 537,537 | 471,258 | 540,278 | 550,619 | 579,928 |
| 21-A DAA, Madera District Fair | 52,445 | 37,997 | 33,299 | 38,680 | 31,868 | 32,903 | 38,646 | 40,510 | 44,745 | 47,387 | 51,605 |
| 22nd DAA, San Diego County Fair | 1,066,320 | 1,025,361 | 922,805 | 593,332 | 893,948 | 1,008,261 | 984,458 | 1,031,970 | 944,784 | 978,676 | 974,138 |
| 23rd DAA, Contra Costa County Fair | 63,577 | 51,995 | 41,767 | 38,996 | 54,091 | 46,961 | 51,578 | 47,407 | 54,466 | 41,829 | 42,643 |
| 24th DAA, Tulare County Fair | 150,463 | 150,586 | 136,383 | 147,688 | 151,708 | 143,622 | 150,570 | 150,804 | 147,600 | 67,796 | 75,949 |
| 24-A DAA, Kings Fair | 33,813 | 38,958 | 31,742 | 28,087 | 29,206 | 31,602 | 28,693 | 32,661 | 31,292 | 27,911 | 32,492 |
| 25th DAA, Napa Town & Country Fair | 60,288 | 61,134 | 61,689 | 54,099 | 63,149 | 59,011 | 64,375 | 62,587 | 58,659 | 39,180 | 56,558 |
| 26th DAA, Amador County Fair | 31,635 | 27,484 | 27,424 | 24,642 | 33,348 | 31,164 | 33,711 | 30,089 | 34,311 | 31,026 | 29,867 |
| 27th DAA, Shasta District Fair | 81,018 | 86,385 | 62,889 | 87,112 | 93,227 | 93,227 | 97,694 | 95,904 | 104,591 | 105,003 | 62,315 |
| 28th DAA, San Bernardino County Fair | 146,314 | 119,362 | 96,117 | 103,951 | 83,278 | 92,108 | 103,263 | 73,648 | 83,921 | 84,713 | 80,315 |
| 29th DAA, Mother Lode Fair | 23,470 | 19,432 | 20,458 | 17,455 | 16,489 | 23,802 | 23,326 | 26,440 | 28,548 | 23,528 | 25,095 |
| 30th DAA, Tehama District Fair | 51,363 | 49,338 | 46,651 | 43,632 | 50,725 | 41,475 | 42,135 | 43,269 | 32,724 | 23,811 | 27,639 |
| 31st DAA, Ventura County Fair | 276,979 | 245,764 | 259,138 | 262,857 | 402,937 | 257,862 | 276,859 | 147,301 | 277,013 | 292,394 | 308,630 |
| 32nd DAA, Orange County Fair | 680,160 | 674,970 | 709,451 | 715,775 | 759,309 | 723,061 | 724,561 | 808,887 | 845,349 | 898,197 | 881,596 |
| 33rd DAA, San Benito County Fair | 18,275 | 19,329 | 13,494 | 22,434 | 20,537 | 21,606 | 23,723 | 21,132 | 23,649 | 22,177 | 23,981 |
| 34th DAA, Modoc District Fair | 11,623 | 10,705 | 10,886 | 10,153 | 9,638 | 9,466 | 6,947 | 7,281 | 7,265 | 7,962 | 7,678 |
| 35th DAA, Merced County Fair | 105,825 | 88,236 | 89,841 | 84,978 | 98,253 | 98,404 | 95,708 | 101,018 | 107,324 | 405,241 | 88,538 |
| 35-A DAA, Mariposa County Fair | 27,174 | 28,254 | 28,864 | 27,597 | 28,606 | 25,665 | 29,699 | 27,867 | 30,226 | 29,444 | 28,974 |
| 36th DAA, Dixon May Fair | 48,772 | 40,980 | 32,517 | 47,373 | 53,870 | 49,991 | 45,421 | 33,476 | 49,015 | 51,934 | 60,060 |
| 37th DAA, Santa Maria Fair Park | 89,518 | 71,681 | 73,141 | 82,114 | 72,690 | 66,066 | 85,362 | 79,136 | 80,389 | 85,376 | 91,332 |
| 38th DAA, Stanislaus County Fair | 203,633 | 215,271 | 203,556 | 199,771 | 204,219 | 190,546 | 210,763 | 212,846 | 215,027 | 226,487 | 225,792 |
| 39th DAA, Calaveras County Fair | 42,478 | 33,500 | 42,513 | 37,392 | 37,777 | 35,695 | 36,774 | 38,873 | 35,450 | 33,934 | 36,844 |
| 40th DAA, Yolo County Fair | — | — | 127,500 | 127,100 | — | — | — | — | — | — | — |
| 41st DAA, Del Norte County Fair | 28,542 | 28,782 | 25,422 | 19,690 | 22,153 | 21,191 | 17,134 | 19,534 | 19,540 | 19,198 | 18,850 |
| 42nd DAA, Glenn County Fair | 23,074 | 23,870 | 22,276 | 17,238 | 19,733 | 20,734 | 20,237 | 21,035 | 21,176 | 19,062 | 19,941 |
| 44th DAA, Colusa County Fair | 39,182 | 30,880 | 37,001 | 35,281 | 38,063 | 14,735 | 14,350 | 22,205 | 19,168 | 17,912 | 16,331 |
| 45th DAA, California Mid-Winter Fair | 145,222 | 129,781 | 130,401 | 128,878 | 81,190 | 91,650 | 87,185 | 88,033 | 86,164 | 98,595 | 101,027 |
| 46th DAA, Southern California Fair | 89,695 | 118,396 | 114,205 | 112,033 | 109,157 | 129,981 | 131,351 | 143,529 | 139,262 | 138,307 | 125,855 |

*Prepared by Division of Fairs and Expositions using data provided by fairs*

# NETWORK OF CALIFORNIA FAIRS
# TOTAL FAIR ADMISSIONS
## 1993-2003

| Fair Name | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 48th DAA, Schools Involvement Fair | — | — | — | — | — | — | — | — | — | — | — |
| 49th DAA, Lake County Fair | 38,015 | 35,224 | 36,220 | 34,431 | 33,705 | 32,888 | 34,689 | 33,695 | 36,455 | 37,695 | 29,488 |
| 50th DAA, Antelope Valley Fair | 250,287 | 226,731 | 164,084 | 149,954 | 165,861 | 152,623 | 168,988 | 182,125 | 182,511 | 244,851 | 214,134 |
| 51st DAA, San Fernando Valley Fair | 46,350 | 44,831 | 40,117 | 49,630 | 43,905 | 52,303 | 52,307 | 16,981 | 21,944 | 24,119 | 18,800 |
| 52nd DAA, Sacramento County Fair | 34,229 | 38,231 | 26,117 | 27,007 | 49,541 | 45,991 | — | — | — | — | — |
| 53rd DAA, Desert Empire Fair | 40,985 | 36,101 | 37,433 | 35,249 | 34,397 | 30,978 | 27,329 | 28,657 | 24,531 | 25,181 | 24,325 |
| 54th DAA, Colorado River Fair | 14,508 | 14,599 | 13,527 | 11,805 | 10,696 | 7,330 | 13,411 | 12,300 | 11,463 | 10,838 | 11,677 |
| Alameda County Fair | 458,777 | 455,651 | 430,038 | 413,520 | 415,587 | 390,302 | — | 366,514 | 375,200 | 377,791 | 341,641 |
| Butte County Fair | 60,529 | 61,637 | 60,144 | 58,993 | 56,527 | 37,713 | 33,447 | 37,904 | 43,912 | 44,586 | 46,246 |
| Cloverdale Citrus Fair | 15,907 | 9,589 | 17,908 | 9,285 | 14,665 | 7,981 | 14,278 | 7,253 | 9,165 | 9,515 | 12,682 |
| El Dorado County Fair | 50,631 | 75,711 | 72,695 | 63,726 | 66,481 | 62,851 | 61,005 | 55,461 | 62,386 | 60,941 | 63,184 |
| Humboldt County Fair | — | 43,574 | 47,186 | 49,973 | 48,881 | 44,523 | 46,718 | 49,595 | 44,233 | 51,591 | 70,231 |
| Los Angeles County Fair | — | — | — | — | — | — | — | 1,124,917 | 1,171,304 | 1,288,056 | — |
| Lassen County Fair | 49,916 | — | 24,246 | 24,551 | 19,206 | 20,343 | 23,279 | 21,804 | 47,869 | 47,782 | 47,575 |
| Chowchilla-Madera County Fair | 33,747 | 34,274 | 33,828 | 25,836 | 14,520 | 14,045 | 14,402 | 14,371 | 14,386 | 16,827 | 14,510 |
| Marin County Fair | 107,922 | 105,812 | 120,953 | 107,126 | 114,270 | 118,632 | 111,846 | 120,394 | 79,331 | 108,961 | 108,023 |
| Mendocino County Fair | 17,621 | 17,903 | 17,729 | 17,229 | 17,621 | 16,611 | 16,814 | 17,138 | 15,605 | 16,240 | 16,884 |
| Merced County Spring Fair | 59,768 | 62,675 | 55,935 | 56,642 | 58,612 | 41,098 | 42,962 | 47,960 | 49,862 | 51,232 | 42,465 |
| Salinas Valley Fair | 27,004 | 20,335 | 20,000 | 20,329 | 38,913 | 21,708 | 21,296 | — | 23,950 | 27,412 | 21,786 |
| Napa County Fair | 29,917 | 29,836 | 29,073 | 30,175 | 27,709 | 33,003 | 33,382 | 34,514 | 31,749 | 28,603 | 27,910 |
| National Orange Show | — | — | — | — | — | — | — | 156,462 | 150,904 | 147,715 | 54,085 |
| Placer County Fair | 51,647 | 49,930 | 42,266 | 20,517 | 47,858 | 43,603 | 40,678 | 35,143 | 37,843 | 27,080 | 32,946 |
| Plumas-Sierra County Fair | 39,858 | 41,054 | 46,442 | 22,675 | 37,207 | 33,377 | 34,265 | 34,378 | — | 32,265 | 12,347 |
| Riverside County Fair | — | 195,927 | 177,593 | 132,524 | 143,101 | 150,543 | 179,304 | 202,716 | 204,901 | 196,157 | 195,729 |
| San Benito Saddle Horse Show & Rodeo | 7,003 | 7,952 | 7,328 | 7,919 | 7,612 | 7,561 | 7,380 | 7,325 | 7,518 | 7,400 | 7,104 |
| Santa Clara County Fair | — | — | 160,412 | 153,015 | 136,735 | 131,368 | 149,177 | 105,696 | 126,742 | — | — |
| Inter-Mountain Fair of Shasta County | 33,070 | 34,756 | 35,038 | 31,391 | 32,079 | 32,404 | 32,752 | 18,322 | 27,112 | 33,385 | 33,718 |
| Lodi Grape Festival | 77,280 | 74,008 | 80,668 | 82,163 | 86,222 | 83,297 | 88,299 | 91,295 | 89,982 | 92,234 | 87,113 |
| San Mateo County Fair | 145,874 | 151,561 | 146,925 | 149,533 | 157,505 | 150,827 | 150,698 | 153,703 | 146,787 | 142,997 | 120,060 |
| Solano County Fair | 164,056 | 159,966 | 137,353 | 126,624 | 151,874 | 59,080 | 57,078 | 101,517 | 91,454 | 113,554 | 94,047 |
| Sonoma County Fair | 356,309 | 332,966 | 328,624 | 309,234 | 342,800 | 331,834 | 347,614 | 322,688 | 326,600 | 330,244 | 314,745 |
| Trinitiy County Fair | 6,716 | 6,182 | 6,739 | 8,041 | 8,018 | 7,866 | 7,879 | 4,598 | 5,107 | 5,338 | 5,076 |
| California State Fair | — | — | — | — | — | — | — | — | — | 1,003,022 | 990,884 |

**"—" = Data Not Available**

*Prepared by Division of Fairs and Expositions using data provided by fairs*

WAL-MART

WAL-MART STORES, INC. CORPORATE OFFICES
702 S.W. 8TH STREET
BENTONVILLE, AR 72716
PHONE (501) 273-4000

*OTHER INCOME DEPARTMENT*
*BRITAIN M. WHITE, MANAGER*
*501-273-4259*
*FAX 501-277-1452*

December 27, 1996

Ms. JoAnn Mauck
Art Attacks Ink
995 E. Baseline Rd. #2124
Tempe, AZ 85283

Dear Ms. Mauck:

We have reviewed the information supplied and have approved your company for operation of your traveling airbrushing promotion in Wal*Mart stores, pending availability of location. A listing of Wal*Mart stores may be found at your local Wal*Mart stores in a Rand-McNally Road Atlas that specifies a Wal*Mart store listing.

