USDC SCAN INDEX SHEET










KAJ    1/11/06    13:09
3:04-CV-01035    ART ATTACKS INK LLC V. MGA ENTERTAINMENT
*193*
*M.*

QUADE & ASSOCIATES, a PLC
MICHAEL W. QUADE, ESQ.     [S.B. # 171930]
AMY E. ALLEMANN, ESQ.      [S.B. # 206533]
ADAM C. FLURY, ESQ.        [S.B. # 235315]
11230 Sorrento Valley Road, Suite 225
San Diego, California 92121
TEL: (858) 642-1700
FAX: (858) 642-1778

EPSTEN, GRINNELL & HOWELL
DOUGLAS W. GRINNELL, ESQ. [S.B. #102082]
9980 Carroll Canyon Road, 2nd Floor
San Diego, CA 92131
TEL: (858) 527-0111
FAX: (858)527-1531

Attorneys for Plaintiff ART ATTACKS INK, LLC

FILED
2006 JAN 11 AM 8:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

NUNC PRO TUNC
JAN 0 9 2006

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ATTACKS INK, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC. a California corporation; ISAAC LARIAN, an individual; and DOES 1 through 199, inclusive,<br><br>Defendants. | Case No. 04-1035-J    (BLM)<br><br>ART ATTACKS INK, L.L.C.'S MOTION TO COMPEL<br><br>SPECIAL BRIEFING SCHEDULE ORDERED<br><br>Date: January 27, 2006<br>Time: 9:00 a.m.<br><br>The Hon. Barbara L. Major<br>United States Magistrate Judge |

TO DEFENDANT MGA ENTERTAINMENT, INC. BY AND THROUGH ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to the Order Setting Briefing Schedule signed January 4, 2006, plaintiff Art Attacks will and hereby does move the Court for an order compelling the

1

production of documents as set forth in the concurrently filed a memorandum of points and authorities. This motion is based upon the instant notice of motion and motion, the memorandum of points and authorities filed concurrently herewith and the legal authorities cited therein, the declaration of Amy Elizabeth Allemann filed concurrently here with and the exhibits attached thereto, and any other materials, matters, or arguments received and considered by the court on or before its ruling on this motion.

DATED: January 6, 2006

QUADE & ASSOCIATES, a PLC

By: *(signature)*
Michael W. Quade
Amy Elizabeth Allemann
Adam C. Flury
Attorneys for ART ATTACKS INK, LLC

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is 11230 Sorrento Valley Road, Suite 225, San Diego, CA 92121. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service. On **January 9, 2006**, I caused a copy of the following document(s):

**SPECIAL BRIEFING SCHEDULE ORDERED**

to be served on the interested parties in this action as follows:

**Paula Ambrosini**  
**O'Melveny & Myers, LLP**  
400 South Hope Street  
Los Angeles, CA 90071-2899  
Telephone: 213-430-6000  
Facsimile: 213-430-6407

ATTORNEYS FOR DEFENDANTS,  
MGA ENTERTAINMENT, INC. AND  
ISAAC LARIAN

[ ] MAIL: Such correspondence was placed in a sealed envelope and deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[XX] FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] UPS EXPRESS: Such correspondence was placed in a sealed envelope and deposited on the same day in the ordinary course of business with a facility regularly maintained by UPS Express.

[ ] EXPRESS MAIL: Such correspondence was placed in a sealed envelope and deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

*Lupe Prieto*  
Lupe Prieto

**QUADE & ASSOCIATES, a PLC**
11230 Sorrento Valley Road, Suite 225
San Diego, CA 92121

Telephone: (858) 642-1700
Facsimile: (858) 642-1778

January 9, 2006

**FACSIMILE TRANSMITTAL**

| | |
|---|---|
| TO: | Paula Ambrosini, Esq. |
| FROM: | Lupe Prieto<br>Legal Assistant to Amy E. Allemann, Esq. |
| **FAX NUMBER:** | (213) 430-6407 |
| FILE NAME: | Art Attacks Ink v. MGA Entertainment |
| NUMBER OF PAGES: | 4, (including cover) |

* * * * *

MESSAGE:

Please find attached the *SPECIAL BRIEFING SCHEDULE ORDERED*.

* * * * *

IF YOU DO NOT RECEIVE ALL OF THE PAGES TRANSMITTED
HEREWITH, PLEASE CONTACT QUADE & ASSOCIATES, a PLC
AT (858) 642-1700

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

```
* * * COMMUNICATION RESULT REPORT ( JAN. 9.2006  2AM ) * * *
                                                    TTI   QUADE AND ASSOCIATES

ILE MODE          OPTION            ADDRESS (GROUP)        RESULT         PAGE
-------------------------------------------------------------------------------
52  MEMORY TX                       12134306407            OK             P. 4/4

-------------------------------------------------------------------------------
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

## QUADE & ASSOCIATES, a PLC
11230 Sorrento Valley Road, Suite 225
San Diego, CA 92121

Telephone: (858) 642-1700
Facsimile: (858) 642-1778

January 9, 2006

### FACSIMILE TRANSMITTAL

TO:              Paula Ambrosini, Esq.

FROM:            Lupe Prieto
                 Legal Assistant to Amy E. Allemann, Esq.

**FAX NUMBER:**  (213) 430-6407

FILE NAME:       Art Attacks Ink v. MGA Entertainment

NUMBER OF PAGES: 4, (including cover)

* * * * *

MESSAGE:

Please find attached the *SPECIAL BRIEFING SCHEDULE ORDERED*.