Please find enclosed information on the new Other-Income Automated Support Information System known as **OASIS**. **YOUR VENDOR NUMBER IS 699-0815.** It is important to know your vendor number as it will identify you at the store and you must use it when making and confirming your bookings. Please read the instructions and the guidelines through carefully. **Failure to comply with BOOKING GUIDELINE #1 concerning booking through the Other Income Department may result in immediate termination of your Vendor Agreement.**

Also enclosed are two copies of the Other Income Vendor Agreement (Traveling Vendor). Please sign both copies, have them witnessed and return ONE copy to me for our file.

We must have a Certificate of Insurance confirming that you have the coverage required as our vendor. Our insurance requirements and a sample CERTIFICATE OF INSURANCE are included. In addition, you must provide us with proof of WORKERS' COMPENSATION or sign the enclosed WAIVER FOR WORKERS' COMPENSATION RELEASE; two copies of the release are included. Please sign both copies and return ONE copy to me for our file.

All Traveling Vendors are required to have an insurance expiration date of October 1. Please make the necessary arrangements to comply with this date by asking your insurance agent to cancel and rewrite your present policy. If it is not possible to comply in 1996, please have your agent write a letter stating that compliance will take place on October 1, 1997.

In summary, you need to return the following items:
1) a signed and witnessed copy of the Vendor Agreement,
2) a properly executed Certificate of Insurance,
3) evidence of Workmen's Compensation or a signed Release, and
4) the Vendor/Partner Questionnaire.

If you have any questions, feel free to call our office.

Sincerely,

Britain M. White
Manager, Other Income

/le
Enclosures

**OTHER INCOME VENDOR AGREEMENT**
**(TRAVELING VENDOR)**

This Agreement is entered into this 6th day of February, 1997 between WAL*MART STORES, INC. of Bentonville, Arkansas ("Wal*Mart") and Rolladey Productions dba ART ATTACKS INK (699-0815) of Tempe, Arizona ("Vendor"). Wal*Mart agrees to provide space for Vendor's airbrushing promotion ("Promotion") and Vendor agrees to provide service and commissions to Wal*Mart in accordance with the following terms and conditions:

1. **Service** Wal*Mart acknowledges Vendor as the owner/operator of Promotion. Vendor has been designated as an approved Wal*Mart Other Income Vendor and will be allowed to operate its Promotion at those locations with available space designated by the Wal*Mart Other Income Department.

2. **Term** The term of this Agreement shall be perpetual subject to periodic review and revision by Wal*Mart.

3. **Location** Vendor will be allotted a location based on availability. Space at each approved store shall be assigned by the Store Manager after the booking has been approved.

4. **Insurance** Upon execution of this Agreement, Vendor will present proof of liability insurance in the form of a Certificate of Insurance in the following amounts: Product Liability - $1,000,000 and General Liability ( Bodily Injury and Property Damage) - $1,000,000. The Certificate of Insurance must show Wal*Mart Stores, Inc., it's subsidiaries and it's affiliates, as an additional insured. Vendor agrees to keep this insurance in full force and effect during the term of this Agreement.

Vendor's initial insurance expiration date must be October 1. The renewal policy must be an annual policy with an October 1 inception date.

Workmen's' Compensation or a signed Waiver for Workers' Compensation must be provided.

Vendor agrees to indemnify, defend and hold Wal*Mart harmless from any damage to person or property arising out of the operation of Vendor's Promotion while on Wal*Mart premises.

5. **Vendor and/or Employees** Vendor and/or employees are not Wal*Mart associates. They will not receive any of the benefits available to Wal*Mart associates including the associate discount on merchandise purchased at any Wal*Mart store.

6. **Tax Numbers and Operator's Licenses** Vendor agrees to secure all sales tax numbers and operator's licenses required by local, state and federal authorities. Wal*Mart's tax numbers and licenses shall not be used by Vendor. Wal*Mart is not responsible for determining which tax numbers and licenses are required and shall not be liable for any fees, fines or penalties imposed on Vendor for failure to obtain the necessary licenses and/or tax numbers.

7. **Maintenance** Vendor shall be responsible for maintenance of its assigned space. Vendor agrees to keep its area free of hazards and safe for customers and associates.

8. **Hours of Operation** Vendor agrees that its Promotion will be operative and available to the public during Wal*Mart store hours. Any variance in working hours must have the prior approval of the Store Manager.

9. **Booking** Vendor agrees that all booking arrangements will be made through the Other Income Department at Wal*Mart's General Office. Booking arrangements made at store level are subject to cancellation. Violation of any of the terms of this Agreement will make Vendor's booking privileges subject to immediate suspension.

10. **Adoption of Wal*Mart Policy** Vendor's employees will at all times, while on Wal*Mart premises, maintain a pleasant and courteous attitude toward customers. While on Wal*Mart property, Vendor's employees shall be subject to Wal*Mart Rules and Regulations. This specifically includes Wal*Mart's refund and exchange policies. No smoking, food or drink will be allowed on the sales floor. Personal appearance must be neat, clean and consistent with attire worn by the store's sales floor associates. Vendor will instruct each employee to refer to Wal*Mart management for details on Rules and Regulations.

11. **Commission and Report** The commission payable to Wal*Mart shall be 20% of gross after sales tax. The weekly record submitted to the Store Manager must indicate total sales minus sales tax leaving a balance on which the commission will be based. Commissions are to be paid as outlined in the vendor payment procedures or as directed by Wal-Mart.

12. **Audit** All Vendor's records applicable to Wal*Mart Stores, Inc. are subject to audit at Wal*Mart's discretion.

13. **Assignment/Transfer** No assignment or transfer of the rights granted Vendor under this Agreement shall be made without the prior written consent of Wal*Mart. New Vendors that purchase equipment from Vendor must be approved by the Wal*Mart Other Income Department in order for the equipment to remain on Wal*Mart property. Vendor numbers are not assignable or transferable.

14. **Termination** Wal*Mart may terminate this Agreement at any time. Upon notice to the Vendor, either written or oral, any booked promotions shall be canceled. In addition, all equipment belonging to Vendor shall be removed from Wal*Mart property within ten (10) days of receiving notice. All costs of such removal shall be the responsibility of Vendor. In the event Vendor fails to remove its equipment remaining at Wal*Mart, Wal*Mart may use any reasonable means necessary to free the space and charge Vendor with all related costs. In the event litigation arises between Wal*Mart and Vendor due to this Agreement, it is expressly agreed that such dispute will be governed by the laws of and tried in the State of Arkansas.

ATTEST: WAL*MART STORES, INC.

[signature] 12/27/96 By: [signature] 12-27-96

Date David M. Graham Date

Director, Other Income

ATTEST: ART ATTACKS INK

[signature] 1-27-97 [signature] 1-27-97

By: [signature] 1-27-97

Date Date

| CONTINUATION SHEET | REF Nº 110-120-98C-0162 | PAGE 1 OF 3 |
|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR Art Attacks Ink | CONTRACT TITLE T-SHIRTART WORK | |

**SHORT-TERM CONCESSION AGREEMENT**
**CONCESSIONAIRE AGREEMENT #**110-120-98C-0162

SECTION A. SCHEDULE

1. THIS CONCESSION AGREEMENT BETWEEN THE NAVY EXCHANGE AND Art Attacks Ink is a SHORT TERM CONCESSIONAIRE AGREEMENT PURSUANT TO WHICH CONCESSIONAIRE MAY EXHIBIT AND SELL AIR BRUSH T-SHIRT ART TO AUTHORIZED PATRONS IN ASSIGNED TEMPORARY SPACE AT NAVAL STATION SAN DIEGO FOR A PERIOD OF February 1st 1999 THROUGH ~~June 30th~~. April 30th

2. THE HOURS OF OPERATION WILL BE THE SAME AS THOSE OF THE NAVY EXCHANGE WHERE THE CONCESSIONAIRE HAS BEEN ASSIGNED TEMPORARY SPACE OR AS SPECIFIED BY THE CONTRACTING OFFICER. THERE IS NO GUARANTEE THAT ESTIMATED SALES, IF ANY, WILL BE REALIZED.

3. THE SPECIFIC SELECTION OF ITEMS TO BE SOLD AND PRICES TO BE CHARGED NAVY EXCHANGE PATRONS WILL BE APPROVED IN WRITING BY THE CONTRACTING OFFICER. IN ALL CASES, THE SALE PRICES WILL REFLECT A CUSTOMER SAVINGS BELOW PREVAILING COMMERCIAL RETAIL PRICES. PRIOR TO COMMENCEMENT OF PERFORMANCE UNDER THIS AGREEMENT, THE CONCESSIONAIRE WILL SUBMIT A LISTING OF ITEMS, WITH CORRESPONDING SELL PRICES, TO THE CONTRACTING OFFICER FOR APPROVAL/DISAPPROVAL ACTION. THE FINAL APPROVED LISTING WILL BE SIGNED AND DATED BY THE CONTRACTING OFFICER AND WILL BE INCORPORATED AS ATTACHMENT "A" AND SHALL BECOME PART OF THIS AGREEMENT.

4. CONCESSIONAIRE SHALL PAY THE NAVY EXCHANGE A SUM EQUAL TO 20% OF NET SALES (CONTRACTOR INCOME LESS SALES TAXES). PAYMENT OF FEES DUE TO THE NAVY EXCHANGE SHALL BE MADE: ( x ) MONTHLY; ON THE LAST DAY OF THE CALENDAR MONTH.
SALES WILL BE **REPORTED** TO THE SERVICES OFFICE AT MAIN EXCHANGE ON A WEEKLY BASIS, ON THE MONDAY MORNING FOLLOWING THE PREVIOUS WEEKS BUSINESS. SALES WEEK CONSISTS OF SUNDAY THROUGH SATURDAY. CONCLUSION OF SALES PERIOD

5. THE EXHIBITS AND CLAUSES ATTACHED ARE A PART OF THIS CONCESSIONAIRE AGREEMENT.

FOR: CONCESSIONAIRE

[signature]

**ART ATTACKS INK**
**5620 PASEO DEL NORTE 127-503**
**CARLSBAD, CA 92008**
**(760) 804-0648**

FOR: NEX NAVAL STATION SAN DIEGO

[signature]

**GARY KING, GENERAL MANAGER**
**NAVAL STATION P.O. BOX 368036**
**SAN DIEGO, CA. 92136-8036**
**(619) 544-2222**

CONCESSIONAIRE AGREEMENT
ARTICLE 1

1. The Concessionaire Agreement is entered into by and between Morale, Welfare and Recreation Activity 0140, hereinafter referred to as "Contracting Agency", and

ART ATTACKS INK
6769 CAMINO DEL PRADO
CARLSBAD, CA 92009

hereinafter referred to as "Concessionaire" for Concessionaire to sell items and/or provide services approved by the Contracting Agency to authorized patrons at specified periods during the length of the agreement. The Merchandise Manager and the Concessionaire will establish times and dates at specified location(s) for the period 13 JANUARY 1998 to 13 APRIL 1998 the hours of operation will be the same as those of the Contracting Agency activity where Concessionaire has been assigned temporary space.

2. Attachment "A" consisting of seven (7) pages is included as part of this agreement.

3. The specific selection of items to be sold, services rendered, and prices to be charged Contracting Agency patrons will be approved in writing. Prior to commencement of performance under this agreement, the Concessionaire will submit a listing of items and/or services with corresponding sell prices to Director of Retail Division for approval. The approved price list will become a part of this agreement and shall be included as Attachment "B" to this agreement.

4. Concessionaire will pay the Contracting Agency a sum equal to FIFTEEN percent (15%) of gross receipts from sales or services for the entire period exclusive of any applicable sales tax. Payment is due no later than: ( X ) the next business day
( ) the tenth business day of the month following the last day sales/services are performed.

5. Authorized customers are those with appropriate identification cards entitling them to Contracting Agency privileges.

6. Concessionaire represents that it: ( ) is ( ) is not
( ) a minority business enterprise ( ) a woman-owned business

7. Concessionaire agrees to procure and maintain at its own expense comprehensive automobile liability, workmen's compensation insurance and any other insurance and bonds as the Contracting Agency may require. The Contracting Agency shall be indemnified against any claims caused by the Concessionaire and its activities while performing under this agreement.

8. In witness whereof the parties have executed this Concessionaire Agreement in duplicate as of the day and year set forth.

CONTRACTING AGENCY

MORALE, WELFARE AND RECREATION ACTIVITY 0140
MARINE CORPS BASE
CAMP PENDLETON, CA 92055-5020

Date ______________

By ______________
JOE ALLISON
Director, Retail Division

CONCESSIONAIRE

ART ATTACKS INK
6769 CAMINO DEL PRADO
CARLSBAD, CA 92009

Date ______________

By ______________
(SIGNATURE)

**THIS CONTRACT IS ENTERED INTO BETWEEN THE MARINE CORPS EXCHANGE 0170, HEREAFTER CALLED THE EXCHANGE AND ART ATTACKS INK**

**HEREAFTER CALLED THE CONTRACTOR**

1. The contractor agrees to sell SHIRT ART . With cost not to exceed cost price limitations as stated in the Armed Services Exchange Regulations. The sell price will be at least 10% under the normal outside Retail Price.

2. All merchandise stocked to be sold in accordance with this contract will remain the property and responsibility of the Contractor. The Exchange will not be held liable for theft, fire or any other loss of the merchandise held by the contractor.

3. All employees of the Contractor working at this location must be approved by this Exchange.

4. The Contractor's merchandise will be displayed in the CENTRAL MALL.

5. [illegible] pre-numbered sales slip to [illegible] merchandise. The Contractor will complete the following on each sales slip

  a. Date
  b. Customer's full name and address
  c. Item sold by style number
  d. A brief description
  e. The sell price
  f. The signature of the Contractor's employee

All sales slips will be used in numerical sequence. In the event a sale must be voided write "VOID" on the sales and process with the regular sales slip so that all numbers are accounted for.

6. "Satisfaction Guaranteed" policy applies to all sales. The Contractor agrees that customer disputes will be settled by the Exchange General Manager or designated Representative.

7. Compensation. Contractor agrees to pay the Exchange 20%. of gross moneys received from sales plus any additionally agreed upon charges. The Contractor shall submit to the Exchange a true statement of all matters pertaining to transactions under this contract. Accompanying this statement, all copies of receipts and Compensation will be delivered to the Exchange upon completion of this contract. The Contractor further agrees to submit to the Exchange any additional reports concerning its operations as may be requested by the Exchange.

8. All merchandise sold at the Exchange will be pre-ticketed by the Contractor with the Exchange established retail prices on all tickets.

9. The Contractor will provide a cost price list. In no case will Exchange sell prices have any bearing on setting or adjusting Contractor's cost prices.

10. The Contractor, for the protection of the United States Government (including the Exchange), shall procure and thereafter maintain, at its own cost and expense, workmen's compensation, employer's liability, (bodily injury and property damage), comprehensive automobile liability (bodily injury and damage), and products liability insurance, with respect to performance under this agreement, and such other insurance and such bonds as the Exchange may from time to time require or approve with respect to performance under this agreement provided that the Contractor, in fulfillment of its obligation to procure workmen's compensation insurance may, with there approval of the Exchange and pursuant to statutory authority,maintain a self-insurance program.

11. The Contractor is responsible for any/all applicable State/County/City Taxes.

12. Attorney Fee. The reasonable cost of any legal action to enforce the Contractor to meet its obligations under this Contract shall be borne by the Contractor.

13. The contract will be in effect from SEE BELOW. SEE BELOW.

[illegible] TERMINATION [illegible]

[illegible]

b. TERMINATION FOR CONVENIENCE. The MWR by [illegible] terminate this Agreement in whole or in part when [illegible] interest of the MWR. In event of such termination the MWR shall only be liable for payment for supplies delivered and accepted or services rendered prior to the effective date of termination.

c. TERMINATION FOR DEFAULT. The MWR by written notice may terminate this Agreement in whole or in part for failure of the Vendor to perform any of the provisions hereof.

| | |
|---|---|
| X 4/1/99 | X 4-1-99 |
| ROBIN MCDONOUGH DATE | OFFICIAL SIGNATURE DATE |
| DEPUTY DIRECTOR, MERCHANDISE | |
| MORALE, WELFARE & RECREATION | ADDRESS: |
| MCRD | ART ATTACKS INK |
| 3800 CHOSIN AVENUE | 6769 CAMINO DEL PRADO |
| SAN DIEGO, CA 92140 | CARLSBAD, CA 92009-3313 |
| | 760-804-0648 |
| | FAX 760-438-4628 |
| | ATTN: JO ANN |

**** CONTRACTOR WILL START APRIL 1, 1999 AND WILL BE IN THE MALL EVERY THURSDAY AND FRIDAY. THIS CONTRACT AGREEMENT EXPIRES JUNE 1, 1999. MONEY WILL BE TURNED IN AT THE CASH OFFICE.**

**THANK YOU.**

Marine Corps MWR Support Activity
703-784-6345
3044 Catlin Avenue
Quantico, VA 22134-5099

000200922

Page 1 of 1

008816

ART ATTACKS INK
ATTN: JO ANN
6769 CAMINO DEL PRADO
CARLSBAD CA 92009

Check Date: 05/05/1999
Vendor Number: ARTAT00001

| Company | Invoice Date | Invoice Number | P.O. Number | Reference | Gross Amount | Discount Amount | R | Net Amount |
|---|---|---|---|---|---|---|---|---|
| SDM | 04/16/99 | 99-0074 | 9106060 | | $521.60 | | | $521.60 |
| SDM | 04/08/99 | 990073 | 9106061 | | 152.80 | | | 152.80 |
| SDM | | | SUBTOTAL | GROSS 674.40<br>DISC .00<br>NET 674.40 | | | | |
| | | | | | $674.40 | $0.00 | | $674.40 |

2874.40
45
2919.40

[redacted]

DEPARTMENT OF THE NAVY
NAVY EXCHANGE
NAVAL STATION
BOX 36
SAN DIEGO, CALIFORNIA 92136

IN REPLY REFER TO:

MEMORANDUM

From: Loss Prevention/Safety Manager, Navy Exchange Naval Station San Diego
To: Station Security Officer, Naval Station San Diego

Subj: INFORMATION CONCERNING VENDOR IDENTIFICATION

1. Name: Byron Mauck Phone #: 7608040648
Home address: 6769 Camino del Prado
Carlsbad CA 92009 AZ
Social Security #: 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 Drivers License #: 012194212

2. Employed by: Art Attacks Ink
Position: Owner

3. Vehicle/Model/Year: 94 Ford PU
Color: White License #: BMV133
Insurance Company: State Farm Policy #: C3882B2 B17 55

4. Contract #: 110-120-98C-0162
Expiration Date: 4-30-99

The above person is a contractor/vendor for the Navy Exchange Naval Station San Diego and is required to visit the Navy Exchange a minimum of four times a week.

Respectfully,
Susan Foster

Susan Foster
Loss Prevention/Safety Manager

Calvin C Rowe NF2
070 NEX SECURITY
NEX Loss Prevention Associate & Date

Approved by:

Station Security Officer Naval Station/Date

Information regarding disclosure of your Social Security Number (SSN) under Public Law 93-579, Section 7(b): Disclosure by you of your SSN is mandatory to obtain the services, benefits or processes you are seeking. The information gathered through the use of the number will be used only as necessary in administration processes carried out in accordance with established regulations. *Omission of the number means that you might not receive full consideration for issuance of a pass.*

Applicant Signature

# SHORT TERM PUSHCART AGREEMENT

1. ***This Agreement*** is entered into by and between the Marine, Corps Community Services Activity #0140, located at Marine Corps Base, Camp Pendleton, CA 92055-5020, hereinafter called the Contracting Agency, and ***ART ATTACKS INK,*** hereinafter called the Contractor.

2. ***Scope.*** The Contracting Agency shall be responsible for the placement, management, and oversight of the pushcarts. The Contractor will operate the pushcarts at the Contracting Agency's main Retail facility. It is anticipated that the hours of operation will be the same as the complex Retail main store.

3. ***Operation.*** The Contractor shall be responsible for paying for all expenses relative to and necessary for the operation of the pushcarts. The Contractor shall furnish and maintain, at its own expense, the merchandise, utilities, supplies, etc., deemed necessary by the Contracting Agency to conduct the pushcart program.

4. ***Merchandise.*** The Contractor must provide a list of the proposed merchandise to be sold from the pushcart. All merchandise must be approved by the Contracting Agency prior to sale. The Contractor must submit such information regarding the merchandise to be sold as may be required by the Contracting Agency. The Contracting Agency reserves the right to determine whether or not the sell price of the merchandise is fair and reasonable. A description of the merchandise to be sold and the sell price is as shown on Exhibit "A" hereto.

5. ***Taxes.*** The Contractor shall be responsible for collecting and paying the applicable State of California sales tax on the merchandise sold. The Contractor will be liable for any taxes, license fees, assessments, etc., that may be due and payable to any Federal or State agency as a result of this contract.

6. ***Fees For Pushcarts.*** The Contractor agrees to pay the Contracting Agency a minimum base fee, or a percent of net gross revenue; whichever is higher. Net gross revenue is the gross receipts from sales excluding the amount of State of California sales tax collected. Contractor to submit a weekly report of sales and pay the applicable fees due the Contracting Agency on or before 4:00 PM each Monday for the prior weeks business.

| | | | |
|---|---|---|---|
| Weekly Base Fee | | | $ 100.00 |
| Commission | 20 % x ________ | (Sales) = | $ ________ |

7. ***Electrical.*** The Contracting Agency may or may not require the Contractor to pay a reasonable charge for electrical power.

8. ***Visual/Marketing.*** The Contracting Agency has an extensive marketing division with the ability to provide assistance to the Contractor. The Contractor agrees and understands that should it utilize the service of the Marketing Division, a fee for such services may be charged.

9. ***Pushcart Operation.*** The Contractor is responsible for the pushcart program including, but not limited to:

a. Stocking the pushcart with an adequate inventory of merchandise;

b. Maintaining the cart and the immediate area in a clean and neat appearing condition;

c. Presenting a specific business use clause and a summary of each proposed cart usage and design to the Contracting Agency for approval; and

d. Use its best efforts to assure that the pushcarts are attractive and operated in compliance with all applicable Base Orders and/or Federal Regulations.

10. ***Provisions of the Contracting Agency.*** The Contracting Agency agrees to:

a. Provide space for the placement of the pushcarts;

b. Provide routine maintenance and clean-up of the area around the pushcarts;

c. Provide electrical power at the location(s) where outlets are available; and

d. Designate a person with authority to make decisions regarding the day-to-day operation of the pushcart program.

11. ***Indemnity.*** The parties hereto agree to indemnify and hold harmless each other from and against any and all claims, actions, damages, liabilities, and expenses including, but not limited to attorney fees and other professional fees in connection with any loss of life, personal injury or damage to property arising out of a negligent act or omission of the other party, its Contractors, employees, agents or invitees.

12. ***Insurance.*** The Contractor ***shall*** maintain, at its own expense, a policy of public liability insurance in the amount of one million dollars ($1M) or more. The Contractor shall provide a certificate of insurance to the Contracting Agency evidencing that a current insurance policy is in effect. Proof of insurance is to be provided at the time this Agreement is signed.

13. ***Risk of Loss.*** The Contractor shall bear the risk of any vandalism damage to merchandise and/or stolen merchandise due to breaking and entry, robbery, etc. Any claims resulting from the above type of incidents shall be filed against the Contractor's insurance carrier.

14. ***Promotions.*** The Contractor agrees to work with the Contracting Agency's Marketing Division in the promotion and advertising of the pushcart program.

15. ***Title To Equipment.*** The Contractor shall retain the title to the pushcarts provided under this agreement.

16. ***Representation.*** The Contracting Agency makes no representation as to the potential success of the pushcart program.

17. ***Contract Term.*** This contract shall commence on **26 NOVEMBER 1999**, and shall remain in effect until **19 DECEMBER 1999**.

***IN WITNESS WHEREOF,*** the parties hereto have executed this contract in duplicate.

***CONTRACTING AGENCY:***

AC/S MCCS (L. JONES)
ATTN: SERVICES
MARINE CORPS BASE
BOX 555020
CAMP PENDLETON, CA 92055-5020

LANE JONES DATE
Director, MCCS Services Division

***CONTRACTOR:***

6769 Camino del Prado
Carlsbad CA 92009

SIGNATURE 11-24-99 DATE

JoAnn Mauck owner
NAME (Please type or print) TITLE

760 804-0648
TELEPHONE NUMBER

Marine Corps MWR Support Activity
703-784-6345
3044 Catlin Avenue
Quantico, VA 22134-5099

000226636

Page 1 of 1

013038

ART ATTACKS INK
ATTN: JO ANN
6769 CAMINO DEL PRADO
CARLSBAD CA 92009

Check Date: 06/18/1999
Vendor Number: ARTAT00001

| Company | Invoice Date | Invoice Number | P.O. Number | Reference | Gross Amount | Discount Amount | R | Net Amount |
|---|---|---|---|---|---|---|---|---|
| | 06/03/99 | 990077 | 9159054 | | $204.00 | | | $204.00 |
| | | | | | $204.00 | $0.00 | | $204.00 |

[redacted]

# NAVY EXCHANGE LICENSE AGREEMENT

## 18. GENERAL PROVISIONS

The General Provisions (NEXCOM Publication number 61) are hereby incorporated by reference with the same force and effect as if set forth in full herein. The complete text of the General Provisions is available upon request or can be accessed via the Internet at http://www.navy-nex.com/vendor/pub61.html.

## 19. LICENSOR'S AUTHORIZED AGENT

The authorized agent for the Navy Exchange under this License is identified below. Licensee shall direct all questions, comments and document submissions to this official, unless otherwise specified elsewhere herein:

**Name:** Art Attach / Joanne Mauck
**Title:** Owner
**Telephone:** (760) 730-7412

## 20. ENTIRE AGREEMENT

a. This License and any Attachments hereto constitute the entire agreement between the parties with respect to the terms of the License. No oral or prior agreements not incorporated herein may operate to modify or revise the terms of the License.

b. Licensor and Licensee may mutually agree to revise the terms of the License. Such agreements shall be reduced to writing and made a part of this License.

c. The Navy Exchange has the right to make unilateral revisions to the License without approval by Licensee. However, if such revisions increase costs of Licensee, Licensor shall be liable for such increases.

## 21. EXECUTED BY:

***FOR LICENSEE:***

_______________ (Signature)

_______________ (Date) _______________ (Typed Name)

_______________ (Position/Title)

***FOR LICENSOR:***

[signature] (Signature)

02-26-00 (Date) JoAnn Mauck (Typed Name)

Co-owner (Position/Title)

Westfield

Contract No.

# SPECIALTY RETAILING PROGRAM
## TEMPORARY REVOCABLE LICENSE

## PLAZA CAMINO REAL
## 2525 El Camino Real #100, Carlsbad, CA 92008

Agreement between Westfield Management Company (herein referred to as the Licensor) and
(Name) Ani Mauck
(DBA) Art Attacks Ink
Address 2688 Glasgow Dr., Carlsbad, CA 92008
Phone (760) 730-7412 Hereinafter referred to as Licensee: Licensor grants Licensee a non-exclusive, revocable, temporary license for the purpose of selling
Airbrush processing of t-shirts and other related items. In the
Shopping center ("Shopping center") located at the above-indicated address for the period(s) of 11/29/02 to 12/29/02

**The parties named above agree as follows:**

Licensee agrees to pay Licensor $ 350.00 per month as license fee and in addition will pay monthly 15% Percent of
gross Sales" exceeding $ 20,000 Additional charge of $100.00 (CAM)
and original fee of $ and other fees/charges of $ per Month
for a license, revocable at the will of the Licensor, to generate sales within the Shopping Center.

The term "Gross Sales" shall mean the entire amount of the actual sales price, whether for cash or on credit or for any other consideration, all of the sales (including the financing thereof) of merchandise and all charges made by Licensee (or anyone in Licensee's behalf) for the rendition of services of any kind whatsoever, and all other receipts of all business conducted in, at or from the Location, including all deposits not refunded to purchasers, orders taken in or from the Location although filled elsewhere, and un-uncollected or uncollectible credit accounts. All sales and orders originally made in or at the Location shall be considered as made and completed therein, even though payment of the account may be transferred to some other office of Licensee for collection, or although delivery of merchandise sold or the performance of service ordered in or at the Location be made from or at a place other than the Location. There shall be excluded from Gross Sales any sums collected and paid out for any sales, excise or other tax based upon the sale or sales of merchandise and required by law, whether now or hereafter in force, to be paid by Licensee or collected from its customers, to the extent that such taxes have been added to and included in the Gross Sales price. The term Gross Sales shall not include the transfer or exchanges of merchandise between the stores of Licensee, if any, where such transfers or exchanges of merchandise are made solely for the convenient operation of the business of Licensee and not for the purpose of consummating a sale which has therefore been made in or at the Location or for the purpose of depriving Licensor of the benefit of a sale which otherwise would be made in or at the Location, nor shall Gross Sales include the amount of returns to shippers or manufacturers, nor the amount of any cash or credit refund made upon any sale where the merchandise sold or some part thereof is thereafter returned by the purchaser to and accepted by Licensee. Each sale upon installment or credit shall be treated as a sale for the full price at the time such sale shall be made, irrespective of the time when Licensee shall receive payment, whether full or partial, from Licensee's customer. For the purpose of this Agreement, the term "Licensee" shall include any person or entity claiming by, under or through Licensee.

Payment of the charges is due by On or before 11/29/02
Payment of the percent of gross sales is due by The 10th day of the following month.
Failure or refusal to pay all fees, charges or other sums due Licensor at the times specified herein may result in immediate termination of this License.

2. Licensee shall have the privilege of temporary use of a Location # / Second Level / Rob-May ("Location"). The Location is at the discretion of the Licensor and may be changed or modified upon twenty-four (24) hours' notice at any time by Licensor. Nothing contained in this License is intended by Licensor or Licensee to create the relationship of landlord and tenant between the parties.

3. Licensee expressly waives all rights, if any, to assert any claims against Licensor, Westfield Corporation, Inc., Westfield America, Inc. and all other subsidiaries, affiliates and related partnerships as their interests may appear, any marketing fund, and its tenants for damage, destruction or loss of any equipment, supplies, cash (or other evidence of customer debt such as checks or credit card receipts) upon the Shopping Center or, by any reason of fire, theft, robbery or burglary, bodily injury, personal injury or death. Licensee accepts all responsibility for any injury or public liability incurred as a direct result of their display or fixtures or business operations.

4) Licensor shall have no responsibility to provide security, supervision or protection against any loss that may be sustained by Licensee. Any Licensee requiring security must do so at Licensee's expense and utilize a security company approved by Licensor's representative.

5) Licensee must provide written evidence of public liability insurance for the Location for at least the above-listed dates in the amount of $500,000 Property Damage Liability per occurrence and General Liability $1,000,000 per occurrence, $2,000,000 in the aggregate. A Certificate of Insurance listing the Licensor as an additional insured (refer to the attached Rules and Regulations) must be supplied prior to commencement of this License. Statutory Worker's Compensation insurance as required by the laws of the state in which the license is in effect.

6) Licensee shall indemnify and hold harmless Licensor, its agents and employees, and any department store operating within the Shopping Center, from and against any and all liabilities, claims, demands, damages, expenses, fees, fines, penalties, suits, proceedings, actions and causes of action of any and every kind and nature arising or growing out of or in any way connected with Licensee's (or anyone claiming through or under Licensee) use, occupancy, management or control of the Location and/or Licensee's operations and activities in the Shopping Center, excepting any liability or claim arising or growing out of the sole negligence or willful misconduct of Licensor, its employees and agents.

7) Licensee will remain open and operating during all hours the Shopping Center is open for business, as provided in the attached Rules and Regulations, which are incorporated by reference as if fully set forth herein.

8) Licensee agrees that he or she has read and understands the attached Rules and Regulations and agrees to abide by the same. This temporary License is granted upon the express condition that Licensee abide by each and every one of such Rules and Regulations. Licensee further agrees to comply with all applicable laws of the town, city, county, state and federal governments or any other public authority.

This license is non-assignable and terminable at the will of the Licensor at its sole discretion. In the event of the termination of the License, Licensee shall remove display, merchandise, cash and other property from the Shopping Center within twelve hours from the time of the termination of the License. After the expiration of this twelve-hour period, Licensee shall be a trespasser if he or she enters the Shopping Center. In the event that the Licensee's property is not removed from the Shopping Center within twelve hours, the Licensee will be deemed to have abandoned the property, thus the Licensee hereby grants

Load Time Approx. 120 secs.@ 28800bps...Worth The Wait



®



# Custom Airbrush

Shirts ~ Jackets ~ Leather ~ Denim ~ Canvas

## Artistic Animals...

Wild Animals & Endangered Species



## Portraits...

Artistic Rendition of Your Favorite Person



## Denim Theme Jackets



## AIDS Quilt Squares




## "Spoiled Brats"

Does Your Spoiled Brat Have One Yet?

## Sport Caricatures & Sports Banners



Case 3:04-cv-01035-JAH-BLM Document 10 Filed 06/22/04 PageID.526 Page 310 of 582

## Dogs & Pet Portraits

From Your Pet's Portrait...



## Custom Leather Jackets

Incredible !



Outrageous Surfboards




Custom Cars & Motorcycles




Educational Visual Aids
Props for Educators &
*"Friends of Dr. Caroline Bauer"*

Murals

Custom Lettering

Happy Customers

THE ARTIST

Art Attacks Ink

**C u s t o m A i r b r u s h**

# Denim Jackets

## Theme Jackets with your choice of design. Consult with the artist....get a one-of-a-kind original !






PUBLIC
MARKET
CENTER




| Item | Size | Price |
|---|---|---|
| Denim Jacket (Fashion constructed w/flat back, perfect for painting, inside pocket, button-down) | S, M, L, XL | from $125 |
| Leather Jacket | Email for Details | Quote |

## Email Us if you have any questions

E-mail

print order form

Home

Case 3:04-cv-01035-JAH-BLM Document 10 Filed 06/28/04 PageID.531 Page 315 of 582

E-mail

Mach3@doitnow.com

ART ATTACKS INK
995 East Baseline Road, Suite #2124
T E M P E   A R I Z O N A
85283




Member of the Internet Link Exchange

This Site Was Created By The Web Mistress

Art Attacks Ink

**C u s t o m A i r b r u s h**

# "Spoiled Brats" ™

© Jo Ann Fahlgren Mauck 1996

Describe Your Spoiled Brat's name, hair color, eye color and ...we'll Custom make an *Original Design* Tee-Shirt for Your B

## ...only $29...what a Grrreat Gift !!!

**Sweatshirts, Add $7

---



### Jenne

SB003



### Sonia

SB004



### Macarena

SB004



**Macarena**

SB005



**Brat**



**Spencer**

SB005



Brat



Spencer

SB006



Amber

SB013



Brandie

SB008



**Maria**

SB009



**JoAnn**

SB010




**Shake**

SB011



**Sylvia**

SB012



**Kathy**

SB014

---

order

**Please Use Reference Number When Ordering**

| **Item** | **Sizes Available** | |
|---|---|---|
| **T-Shirt** (100% Pre-Shrunk Heavy-Weight Cotton | Youth | 2/4, 6/8, 10/12, 14/16 |
| **T-Shirt** (100% Pre-Shrunk Heavy-Weight Cotton | Adult | Small, Medium, Large, X-Large, XX-Large, XXX-Large |
| **Sweatshirt** (Cotton Blend, 7-0z. 50/50) | Youth | 6/8, 10/12, 14/16 |
| **Sweatshirt** (Cotton Blend, 7-0z. 50/50) | Adult | Small, Medium, Large, X-Large, XX-Large |

*Add $3.95 S&H per order*

***Home***

***This Site Was Created By The WebMistress***

OAMI-ONLINE - Trade Mark Consultation Service Page 1 of 2



## Trade Mark Consultation Service

| | |
|---|---|
| **Trade mark:** | **BRATS** |
| Application number: | 002571412 |
| Result: | 1 of 1 |

New search ▪ List of Results ▪ << Previous ▪ Next >>

### Trade mark

| | |
|---|---|
| **Filing date:** | 11/02/2002 |
| **Nice classification:** | 28 |
| **Trade Mark:** | Individual |
| **Type of Mark:** | Word |
| **Acquired distinctiveness:** | No |
| **Date of last legal status:** | 15/04/2003 |
| **Legal status of mark:** | Application withdrawn |
| **First language:** | English |
| **Second language:** | French |

### ⊞ List of goods and services

| | |
|---|---|
| **Nice classification:** | 28 |
| **List of goods and services:** | Toys, games and playthings. |

### ⊞ Description

**No entry for application number:** 002571412

### Owner

| | |
|---|---|
| **Name:** | Upstarts Limited |
| **Number:** | 129807 |
| **Nature of Legal person:** | Legal entity |
| **Address:** | Unit 106, Claydon Industrial Park<br>Gipping Road Great Blakenham |
| **Post code:** | IP6 0NL |
| **Town:** | Ipswich |
| **Country:** | ⊞ **GB** |
| **Correspondence address:** | Upstarts Limited<br>Unit 106, Claydon Industrial Park<br>Gipping Road<br>Great Blakenham<br>Ipswich IP6 0NL<br>REINO UNIDO |

### Representative

| | |
|---|---|
| **Association name:** | DUMMETT COPP |
| **Number:** | 11222 |
| **Address:** | 25 The Square, Martlesham Heath |
| **Post code:** | IP5 3SL |
| **Town:** | Ipswich, |
| **County:** | Suffolk |

| | |
|---|---|
| **Country:** | ⊞ **GB** |
| **Correspondence address:** | DUMMETT COPP<br>25 The Square, Martlesham Heath<br>Ipswich, Suffolk IP5 3SL<br>REINO UNIDO |
| **Telephone:** | 00 44-1473660600 |
| **Fax:** | 00 44-1473660612 |
| **E-mail:** | ⊞ **mail@dummett.com** |

Overview
Download trade mark details
Trade Mark
Graphic representation
List of goods and services
Description of the mark
Owner
Representative
Priority
Exhibition priority
Seniority
Publication
Opposition

## Priority

**No entry for application number:** 002571412

## Exhibition priority

**No entry for application number:** 002571412

## Seniority

| | |
|---|---|
| **Country:** | ⊞ **GB** |
| **Registration number:** | 2265461 |
| **Date of priority:** | |
| **Filing date:** | 27/03/2001 |
| **Date of registration:** | 31/08/2001 |
| **Status:** | Accepted |

## Publication

| | |
|---|---|
| **Bulletin nº:** | 080/2002 |
| **Date of publication:** | 07/10/2002 |
| **Part:** | A |
| **Page:** | 573 |

## ⊞ Opposition

| | |
|---|---|
| **Opposition Number:** | 000573370 |
| **Reception date:** | 03/01/2003 |
| **Opponent name:** | MGA Entertainment Inc. |
| **Opponent number:** | 122636 |

Discl

Overview
Download trade mark details
Trade Mark
Graphic representation
List of goods and services
Description of the mark
Owner
Representative
Priority
Exhibition priority
Seniority
Publication
Opposition

## Trade Mark Consultation Service

**Trade mark:** **BRATS**
Application number: 002571412
Result: 1 of 1



### Opposition

| | |
|---|---|
| **Opposition Number:** | 000573370 |
| **Reception date:** | 03/01/2003 |
| **Opponent name:** | MGA Entertainment Inc. |
| **Opponent number:** | 122636 |
| **Opponent's Agent:** | SJ BERWIN |
| **Opponent's Agent number:** | 10030 |
| **Proceeding language:** | English |
| **Type of right:** | 53-Mark |
| **Nationality:** | ⊞ **AT** |
| **Denomination:** | BRATZ |
| **Figurative:** | No |
| **Grounds:** | Identity of marks and G&S |

| **Opposition status** | **Status date** |
|---|---|
| Final Decision - CTM Withdrawn | 15/04/2003 |
| Cooling-Off Period | 06/02/2003 |
| Admissibility Check OK | 06/02/2003 |

CONTACTS:
Beth McClinton/Steve Feldstein
**FOX HOME ENTERTAINMENT**
(310) 369-5369

Dave Malacrida/Rachel Griffin
**MGA ENTERTAINMENT**
(818) 894-2525

Brenda Ciccone/Milady Flores
**BENDER HELPER IMPACT**
(310) 473-4147

FOR IMMEDIATE RELEASE

# THE GIRLS WITH A PASSION FOR FASHION™ HIT THE HOME ENTERTAINMENT RUNWAY IN A SUPERSTYLIN' DEBUT

# *Bratz*

## *THE VIDEO - STARRIN' & STYLIN'*

### America's Hippest And Hottest Toy Phenom Gets The Party Started On DVD and VHS August 3, 2004

Packaged In Ultra-Chic Vinyl Purse That's A Definite Fashion *Do*

**CENTURY CITY, Calif.** – *Bratz*, the #1 fashion dolls in the America, will be struttin' their stuff and flauntin' their fashion when ***BRATZ: THE VIDEO – STARRIN' & STYLIN'*** debuts on VHS and DVD August 3, 2004 from Fox Home Entertainment and MGA Entertainment. Whether they're doing some serious shopping or working on their fab sun tans, the glam *Bratz* girls are everyone's favorite hipsters. Packaged in an ultra-hip, must-have vinyl purse, the DVD and VHS flaunt the film, one rockin' music video, specially created outtakes and even a deleted scene. The DVD is jam-packed with karaoke/jukebox songs, a *Bratz* Fashion Mall game, *Bratz* trivia game, *Bratz* Love Horoscope and a *Bratz* TV spot called "Girl's Night Out." Priced at $24.98 US/$31.98 Canada on DVD and $19.98 US/ $24.98 Canada on VHS, ***BRATZ: THE VIDEO – STARRIN' & STYLIN'*** arrives just in time for the back-to-school season and super-sleepovers. Prebook is June 16, 2004.

**Phat *Bratz*!:**

Building on the $1 billion toy phenomenon, the hour-long feature film follows Yasmin, Cloe, Sasha, Jade, and friends as they share, shop and show off their passion for fashion! With more than 50 million dolls sold in just three years and more than 47 domestic licensees, *Bratz* is clearly a smash hit with girls ages 6-12. In 2003, sales were up 175%, making it the #1 toy growth property and shows no sign of stoppin'!

**Spreadin' The Word:**

***BRATZ: THE VIDEO – STARRIN' & STYLIN'*** will be supported by a national marketing blitz designed to ensure awareness among the target audience of girls ages 6-12. Elements include major advertising buys on targeted primetime television shows such as "Wonderful World of Disney," "7th Heaven," "Gilmore Girls," "Teen Choice Awards," "Lizzie McGuire," "Proud Family," "That's So Raven," "Fillmore," and "Kim Possible." In addition, Fox will also advertise on girl-friendly cable programming including Nickelodeon, ABC Family and Toon Disney and in popular children's and tween magazines such as M, Twist, J-14, Girl's Life, Popstar!, Disney Adventures and Nickelodeon. Projected exposure is 82% of all girls within the target age.

**DVD/VHS Special Featurez:**

Both the ***BRATZ: THE VIDEO – STARRIN' & STYLIN'*** DVD and VHS deliver hours of funky fun with hilarious outtakes and a deleted scene as well as one rockin' music video that can be enjoyed again and again. In addition, the DVD also includes six jukebox/karaoke songs that girls can sing along with, an interactive *Bratz* Fashion Mall where girls can dress up their favorite characters, a *Bratz* trivia game, *Bratz* Love Horoscope and *Bratz* TV Spot entitled "Girl's Night Out." The DVD is presented in English 5.1 Dolby Digital, Spanish Dolby Surround and French Dolby Digital in 1:85:1 Fullscreen.

**'Bout *Bratz: The Video – Starrin' & Stylin'*:**

All Yasmin, Cloe, Sasha and Jade can think about is the prom...until they get a last-minute homework assignment on self-expression. How will they get ready for the funky formal and turn in a kickin' cool project? Leave it to The Girls with a Passion for Fashion™ to "express themselves" with a scorchin' home video about their superstylin' prom prep...even as a secret gossip columnist begins to attack the pack in the school paper! But with a lil' hard work and some far-out flash 'n' dash, the girls just might create a high-fashion hit – and save the prom!

A recognized industry leader, Twentieth Century Fox Home Entertainment is the marketing, sales and distribution company for all Fox film and television programming on VHS and DVD as well as video acquisitions and original productions for the U.S. and Canada. Each year the Company introduces hundreds of new and newly repackaged products, which it services to more than 70,000 retail outlets – from mass merchants and warehouse clubs to specialty stores and e-commerce – throughout North America. Twentieth Century Fox Home Entertainment is a unit of Fox Filmed Entertainment, a Fox Entertainment Group company.

# # #

For screener and artwork requests, visit www.foxpressroom.com or contact Milady Flores
PH: 310.473.4147; FX: 310.478.7914
E-MAIL – milady_flores@bhimpact.com

For broadcast requests, please contact Harry Parrish
PH: 310.369.1628; FX: 310.369.5262
E-Mail – harry.parrish@fox.com

***BRATZ: THE VIDEO – STARRIN' & STYLIN'***

| | |
|---|---|
| DVD Price: | $24.98 U.S./$31.98 Canada |
| VHS Price: | $19.98 U.S./$24.98 Canada |
| **Street Date:** | **August 3, 2004** |
| Prebook Date: | July 7, 2004 |
| Total Running Time: | 59 minutes |
| DVD Catalog Number: | 2223239 |
| VHS Catalog Number: | 2223228 |
| U.S. Rating | Not rated |
| Canadian Rating: | TBD |
| Closed Captioned: | Yes |

## CONSUMER SURVEY

Name: DeAnna Bahena

Address: 9460 Fortune Lane La Mesa, CA 91941

Daytime Phone: 619 697-8823

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the Overall look & name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

1

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

girl 11 boy 15

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Marilyn Argrow Benford

Address: 4997 Perkon Place

Daytime Phone: 619-850-5895

Email address: MBEBE4@YAHOO.COM

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

PHATFARM & Bratz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Just the words PHAT & Bratz

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

(2)

6. Do you have children?

(1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Female 5 yrs old

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

(1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | (frequently) |
| WALMART: | never | seldom | occasionally | (frequently) |
| TOYSRUS: | never | (seldom) | occasionally | frequently |
| KMART: | never | (seldom) | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Zephira Landi

Address: 4726 MT Royal Ave

Daytime Phone: 858 277-4893

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Dolls at Target Called Brats

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The Heads of the Dolls I saw are the Same as the ~~art~~ art I saw at the fair years past

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No If no, please describe the item(s) you previously purchased and estimated date of purchase(s).

Hats - Key chain -

double-sided

(3)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Son age 11

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6). Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | ~~occasionally~~ | frequently |
| WALMART: | never | seldom | occasionally | ~~frequently~~ |
| TOYSRUS: | never | ~~seldom~~ | ~~occasionally~~ | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Lathesau Compton

Address: 7007 Gallant Circle Mableton GA. 30126

Daytime Phone: 678 851 4917

Email address: Sexy red 4sho @ earthlink. net.

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Da Bratz dolls sold at Wal-Mart.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(4)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Same idea

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(8)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

2 girls 13 + 7 1 boy 11 yr

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: TREVElle JOHNSON

Address: 6345 RANCHO MISSION Rd #5 SD CA

Daytime Phone: 858 [redacted]-369-8686

Email address: TRJ@YAHOO.COM

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

THE EYE

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(6)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)

2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) ~~Saw in promotional brochure~~
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: JEN BERTHIAUME

Address: 4770 ORCUTT AVE

Daytime Phone: (619) 265-7066

Email address: —

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

THE EYES

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(7)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Girl, - 11 yr

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: ✓ | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: TAmmie GALLAgher

Address: 17462 matinal RD #14721 San Diego CA 92127

Daytime Phone: 619-556-1904, 858-618, ~~###~~ 4718

Email address: mgalla @ aol.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRaTZ, Dolls and clothing

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Simaler looks, names,

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

1996

double-sided

(8)

6. Do you have children?

(1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

12 year old girl

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

(1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | (frequently) |
| WALMART: | never | seldom | occasionally | (frequently) |
| TOYSRUS: | never | seldom | occasionally | (frequently) |
| KMART: | never | seldom | occasionally | (frequently) |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: LucieKara

Address: 661 E. Buttonwood Dr.

Daytime Phone: 714 306-7488

Email address: hulaberryhulaber@yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do. (circled)
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz dolls.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

big shoes, baggy pants, big eyes.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (circled) (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

I had one of the brats t-shirts made for me when I was about 10. I am 19 now.

double-sided

(9)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

__________________________________________________________.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Amanda Zacharzuk

Address: 6414 lockford ave

Daytime Phone: (619)787 - 9244

Email address: micahsprynccss@hotmail.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

there face and shape

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (circled) (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

i've boughten a shirt a hat and a poster in the years 1996, 2002, & 2004.

double-sided

10

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: _________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

# THANK YOU FOR YOUR TIME. ☺

## CONSUMER SURVEY

Name: Ronnette Barrow

Address: 4927 Daffer Dr

Daytime Phone: 619-262-8928

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

   1) Yes, the names do. (circled)
   2) Yes, the products do.
   3) Yes, both the names and the products do.
   4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

   bratz dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

   1) Yes (circled)
   2) Unsure
   3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

   angel

5. Is this your first time buying an item from Art Attacks Ink?

   1) Yes (circled)
   2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(11)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

# THANK YOU FOR YOUR TIME. ☺

**CONSUMER SURVEY**

Name: Anjali Heble

Address: 432 S. Laurel Ave.

Daytime Phone: (909) 235-9478

Email address: anjheb@yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The look & style of the big eyes & shoes are especially similar.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

brat teeshirt

double-sided

12

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Lisa Russell

Address: 7497 Mermaid Ln.

Daytime Phone: —

Email address: — LPSKATER@HOTMAIL.COM

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Totality of design look

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(13)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: fair

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: ARYA · SUTEOJA ·

Address: 8462 DALLAS. Cr. Huntington Beach CA 92646.

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

we thought it was the Bratz.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the drawing / characters

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(14)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
(3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

(1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

My 8yr old daughter Noticed it!

5. Is this your first time buying an item from Art Attacks Ink?

(1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(15)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

10 Boy 8 girls

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Jessica Hutchcraft

Address: 4570 Cove Dr. #C

Daytime Phone: (760) 730-9287

Email address: jessicahutchcraft@msn.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The Bratz Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The design of the girls "Brats" are exactly the same.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(16)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other:________________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The Brats

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the animated art characteristics + Style

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(17)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | ~~occasionally~~ | frequently |
| TOYSRUS: | ~~never~~ | ~~seldom~~ | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: CATALINA D. SALGADO

Address: 930 JUANITA ST. SB CA 92575

Daytime Phone: 858-755-9110

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

(1) Yes, the names do. [circled]
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

(1) Yes [circled]
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
(2) No [circled] (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

1993 - Each year since

double-sided

(18)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: BEV LOPEZ

Address: 245 WOODLAWN AVE #D)

Daytime Phone: 6199487396

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

DOLL

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________.

double-sided

(19)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other:______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Claudia Alonid.

Address: 4074 Marborough #7 San Diego

Daytime Phone: (619) 436 1303.

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
X) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat, brat's.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

X Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

boot's sunglasses.

5. Is this your first time buying an item from Art Attacks Ink?

X Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(20)

6. Do you have children?

1) X Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

girl (9 years),

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) X Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: SHARON NELSON

Address: 760 PEARWOOD ST.

Daytime Phone: (760) 757-3123

Email address: donaldn36@msn.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

✓ 1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
~~2) Unsure~~
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

THE LOOKS

5. Is this your first time buying an item from Art Attacks Ink?

EXERCISE BRATS

1) Yes
2) No (circled) (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(21)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

GROWN - GRANDCHILDREN

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: AT MALL

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do. (circled)
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz (the doll)

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The bodies, face and Styles

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(22)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: David Canterman

Address: 14070 E. Camino Cartano
Tucson, AZ 85749

Daytime Phone: 520-977-3691

Email address: DC33SD@Iqmail.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) ~~Yes, the names do.~~
2) ~~Yes, the products do.~~
3) Yes, both the names and the products do.
4) No, neither reminds me of ~~anything~~.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Toy Stores, Target etc.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Design, Hair, Body Built, thick shoes/feet.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

4 purchases, visors, hats.

double-sided

(23)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

~~1) Yes~~
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the look

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(24)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Brett Smith

Address: 9850 Rampark wy.

Daytime Phone: 619 797-3465

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

eyes Bratz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

eyes

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

75

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

6 yrs M/F

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Lauren Crawford

Address: 99 Brezze Hill Melrose

Daytime Phone:

Email address: Lauren Crawford9

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The Bratz dolls.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

there the Same.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________.

double-sided

(26)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Andrea Allen

Address: 6821 Vick Ann Rd

Daytime Phone: 775-727-9475

Email address: AmericanSafari@aol.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Toys in Stores

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The shape of face / style of cloths and name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(27)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Valerie M.

Address:

Daytime Phone: (858) 776-2055

Email address: vallovesmusic@hotmail.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The Brats dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

They both look the Same.
The picture of the girls look like the Brats dolls.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

Shirt, poster

double-sided

28

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | ~~seldom~~ | ~~occasionally~~ | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Susan Kathan

Address: 10231 Julio PL, Santee, Ca 92071

Daytime Phone: 858-410-4283

Email address: SueKathan@cox.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
(3) Yes, both the names and the products do. [circled]
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat Doll I've seen at ~~[illegible]~~ Wall-Mart

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

(1) Yes [circled]
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The Face & Hair

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
(2) No [circled] (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

June 2002 + June 2003

double-sided

(29)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Female, 13 yrs. old

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do. (circled)
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

"BRAT" FOUR DOLLS

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes (circled)
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

FACE / EYES

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (circled) (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

T-SHIRTS EVERY YEAR AT FAIR

double-sided

30

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

GIRL 13

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: MarQuita Mitchell

Address: 404 47th Street #600

Daytime Phone: 2636944

Email address: Kitagirl619@hotmail.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The Stickers (vending machines)

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure (circled)
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

__________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

__________________________________________

double-sided

(3)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other:______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Angela Sneed

Address: 42140 Wyndie Lane #21

Daytime Phone: (909) 695-5485

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Kids Carters

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

32

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Ruben Dimas

Address: 4121 Voltaire St #3

Daytime Phone: 619 5232103

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz toys

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

NO

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

32

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME. ☺**

# CONSUMER SURVEY

Name: Steve Castro

Address: 1081 Hidden Vale

Daytime Phone: 535 - 0403

Email address: None

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat Dolls.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The Name.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________.

double-sided

WG

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Girl 11 Boy 10

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: MICHAEL GALLAGHER

Address: 17462 MATINAL Rd # 4721, SAN DIEGO CA. 92127

Daytime Phone: 619-524-6745

Email address: GALLJR@AOL.COM

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do. (circled)
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATS DOLLS COLLECTION

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure (circled)
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

THE DOLL ON THE SHIRTS LOOK LIKE THE DOLLS IN STORES

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (circled) (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

WE HAVE PURCHASED SHIRTS AT THE DEL MAR COUNTY FAIR SINCE 1996.

double-sided

(over)

6. Do you have children?

(1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

FEMALE, 12 YRS OLD

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

(1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| (TARGET): | never | seldom | occasionally | (frequently) |
| (WALMART): | never | seldom | occasionally | (frequently) |
| (TOYSRUS): | never | seldom | occasionally | (frequently) |
| (KMART): | never | seldom | occasionally | (frequently) |

# THANK YOU FOR YOUR TIME. ☺

**CONSUMER SURVEY**

Name: Eliza Bradley

Address: 7494 North ave lemon Grove, CA 91945

Daytime Phone (619) 303-9916

Email address: Sexytee6904@cox.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

________________________________________.

double-sided

(over)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

female age 5

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Leah Sperry

Address: 919 E. Madison Ave.

Daytime Phone: (619) 334-1273

Email address: None

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

   1) Yes, the names do.
   2) Yes, the products do.
   3) Yes, both the names and the products do.
   4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

airbrush painting

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

   1) Yes
   2) Unsure
   3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the design

5. Is this your first time buying an item from Art Attacks Ink?

   1) Yes
   2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

37

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

female 2yrs.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | ~~frequently~~ |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | ~~never~~ | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: ~~JT DREAD~~ JULIE A JIMENEZ

Address: 1649 Madera St Lemon Grove CA

Daytime Phone:

Email address: Onlygege@yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

(1) Yes, the names do. [circled]
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

THE BRATS (THE DOLLS).

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
(2) Unsure [circled]
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

THE DOLLS REMIND ME OF THE CHARACTERS IN THE STAND. I THOUGHT THEY WERE the SAME CHARACTERS.

5. Is this your first time buying an item from Art Attacks Ink?

(1) Yes [circled]
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________.

double-sided

S8

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

10.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | ~~frequently~~ |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | ~~frequently~~ |
| KMART: | never | ~~seldom~~ | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Kristi Johnson

Address: 2864 1/2 Broadway

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

39

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: LESLIE JASKOWSKI

Address: 1362 CALLE GOYA

Daytime Phone: 760-639-0018

Email address: ISLANDWAVYGIRL@yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRAT DOLLS

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________

double-sided

40

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Female 4 yrs old.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: CARMEN DOLORES

Address: 9 VIEJAS GRADE RD ALPINE CA 91901

Daytime Phone: (619) 244-1999

Email address: MZBROWNEYEZ17@hotmail.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
(3) Yes, both the names and the products do. [circled]
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ DOLLS AND TATOOS

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
(2) Unsure [circled]
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The eyes of the little Girls

5. Is this your first time buying an item from Art Attacks Ink?

(1) Yes [circled]
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(41)

SAV A.

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below) ..
(2) No... Later ☺

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
(4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | (occasionally) | frequently |
| WALMART: | never | seldom | occasionally | (frequently) |
| TOYSRUS: | never | (seldom) | occasionally | frequently |
| KMART: | never | (seldom) | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Lani Velasco

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

06/03

double-sided

(42)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Lindsey Tennyson

Address: 211 Mission Ave

Daytime Phone: (760) 931-9700

Email address: XJonesgirl@cs.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

● Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

??

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
● Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

● Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________

double-sided

48

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

underage

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Cassady Kintner

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the big heads, dress

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(44)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Janeh Toilolo

Address: 7406 Roosevelt Ave

Daytime Phone: (619) - 697-4349

Email address: surfergal-1608 @yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz Dollz.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the name.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

________________________.

double-sided

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Yolanda Brock

Address:

Daytime Phone: (619) 287 6787

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The Bratz Dolls & the clothes

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

(46)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)

2) No

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: Pass by every year at the fair

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | ~~occasionally~~ | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: SUSAN O'BRIEN

Address: 489 MINOT AVENUE CHULA VISTA, CA 91910

Daytime Phone: (619) 422-0339

Email address: N/A

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ DOLL

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

NAMES & FACES & BIG FEET

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

TEE SHIRTS

double-sided

(47)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

ADOPTED GRANDDAUGHTERS 7, 8, 9, 12

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________

double-sided

## CONSUMER SURVEY

Name: Jim Root

Address: 6441 Paradise Valley Road

Daytime Phone: (626) 254-0085

Email address: Root@[illegible]law.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure (circled)
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

NAME AND FACE OF

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

48

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Girls. 6, 10

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Alex Watkins

Address:

Daytime Phone:

Email address: [illegible]@hotmail.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do. (circled)
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Some T-shirts I saw.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure (circled)
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

That there were T-Shirts that we spray painted

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(49)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

Thanks! We ♡ it

## CONSUMER SURVEY

Name: April Hinrichsen

Address: 1938 Pizarro Lane

Daytime Phone:

Email address: Shooooozie@aol.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do. (circled)
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

same T-shirts I saw

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure (circled)
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(50)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Desiree acosta

Address: 29835 tricia ann coart

Daytime Phone: (760) 297-1054

Email address: Desireni@ ~~yahoo~~ hotmail.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
(2) Yes, the products do. [circled]
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The Brats dollZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
(2) Unsure [circled]
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

(1) Yes [circled]
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

(57)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Denise Strattm

Address: 2215 Bonita

Daytime Phone: 337-158c

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) ~~Yes~~, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brats

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________

double-sided

52

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website.
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Michelle Gorden

Address: 9034 Orville St

Daytime Phone: (619) 741-6305

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

   1) Yes, the names do.
   2) Yes, the products do.
   3) Yes, both the names and the products do.
   4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

   BRATS

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

   1) Yes
   2) Unsure
   3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

   1) Yes
   2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

(G)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Rebecca Zadarda

Address: 3411 Par Dr La Mesa, CA 91941

Daytime Phone: (619) 204-6615

Email address: kamby @ cox.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________

double-sided

(54)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Boy 8 Girl 5

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | ~~occasionally~~ | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Christine Tillman

Address:

Daytime Phone: (619) 460-7574

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes,". please list the name and/or product you believe is similar (if you know).

The "Brat" dolls & the cloths

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

55

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: Passing by every year @ the SD Fair

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Monette Zamudio

Address:

Daytime Phone:

Email address: mlz@cox.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

hair, eyes of ~~[illegible]~~ character

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)

2) No

F-9 yo

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | ~~never~~ | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | ~~frequently~~ |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

# THANK YOU FOR YOUR TIME. ☺

## CONSUMER SURVEY

Name: Georgiana Lapp

Address: PO Box 130032

Daytime Phone: 331-5100 x7744 (hm not listed) 760 804-069?

Email address: applinx@adelphia.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

"BRATZ"

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure PROBABLY
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

It looks like Bratz dolls Big eyes/lips, head + face

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(58)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

M/25 F/17 M/14 M/9 2 Goddaughters 2yrs. | 5 yrs.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair years ago
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: STORAGE @ CALAVERA

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Jennifer Johnson

Address: 5241 Lake Murray DR.

Daytime Phone: 1-858-626-4069

Email address: JJohnson@aol.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

The "Brats" Dolls.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No (circled)

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the names & how the girls look.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(57)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: SHEILA STEWART

Address: 1044 PYRAMID ST

Daytime Phone: 619 266-1168

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

Born to Spoil Brat

double-sided

58

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Adrianna De Los Reyes

Address: 24935 Abalar way Ramona CA 92065

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

the dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No (circled)

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________

double-sided

(59)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME. ☺**

## CONSUMER SURVEY

Name: Rebecca Cuero

Address: PO Box 2305 Alpine CA 91901

Daytime Phone: 659-1647

Email address: NA

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
~~3)~~ Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz eyes

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

~~1)~~ Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

~~the~~ eyes

5. Is this your first time buying an item from Art Attacks Ink?

~~1)~~ Yes
2) ~~No~~ (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

lots of tshirts

double-sided

60

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

1 9yrs boy / 2 7yrs old twins girls / 1 boy 4 yrs old

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Melissa Danekas

Address: 5494 Via Carancho S.D Ca 92111

Daytime Phone:

Email address: melissadanekas@Hotmail.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) ~~Yes, both the names~~ and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Dollz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

Shirt 7-03

double-sided

(61)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

2 girls 10-15

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: BRENDA METCALFE

Address: 738 Jamacha Rd

Daytime Phone: 619 442-2826

Email address: brendametcalfe@cox.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________

double-sided

62

6. Do you have children?

(1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

24, 21, 7

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

(1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | (frequently) |
| WALMART: | never | (seldom) | occasionally | frequently |
| TOYSRUS: | never | (seldom) | occasionally | frequently |
| KMART: | (never) | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. [circled]
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No [circled]

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

—

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes [circled]
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

63

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Male 10, Female 8

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Katie Sinclair

Address: 18517 124th Ave NE#2813 Bothell, WA 98011

Daytime Phone: 206-280 4637

Email address: kiki6374@yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do. (circled)
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz, Lil Bratz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No (circled)

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

(64)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below).
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

# THANK YOU FOR YOUR TIME. ☺

**CONSUMER SURVEY**

Name: Tamera Todd

Address: 2259 Paseo Saucedal

Daytime Phone: 760 635 7652

Email address: TameraTodd@sbcglobal.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ DOLLS

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

45

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)

2) No

Girl 7, Boy 11

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: CHUCK WACKENDORFER

Address:

Daytime Phone: 858 481-7559

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ DOLLS

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

DRESS & ART WORK

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

66

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Boy - 8 Girl - 6

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Jillian Lupoli

Address: 8089 Jade Coast Rd.

Daytime Phone: (858)549-2631 / (619)788-4947

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do. (circled)
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No (circled)

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the eyes/the idea

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (circled) (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

shirts for years

double-sided

67

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: __________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

# THANK YOU FOR YOUR TIME. ☺

**CONSUMER SURVEY**

Name: Michelle Rodriquez

Address: 3996 Bonita RD. Bonita Ca 92102

Daytime Phone: 619) 267-2705

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do. (circled)
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No (circled)

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the Name, the Big eyes, the clothing "Style" "Character" wears

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(68)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

1 7year, 1 Sisker 15

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Adrienne Ouellet

Address: 1634 Grandon Ave San Marcos CA 92069

Daytime Phone: (760) 471-9891

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do. (circled)
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

the Bratz dolls etc.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No (circled)

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

the names and the faces of the girls

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (circled) (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

I've bought several design shirts over the past 4 years

double-sided

69

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: Saw at Carlsbad Mall.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

**CONSUMER SURVEY**

Name: Dawnese Williams

Address: 247 N. Oak St.

Daytime Phone: 626 890 0644

Email address: dunkindd@msn.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

___

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

___

double-sided

(70)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

8 and 12 Females

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: C. Haley Williams

Address: 25487 Buckley Dr

Daytime Phone: Murrieta, CA 92563

Email address: Cwilliamsnugent@aol.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Just the name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

71

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Jana Williams

Address: 929 Encanada Dr. LaHabra Heights CA. 90631

Daytime Phone: 562/697-0577

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

The Girls + Name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(72)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

girls 18 + 11 boy 22.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | ~~frequently~~ |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Colleen Cooney

Address: 3452 Jewell St. San Diego Ca 92109

Daytime Phone: /

Email address: /

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

73

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

# THANK YOU FOR YOUR TIME. ☺

## CONSUMER SURVEY

Name: Marlána Mejia

Address: 4037 Alameda Dr. San Diego, CA 92103

Daytime Phone: (619) 546-5024

Email address: marlanamejia@yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

(1) Yes, the names do. [circled]
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Bratz (dolls).

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No [circled]

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Big eyes + beautiful faces.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes [circled]
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________.

double-sided

74

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Son 25 yrs.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Joe Gonzalez

Address: 5423 Arlington Av.

Daytime Phone: Bakersfield CA 93311

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

BRATZ Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________

double-sided

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Girls - 5 - 7 yrs

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat Dolls

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
~~2) Unsure~~
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Just the name

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(7)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: NATALIE OBICHERE

Address: 7425 RADENZ AVE

Daytime Phone: (619) 532-7977

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do. (circled)
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

Brat Spoiled

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No (circled)

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

Just some drawings

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

double-sided

(77)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: James Zacharzuk

Address: 6414 Lockford AVE.

Daytime Phone: (619) 787-0585

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

River BRAT Shirt

double-sided

78

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Two Female's 15, 16

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Candace La Salle

Address: 2059 Irving Ave S.D., Ca 92113

Daytime Phone: (619) 546-0977

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

___

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

___

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

___

double-sided

(79)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Female 11 yrs old

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Russell E Dixon

Address: 175 Deep Dell Rd San Diego CA

Daytime Phone: (619) 479-2430

Email address: psychdriver886 @msn.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

shirt this with are names in a heart

double-sided

(80)

6. Do you have children?

(1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Female 20 month

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

(1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Catherine Tirado

Address: 774 Camino Vista Real

Daytime Phone: 619 585 3876

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

Shirt 2002

double-sided

87

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)

2) No

girls 12 10 3

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Debbie Phillips

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

82

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Gretchen Mils

Address:

Daytime Phone: (619) 994-7466

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

_______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

83

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

girl 2 yrs old

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Martha Mora

Address: 702 K st. Chula Vista 91911

Daytime Phone: (619) 990-9647

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

________________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

________________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

________________________________________________

double-sided

(84)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

___

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ___.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Theresa Toilolo

Address: PO Box 671, Lemon Grove, CA 91946

Daytime Phone: 858-926-7670

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

________________________________________

double-sided

(80)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

12, 15, 6, m-F-m

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

____________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

__________________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

Xena t-shirt, Xena apron

double-sided

8

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other:______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Jenna

Address:

Daytime Phone:

Email address: Jevan92@yahoo.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

87

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Lisa Leon

Address: 720 California St. O'side, CA 92054

Daytime Phone: (760) 231-6241

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

88

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

2 Female Ages 1 & 8

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | ~~frequently~~ |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

89

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Miguel Soto

Address: 530 N. Midway Dr. #28 Escondido Ca. 92027

Daytime Phone: (760) 955-2704

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

_______________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________.

double-sided

80

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Kyndall Footé

Address: 3605 Ash St

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything. (circled)

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

__________________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure (circled)
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

____________________________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

____________________________________________________________.

double-sided

(91)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Ebony Jefferson

Address: 3979 Broadway

Daytime Phone: (619) 260-3058

Email address: ejefferson-815@yahoo

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

_______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

92

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

---

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

(P)

6. Do you have children?

(1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

26 F - 23 - M, 20 - F, 18 - F, 17 - M, 14 - F, 11 - M, 7 - M, 4 - F

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

(1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | (frequently) |
| WALMART: | never | seldom | occasionally | (frequently) |
| TOYSRUS: | never | (seldom) | occasionally | frequently |
| KMART: | (never) | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

________________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

________________________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

________________________________________________________.

double-sided

94

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Shamaa Thuemand

Address: 829 Wheatland

Daytime Phone: (619) 271-6671

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

__________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

__________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

__________________________________________

double-sided

(over)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

Hell to the naw!

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: angelina Velasquez

Address: 15654 Bernardo Ctr. dr. #705

Daytime Phone: (858) 672-0668

Email address: Babyangel4351 @ aol.com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything. (circled)

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar. (if you know).

______________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes (circled)
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________.

double-sided

(96)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name:

Address:

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) ~~Yes~~
2) No (if no, please describe the item(s) you previously purchased ~~and estimated~~ date of purchase(s).

______________________________________________.

double-sided

97

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

2 boys 24 & 22 girl (18 yrs

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Nikki Wayne

Address: 10737 Carlston Wy

Daytime Phone: (858) 566-3540

Email address: georgiapeach1517@yahoo.

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

_______________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________.

double-sided

98

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

F - 2

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Linda Hawkes

Address: P.O. Box 301117 Escondido CA

Daytime Phone:

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
(4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

(1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________.

double-sided

(99)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________.

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other:________________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Bianca Burgos

Address: 1212 ABA ST#C

Daytime Phone: 619 291-1120

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

100

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

F - 6

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: Daughter Saw it

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Joyce Padilla

Address: 9819 Avenida Ricardo

Daytime Phone: (619) 303-6186

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
(4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
(3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

(1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________

double-sided

(101)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

F 5

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Rachel Acuna

Address: 10826 Westonhill Dr. San Diego CA 92126

Daytime Phone: 858 547 1533

Email address: rachelacuna@sbcglobal.net

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

06/'03 Brats t shirt

double-sided

(18)

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

F 11
F 9

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: Softball recruit

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: Debbie Perez

Address: 935 Caleb Court, San Diego, CA 92154

Daytime Phone: (619) 934-9637

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

Hoodie Sweatshirt w/ Cheer Stuff.

double-sided

108

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

female 10

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

## CONSUMER SURVEY

Name: L. DAY

Address: 12612 Oak Knoll Rd #54 Poway, CA 92064

Daytime Phone: 858-679-9824

Email address:

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

______________________________________________.

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

______________________________________________.

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

______________________________________________.

double-sided

109

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

M-19 M-18 F-16 F-13

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ______________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺

# CONSUMER SURVEY

Name: Carolyn Audibert

Address: 35775 Breezy lane, Ranchita, Ca 9206.

Daytime Phone:

Email address: MistressFriesian@Aol.Com

1. Do Art Attacks' "BRAT," "BRATS," "SPOILED BRAT" and "SPOILED BRATS" labels remind you of any other products or product names in the marketplace? (Please circle one of the following)

1) Yes, the names do.
2) Yes, the products do.
3) Yes, both the names and the products do.
4) No, neither reminds me of anything.

2. If your answer to Question 1 is "yes," please list the name and/or product you believe is similar (if you know).

_______________________________________________

3. If your answer to Question 1 is "yes," do you believe the two sets of names and/or products have a common source, approval, authorship, or sponsorship, i.e. do you believe the names and/or accompanying products were licensed for use to or from a single owner, or company? (Please circle one of the following)

1) Yes
2) Unsure
3) No

4. If you answered any of the above Questions "yes" in whole or part becuase of the appearance of the products, what specifically about the product(s) reminds you of another product?

_______________________________________________

5. Is this your first time buying an item from Art Attacks Ink?

1) Yes
2) No (if no, please describe the item(s) you previously purchased and estimated date of purchase(s).

_______________________________________________

double-sided

(over) →

6. Do you have children?

1) Yes (if yes, please indicate the gender(s) and age(s) on the line below)
2) No

______________________________________________

7. How did you first come to hear about or see Art Attacks Ink's goods and services?

1) Saw for the first time at fair
2) Saw in promotional brochure
3) Saw on a website
4) Heard about them from a friend
5) None of the above.
6) Other: ____________________.

8. Please indicate which if any of the following establishments you shop at, circling the word "never," "seldom," "occasionally," or "frequently."

| | | | | |
|---|---|---|---|---|
| TARGET: | never | seldom | occasionally | frequently |
| WALMART: | never | seldom | occasionally | frequently |
| TOYSRUS: | never | seldom | occasionally | frequently |
| KMART: | never | seldom | occasionally | frequently |

**THANK YOU FOR YOUR TIME.** ☺


Envelope Inside!
4-Ever
Best Friends
Pajama Party
Ages 4+
WARNING
CHOKING HAZARD






DON'T TOUCH THE HAIR!













Cade™










BRATZ


BRATZ
CAMERON
BOYS WITH A PASSION FOR FASHION...AND THE BRATZ!




Oli Makahiki Hou










Sun-Kissed Summer




Sun-Kissed Summer Collection 2004
Sun-Kissed Summer






Colleen












Trey








AGUA FRIA
AL REVES
CON COLORES SIMILARES
CICLO DELICADO






100% American

# BRATZ COLLECTORS EDITION DOLLS



Bratz: "IndepenDance" Collector's Edition 4th of July Cloe

A Cloe exclusive, this Collector's Edition Bratz doll has Cloe showing her red, white and blue spirit – In style! Help Cloe get ready for the 4th of July by dressing her up for the occasion. This stylin' set comes with two 4th of July outfits, sunglasses, two pairs of shoes and an exclusive "IndepenDance" charm for girls to wear. Cloe measures approximately 10 inches tall.


SPOILED BRAT


Limited Collector's Edition 2003
It's a Meygan Exclusive!
090189
BRATZ
SWEET HEART
Ages 4+
COLLECTOR'S EDITION
MGA
WARNING:
CHOKING HAZARD-Small parts
Not for children under 3 years


Collectible!
Exclusive Movin' Groovin' Cool-lectible Card Inside!
It's a Dana Exclusive!
Collectible!
Bratz
SWEET HEART
COLLECTOR'S EDITION
WARNING:




**Catch Some Stylin' Air!**




This incredible Bratz skateboard includes wheels that sparkle, awesome art, and a handy strap for extra safety!

- 17" x 5" Skateboard
- Glitter On Wheels Ensures Sizzlin' Sparkle
- Fabric Safety Strap
- All Decks Include Double Kick Tail
- Full Grip Top

Meet the BRATZ!

The Girls with a Passion for Fashion


Live to Ride Ride To Live
LAURA




Site Map | Press Releases | Contact Info | Cool Jobs | Privacy Policy | Terms of Use


DEL NORTE
SISKIYOU
MODOC
HUMBOLDT
TRINITY
SHASTA
LASSEN
TEHAMA
PLUMAS
MENDOCINO
GLENN
BUTTE
SIERRA
NEVADA
LAKE
COLUSA
SUTTER
YUBA
PLACER
YOLO
EL DORADO
Sacramento
SONOMA
NAPA
SACRA-MENTO
AMA-DOR
ALPINE
SOLANO
CALAVERAS
MARIN
SAN FRANCISCO
CONTRA COSTA
SAN JOAQUIN
TUOLUMNE
MONO
ALAMEDA
STANISLAUS
MARIPOSA
SAN MATEO
SANTA CLARA
MERCED
MADERA
SANTA CRUZ
SAN BENITO
FRESNO
INYO
MONTEREY
TULARE
KINGS
SAN LUIS OBISPO
KERN
SAN BERNARDINO
SANTA BARBARA
VENTURA
LOS ANGELES
Los Angeles
ORANGE
RIVERSIDE
SAN DIEGO
IMPERIAL

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is EMRICH & ASSOCIATES, 348 Olive Street, San Diego, CA 92103. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 26, 2004, I caused a copy of the following document(s):

**DECLARATION OF SUSAN E. EMRICH IN SUPPORT OF ART ATTACKS INK, LLC'S MOTION FOR A PRELIMINARY INJUNCTION**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Diana M. Torres<br>Carlos Lazatin<br>O'Melveny & Meyers, LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: 213-430-6000<br>Facsimile: 213-430-6407 | ATTORNEYS FOR DEFENDANT, MGA ENTERTAINMENT, INC. |

| | | |
|---|---|---|
| [ ] | MAIL: | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| [ ] | FACSIMILE: | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| [X] | FEDERAL EXPRESS: | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| [ ] | EXPRESS MAIL: | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the above is true and correct. Executed on June 26, 2004, at San Diego, CA.

Susan E. Emrich (signature)
Susan E. Emrich